AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Deborah D. Peterson, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  13 Civ. 9195 (KBF) |
| Islamic Republic of Iran, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clearstream Banking, S.A.

Date: 01/30/2014

/s/ Gerald M. Moody, Jr.
*Attorney's signature*

Gerald M. Moody, Jr. (GM3473)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Address*

gerald.moody@davispolk.com
*E-mail address*

(212) 450-4000
*Telephone number*

(212) 701-5800
*FAX number*