# STROOCK

<u>Via Electronic Mail and ECF</u>

February 6, 2014

James L. Bernard
Direct Dial: 212-806-5684
Fax: 212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 07 2014

Re:   <u>Peterson v. Islamic Republic of Iran et al.</u> - 13-cv-09195-KBF

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer, and Kirschenbaum judgment creditors in <u>Peterson v. Islamic Republic of Iran et al.</u>, 10-cv-04518-KBF. We write to respectfully request the Court's permission to participate in the conference in the recently filed action and currently scheduled for February 7, 2014 at 11:00 a.m., which we understand will be conducted via telephone. Although the Conference was noticed only in 13-cv-09195-KBF, which was filed under seal on December 30, 2013, that action is against the same parties and appears related to 10-cv-04518-KBF. We understand from Your Honor's Order of January 31 that the Court wishes to explore this issue at the conference, and there is a general presumption that such matters should be held in open court. See, e.g., <u>Newsday LLC v. Cnty. of Nassau</u>, 730 F.3d 156, 163 (2d Cir. 2013). Accordingly, we respectfully request permission to participate in the conference scheduled for tomorrow at 11:00 a.m.

Respectfully submitted,

James L. Bernard

cc:   All counsel of record (via Electronic Mail and ECF)

*Handwritten order:* Ordered. Teleconferences with the Court are treated by this Judge as equivalent to an "Open courtroom" — unless otherwise ordered. Therefore, anyone may dial-in. Appearances on the record are limited to those plaintiffs and defendants who are parties to this action.

2/7/14
USDJ

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982    TEL 212.806.5400    FAX 212.806.6006    WWW.STROOCK.COM