```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 0 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBORAH D. PETERSON,

                Plaintiff,

   -v-

ISLAMIC REPUBLIC OF IRAN et al.,

                Defendant.
------------------------------------------------------------X

13 Civ. 9195 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The parties shall appear for an initial pretrial conference on **Wednesday, February 19, 2014, at 9:00 a.m.** As set forth during the February 7, 2014 teleconference, the parties shall submit a proposed briefing schedule for defendants' motions to dismiss in advance of that conference.

     SO ORDERED.

Dated:     New York, New York
             February 10, 2014

                                          _____
                                            KATHERINE B. FORREST
                                            United States District Judge