```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  FEB 2 4 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBORAH D. PETERSON,

                Plaintiff,                13 Civ. 9195 (KBF)

     -v-

                                                        ORDER

ISLAMIC REPUBLIC OF IRAN et al.,

                Defendant.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The complaint in this action was filed under seal. The Court intends to unseal the complaint shortly. If any party objects to unsealing the complaint, it shall notify the Court to that effect no later than **Wednesday, February 26, 2014**.

SO ORDERED.

Dated:     New York, New York
            February 24, 2014

                                                   _____
                                                      KATHERINE B. FORREST
                                                      United States District Judge