

| | ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
|---|---|---|---|---|
| | CINCINNATI | COLUMBUS | NEW YORK | |

February 26, 2014

*VIA ECF AND E-MAIL*

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007
*ForrestNYSDChambers@nysd.uscourts.gov*

Re:   *Peterson, et al. v. Islamic Republic of Iran, et al.*, 13-09195 (KBF) [Rel. Case 10 Civ. 4518 (KBF)]

Dear Judge Forrest,

We represent Banca UBAE S.p.A. ("UBAE") in the above-referenced case. We write in compliance with the Court's February 24, 2014 Order.

UBAE respectfully objects to unsealing the Complaint. UBAE joins in, and incorporates by reference, the letter filed with the Court today, February 26, 2014, by Clearstream Banking, S.A. [Dkt. 18].

Respectfully submitted,

*Ugo Colella*
Ugo Colella

cc. *All Counsel (VIA ECF AND E-MAIL)*

Ugo.Colella@ThompsonHine.com

THOMPSON HINE LLP          1919 M Street, N.W.          www.ThompsonHine.com
ATTORNEYS AT LAW           Suite 700                    Phone: 202.331.8800
                           Washington, D.C. 20036-1600  Fax: 202.331.8330