# Davis Polk

New York　　　Paris
Menlo Park　　Madrid
Washington DC　Tokyo
São Paulo　　　Beijing
London　　　　Hong Kong

**Karen E. Wagner**

Davis Polk & Wardwell LLP　212 450 4404 tel
450 Lexington Avenue　　　212 701 5404 fax
New York, NY 10017　　　　karen.wagner@davispolk.com

May 22, 2014

Re:　*Peterson v. Islamic Republic of Iran*, Case No. 13 Civ. 9195 (KBF)

Via Electronic Filing and Hand Delivery
The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Forrest:

In response to your Honor's May 21 Order directing that the parties confer and inform the Court as to whether they are amenable to a rescheduled conference and oral argument on Friday, September 19 or Friday, September 26, 2014, counsel for Clearstream, UBAE and plaintiffs request that the conference and oral argument be held on September 19. Counsel for JPMorgan Chase, recently joined as a defendant, is not party to this round of motions, and Bank Markazi has not yet appeared.

Thank you.

Very truly yours,

*/s/ Karen Wagner*

Karen E. Wagner

cc:　All Counsel of Record (via electronic filing)