USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 17 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DEBORAH D. PETERSON et al.,

           Plaintiffs,

           -v-

ISLAMIC REPUBLIC OF IRAN et al.,

           Defendants.

-------------------------------------------------------------X

13-cv-9195 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    Clearstream's motion to dismiss the original complaint (ECF No. 25) is moot in light of the amended complaint. The Clerk of Court is directed to terminate the motion at ECF No. 25.

    SO ORDERED.

Dated:    New York, New York
            September 16, 2014

_____
KATHERINE B. FORREST
United States District Judge