|  |  |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Gerald M. Moody, Jr.**

Davis Polk & Wardwell LLP  212 450 4849 tel
450 Lexington Avenue    212 701 5549 fax
New York, NY 10017     gerald.moody@davispolk.com

January 4, 2016

Re:   *Peterson v. Islamic Republic of Iran*, Case No. 13 Civ. 9195 (KBF)

<u>Via ECF</u>

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Forrest:

Davis Polk & Wardwell LLP represents defendant Clearstream Banking, S.A. in the above-referenced action.  After January 4, 2016, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.  Davis Polk & Wardwell LLP will continue to represent defendant Clearstream Banking, S.A. in this action.

Respectfully submitted,

*/s/ Gerald M. Moody, Jr.*

Gerald M. Moody, Jr.

cc: All Counsel of Record (via ECF)

SO ORDERED.  _____, 2016

_____
U.S.D.J.