New York    Paris
Menlo Park    Madrid
Washington DC    Tokyo
São Paulo    Beijing
London    Hong Kong

# Davis Polk

**Gerald M. Moody, Jr.**

Davis Polk & Wardwell LLP    212 450 4849 tel
450 Lexington Avenue    212 701 5549 fax
New York, NY 10017    gerald.moody@davispolk.com

January 4, 2016

Re:    *Peterson v. Islamic Republic of Iran*, Case No. 13 Civ. 9195 (KBF)

Via ECF

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Forrest:

Davis Polk & Wardwell LLP represents defendant Clearstream Banking, S.A. in the above-referenced action. After January 4, 2016, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent defendant Clearstream Banking, S.A. in this action.

Respectfully submitted,

Gerald M. Moody, Jr.

cc: All Counsel of Record (via ECF)


SO ORDERED. _____, 2016

_____
U.S.D.J.