UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH D. PETERSON, et al.,

        Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,

        Defendants.

13 Civ. 9195 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Defendants' letters dated August 7, 2020 [dkt. nos. 220, 221, 222], and Plaintiffs' letter dated August 10, 2020 [dkt. no. 223].  The Court will adhere to the previously ordered schedule for briefing of Plaintiffs' motions.  Counsel shall confer and inform the Court if the proposed briefing schedule for Defendants' motions.

**SO ORDERED.**

Dated:    New York, New York
           August 10, 2020

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge