Redacted Version of Exhibit Filed Under Seal

Confidential Information Subject to Protective Order Issued on June 11, 2008, in
<u>Peterson v. Islamic Republic of Iran</u>, 01-cv-2094 (D.D.C.) (RCL)
<u>Greenbaum v. Islamic Republic of Iran</u>, 02-cv-2148 (D.D.C.) (RCL)
U.S. District Court for the District of Columbia



UNITED STATES OF AMERICA
DEPARTMENT OF THE TREASURY
WASHINGTON

Thomas Fortune Fay, Esquire
601 Pennsylvania Avenue, N.W. #900
South Building
Washington, D.C.  20004

Date:          **December 18, 2008**

HEREBY CERTIFY that the annexed documents, listed or described below, are true copies of official

records (or extracts therefrom) maintained in ~~the Office of the Chief Counsel, Foreign Assets Control~~

_____ , and that I am the custodian

thereof:

1. Provision of Responsive Information by the Office of Foreign Assets Control (provided under cover letter dated June 11, 2008, from Rupa Bhattacharyya, Senior Trial Counsel, U.S. Department of Justice, Federal Programs Branch to David J. Cook, Esquire, counsel to the plaintiffs)

2. First Supplemental Provision of Responsive Information by the Office of Foreign Assets Control (June 12, 2008) (provided under cover letter dated June 12, 2008, from Rupa Bhattacharyya, Senior Trial Counsel, U.S. Department of Justice, Federal Programs Branch to David J. Cook, Esquire, counsel to the plaintiffs)

_Sean M Thornton_
*Signature*

**Chief Counsel, Foreign Assets Control**
*Title*

HEREBY CERTIFY that _____ **Sean Thornton** _____ who

signed the foregoing certificate was at the time of signing  **Chief Counsel, Foreign Assets Control**

as such, was the legal custodian of the above listed documents, and that full faith and credit should be

given to such certificate.

IN TESTIMONY WHEREOF I have hereunto set my hand,
and caused the seal of the Department of the Treasury to be
affixed this _____ 19th _____ day of _December_
two thousand and _Eight_ .

By direction of the Secretary of the Treasury:



Department of Treasury
Records Management Services Branch
Authorized Certifying Official

NOTICE OF CERTIFICATION

TD F 15-01.7 (Revised 4/2005)

NOTICE OF CERTIFICATION

Redacted Version of Exhibit Filed Under Seal

*Confidential Information Subject to Protective Order Issued on June 11, 2008, in*
*Peterson v. Islamic Republic of Iran, 01-cv-2094 (D.D.C.) (RCL)*
*Greenbaum v. Islamic Republic of Iran, 02-cv-2148 (D.D.C.) (RCL)*
*U.S. District Court for the District of Columbia*

### Provision of Responsive Information by the Office of Foreign Assets Control

In accordance with the protective order issued in Greenbaum v. Iran, No. 02-2148 (RCL) (D.D.C.) and Peterson v. Iran, No. 1:01-cv-02094 (RCL) (D.D.C.), and subject to the limitations set forth therein, the following information is being provided in response to the subpoenas dated February 27, 2008 and March 10, 2008, respectively, as subsequently amended by agreement of the parties.  Provision of this information by the Office of Foreign Assets Control (OFAC) does not constitute a waiver of any applicable privileges that may apply to the information or its sources, including but not limited to the law enforcement privilege, and it does not constitute a waiver of any objections OFAC may assert with respect to the subpoenas.  Provision of this information also does not reflect any conclusion by OFAC as to whether the assets identified below are available for attachment and execution in satisfaction of judgments against Iran.

OFAC is in receipt of the following information concerning Clearstream Banking S.A. (Clearstream), a global securities custodian headquartered in Luxembourg:

1. Clearstream has had an Iranian governmental client that has had a beneficial ownership interest in assets custodized in the United States.  These (and foreign) assets have been held on Clearstream's books, apparently in the Iranian client's name, under account number 80726.

2. Clearstream has a sub-custodial arrangement in the United States with Citibank, where Clearstream holds one or more accounts that contain assets of numerous Clearstream customers that are custodized in the United States, including those assets of the Iranian customer described above.  The account information on Citibank's books would not typically reflect the identity of Clearstream's customers.

3. 

Page 1 of 2

SUBJECT TO PROTECTIVE ORDER

Redacted Version of Exhibit Filed Under Seal

*Confidential Information Subject to Protective Order Issued on June 11, 2008, in*
*Peterson v. Islamic Republic of Iran, 01-cv-2094 (D.D.C.) (RCL)*
*Greenbaum v. Islamic Republic of Iran, 02-cv-2148 (D.D.C.) (RCL)*
*U.S. District Court for the District of Columbia*

| NOMINAL AMOUNT | INTERNATIONAL SECURITIES IDENTIFYING NUMBER | COMMON CODE | SECURITY DENOMINATION CURRENCY |
|---|---|---|---|
|  |  |  |  |

4. Among the securities listed above, the following are scheduled to issue interest payments and/or mature on ███████████████████████████████████████████████

5. As of May 5, 2008, subsequent to the transfers described in paragraph 3 above, the Iranian client's account at Clearstream (80726) contained ███████████████ ███████████ (OFAC does not have specific International Securities Identifying Number or "ISIN" information for these securities.)

6. OFAC is not in possession of any information suggesting that assets other than those described in paragraphs 3 and 5 above held by Clearstream in its Citibank account(s) may be owned by the Government of Iran.

SUBJECT TO PROTECTIVE ORDER

*Confidential Information Subject to Protective Order* Redacted Version of Exhibit Filed Under Seal *Issued on June 11, 2008, in*
*Peterson v. Islamic Republic of Iran, 01-cv-2094 (D.D.C.) (RCL)*
*Greenbaum v. Islamic Republic of Iran, 02-cv-2148 (D.D.C.) (RCL)*
*U.S. District Court for the District of Columbia*

### First Supplemental Provision of Responsive Information
### by the Office of Foreign Assets Control (June 12, 2008)

In accordance with the protective order issued in Greenbaum v. Iran, No. 02-cv-148 (RCL) (D.D.C.) and Peterson v. Iran, No. 01-cv-02094 (RCL) (D.D.C.), and subject to the limitations set forth therein, the following supplemental information is being provided in further response to the subpoenas dated February 27, 2008 and March 10, 2008, respectively, as subsequently amended by agreement of the parties. Provision of this information by the Office of Foreign Assets Control (OFAC) does not constitute a waiver of any applicable privileges that may apply to the information or its sources, including but not limited to the law enforcement privilege, and it does not constitute a waiver of any objections OFAC may assert with respect to the subpoenas. Provision of this information also does not reflect any conclusion by OFAC as to whether the assets identified below are available for attachment and execution in satisfaction of judgments against Iran.

OFAC is in receipt of the following additional information concerning Clearstream Banking S.A. (Clearstream), a global securities custodian headquartered in Luxembourg:

1. The Clearstream account at Citibank referenced in paragraphs 3 and 5 of OFAC's June 11, 2008 Provision of Responsive Information is account number ███████. Clearstream also maintains a cash account at Citibank under account number ███████.

2. The security described in paragraph 5 of OFAC's June 11, 2008 Provision of Responsive Information bears International Securities Identifying Number (ISIN) ███████.

SUBJECT TO PROTECTIVE ORDER