**CONFIDENTIAL**

## CREDIT DEPARTMENT - SCANNING TEMPLATE

| | Code | Description |
|---|---|---|
| ☐ | AAS | Auto-Assign Supplement to TRSA |
| ☐ | AME | Amendment to TRSA |
| ☒ | GTC | General Terms & Conditions |
| ☐ | GUA | Guarantee / Letter of Credit |
| ☐ | LOAA | Letter of Agreement & Acceptance |
| ☐ | LOC | Letter of Comfort / Letter of Support etc. |
| ☐ | PL | Pledge |
| ☐ | POA | Power of Attorney |
| ☐ | REP | TRSA Execution Page |
| ☐ | SL | Side Letter |
| ☐ | SUP | Supplement to TRSA |
| ☐ | TAP | Appendix to TOF Agreement |
| ☐ | TFA | Tripartite Financing Agreement |
| ☐ | TOF | Technical Overdraft Facility Agreement |

ACCOUNT NO: ▮▮▮▮▮

DATE: 2 5 0 6 1 9 9 9

Prepared by: ▮▮▮▮
Date: 25.6.99

**CBL EXHIBIT F**

CREDIT 25 JUN 99 08:27



CONFIDENTIAL



Cedelbank

## Acknowledgement of Receipt and Acceptance of Cedelbank's General Terms and Conditions

We, the undersigned, hereby acknowledge receipt of Cedelbank's General Terms and Conditions and confirm our acceptance to be bound by these General Terms and Conditions as amended from time to time.

**Name of Institution**  UBAE Arab Italian Bank SpA

**Address**  Piazza Venezia, 11

**Post Code**  00187 ROMA

**Account Numbers**

1. ▓▓▓▓
2.
3.
4.
5.
6.
7.
8.

and all accounts opened in our name and on our behalf from time to time.

We hereby expressly accept Articles 4, 9, 11, 13, 14, 16, 17, 18, 21, 35, 36, 37, 38, 40, 48, 51, 52, 55, 56, and 61 of Cedelbank's General Terms and Conditions

**Authorised signature(s):**

Signature: ▓▓▓▓   Signature: ▓▓▓▓

Name (Print): ▓▓▓▓   Name (Print): ▓▓▓▓

Title: ▓▓▓▓   Title: ▓▓▓▓

Date: _____   Date: _____

Signatures vérifiées
et certifiées exactes
25.6.99

Please return this form to:
Credit Unit
Cedelbank
67 Bd Grande-Duchesse Charlotte

67 Bd Grande-Duchesse Charlotte L-2967
marketing@cedelbank.com   www.cedelbank.com

Cedelbank société anonyme is organised with limited liability in the Grand Duchy of Luxembourg  RC Luxembourg B 9248  Head Office  67 Bd Grande-Duchesse Charlotte  L-2967 Luxembourg
40/2777.03.99

CREDIT 25 JUN 99 08:27





## Acknowledgement of Receipt and Acceptance of Cedelbank's General Terms and Conditions

We, the undersigned, hereby acknowledge receipt of Cedelbank's General Terms and Conditions and confirm our acceptance to be bound by these General Terms and Conditions as amended from time to time.

**Name of Institution** UBAE Arab Italian Bank SpA

**Address** Piazza Venezia, 11

**Post Code** 00187 ROMA

**Account Numbers**

1. ███████         5. _____
2. _____      6. _____
3. _____      7. _____
4. _____      8. _____

and all accounts opened in our name and on our behalf from time to time.

We hereby expressly accept Articles 4, 9, 11, 13, 14, 16, 17, 18, 21, 35, 36, 37, 38, 40, 48, 51, 52, 55, 56, and 61 of Cedelbank's General Terms and Conditions

