clearstream | DEUTSCHE BORSE GROUP

Highly Confidential
Banca UBAE S.p.a.
█████
Finance Chief Manager
Via Quintino Sella 2
I-00187 Roma

Clearstream Banking

42 Avenue JF Kennedy
L-1855 Luxembourg

Mailing address
L-2967 Luxembourg

5 June 2009

Phone
█████

Fax
█████

Internet
clearstream.com

E-mail
█████

Account 13061 at Clearstream

Dear Mr █████,

We refer to the income payments in Isin code XS0186999743 and DE0001030104 respectively dated the 27th of May and 02nd of June, for which you hold a position.

We also refer to the letters sent to Mr le Goueff on 1st August and 18 September 2008, detailing the restrictions applicable to your non proprietary account 13061.

Cash transfers involving institutions that qualify as "U.S. Persons" risk violations by Clearstream of the U.S. Iranian Transactions Regulations ("ITR"), 31 C.F.R. pt. 560, if the beneficial owner of the transferred assets is the Government of Iran or otherwise a person in Iran. ITR Section 314 defines "U.S. Person" as "any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States."

The payments of the 27th of May and of the 02nd of June involve one or more of the following entities deemed to be U.S. persons or affiliates of US persons presumed to involve US persons in the performance of their functions: Citibank Europe Plc (affiliate of a U.S. entity), as depository for the underlying securities; JP Morgan Chase Bank N.A. (an entity located in the United States), as Cash Correspondent Bank; and JP Morgan (London) (a branch of a U.S. entity) as paying agent. The relevant ITR prohibitions are found at ITR Sections 204, 410 and 515.

Clearstream Banking
société anonyme is organised
with limited liability in the
Grand Duchy of Luxembourg
RC Luxembourg B 9248

Registered address
42 Avenue JF Kennedy
L-1855 Luxembourg

Clearstream | DEUTSCHE BÖRSE GROUP

For all transactions that could involve a US Person, Clearstream needs to request information on beneficial ownership. Please provide us with this information.

If Clearstream processes transfers of cash and U.S. Persons are involved in such transactions, and if the transfer is for the beneficial ownership of an Iranian party, then Clearstream runs the risk of engaging in the prohibited exportation of services from the United States, or procuring such exportation by a U.S. Person in violation of the above-referenced ITR sections.

Because the above-mentioned income payments involve U.S. Persons in their process flow, if the transfer is for the beneficial ownership of an Iranian party, the U.S. Treasury Office of Foreign Assets Control ["OFAC"] could deem Clearstream to be in violation of the ITR.

Accordingly, pending information on beneficial ownership, the income payments of the 27th of May and of the 02nd of June cannot be transferred to your cash account with Clearstream, as doing so could come within the scope of the transactions prohibited by ITR sections 204, 410 and 516.

We will, therefore, keep the cash amount related to the income payments of the 27th of May and of the 02nd of June in a sundry blocked account 13675 "OCQ- STANDARD ACTIVITY A/C13061" and bearing interest at market rate.

Yours sincerely,

