*MT950 Money Statement*

Report for archiving purpose — Report from 30-May-2013 to 31-May-2013
Frequency: Daily — Report generated on: 31-May-2013 22:32 — Complete/Delta: Complete

Account: CBL - 13675 - OCQ-STANDARD ACTIVITY A/C13061

| Currency | | | | Balance Type | Last Statement | Value Date | Amount |
|---|---|---|---|---|---|---|---|
| Transaction Indicator | Your Reference | Our Reference | IBN Code / Common Code | | Entry Date | Value Date | Amount |
| USD - Statement Number: 155 | | | | Opening | 30-May-2013 19:30 | 30-May-2013 | 1,683,184,679.47 |
| USD | | | | Closing | 31-May-2013 19:30 | 31-May-2013 | 1,683,184,679.47 |

End of MT950 Money Statement Report

Report generated on 31-May-2013 22:32
Null balances: included  No - Anticipated net balance included  No - Filtered by currency  All
GMT5 REPORT_FOR_ARCHIVING_PURPOSE_MONEYSTMT.DAILY COMPLETE 193 020130531               End of Report

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DOC-000000197_0001
CS_0000632