**Authorised signature(s):**

Signature: ███████         Signature: ███████

Name (Print): ███████      Name (Print): ███████

Title: ███████             Title: ███████

Date: _____           Date: _____

Signatures vérifiées
et certifiées exactes
25.6.99

67 Bd Grande-Duchesse Charlotte  L-2967

Please return this form to:
Credit Unit
Cedelbank
67 Bd Grande-Duchesse Charlotte

marketing@cedelbank.com  www.cedelbank.com

Cedelbank société anonyme is organised with limited liability in the Grand Duchy of Luxembourg  RC Luxembourg B 9248  Head Office 67 Bd Grande-Duchesse Charlotte  L-2967 Luxembourg
40/2777/03.99

```
------------------------ Msg Header ID: 9969028 - Page: 1 / 1 ------------------------
2006JAN18 10:45:04                                              NO.   00013
MT S599                          FREE FORMAT                    PAGE  00001        CONFIDENTIAL
                                                                FUNC  DA0PI2PR

MSGACK    DWS76SI AUTH OK, KEY DIGEST, CEDELULL UBAIITRR RECORD
BASIC HEADER           F  01 CEDELULLHXXX 1743 194908
APPLICATION HEADER     O 599 1037 080118 UBAIITRRAXXX 4181 534146 080118 1038 N
USER HEADER            SERVICE CODE     103:
                       BANK. PRIORITY   113:
                       MSG USER REF.    108: ▓▓▓▓▓▓▓▓
                       INFO. FROM CI    115:
TRN                    *20  : DIR FIN
RELATED REFERENCE       21  : APERT NEW ACCT
NARRATIVE              *79  : URGENT - ATTN ▓▓▓▓▓▓▓▓
                              KINDLY OPEN AN ADDITIONAL ACCOUNT WITH YOU IN OUR
                              NAME I.E. ''UBAE SPA-CUSTOMERS'' WITH THE SAME
                              SETUP OF ACCOUNT NO. 14826.
                              PLEASE CONFIRM YOUR ACTION.
                              THANKS VM INDEED AND BEST REGARDS
                              ▓▓▓▓▓▓▓▓
TRAILER                     : MAC:05B73381
                              CHK:D6AD0C9FA057
```

Handwritten annotations:
- BANCA UBAE SPA Roma
- ↑ name change June 2006
- UBAE ARAB ITALIAN BANK SPA

| Information | |
|---|---|
| OMSG Type : | Customer |
| Channel : Type : | COL+SWIFT   599 |
| Business Process : | Customer Services |
| Address : | UBAHTRRAXXX |
| Cedel Reference : | IOB03773103 |
| Cust.Ref (Tag 21) : | BOLADMIN |
| Reference : | 372404118/01/2008 |
| Account : | ▮▮▮▮ |
| Value Date : | |
| Nom Amount : Curr : | .0000 |
| Cash Amount : | .00 |
| Queries : | |
| ACKNOWLEDGE | |
| COL Pending - SWIFT Y | |
| 18/01/2008 14:46:00 | |

```
ATTN    : ▮▮▮▮
DATE    : 18/01/2008                              CONFIDENTIAL

REFERENCE : OPENING OF UNPUBLISHED ADDITIONAL
ACCOUNT(S).

WE HAVE PLEASURE CONFIRMING THE OPENING OF THE
FOLLOWING ADDITIONAL ACCOUNT ON YOUR BEHALF :

13061  UBAE SPA-CUSTOMERS

THE AUTHORISED SIGNATURE LIST FOR YOUR ACCOUNT
NO.14826 WILL APPLY TO THIS NEW ACCOUNT.
UNLESS INDICATED SPECIFICALLY ON YOUR REQUEST THIS
NEW ACCOUNT HAS BEEN OPENED UNDER THE SAME
CHARACTERISTICS THAN YOUR ACCOUNT NUMBER 1▮▮▮
PLEASE NOTE THAT THE OPERATION OF THE ACCOUNT IS
SUBJECT TO THE SAME CLEARSTREAM BANKING GENERAL
TERMS AND CONDITIONS SIGNED BY YOU FOR YOUR MAIN
ACCOUNT NUMBER 1▮▮▮
IF ANY PROBLEMS CONCERNING YOUR COMMUNICATION
LINKS AND REPORTING, PLEASE FEEL FREE TO CONTACT
RESPECTIVELY OUR OBTSWIFT AND OBTADMIN DEPARTMENT.
KIND REGARDS,

▮▮▮▮▮▮▮
CLEARSTREAM BANKING
```