```
R-MESSAGE   PLS DO NOT INTERRUPT
/1E                                                    ┌─────────┐
E DUPLICATE                                            │ TELEX   │
SSAGE-                                                 └─────────┘
RAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
009821 214255


NCA UBAE SPA  ROME
NG THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
 WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
 D IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

                    : USD 4.125% ASIAN DEV.BK. 2005-2010
                    : US045167BL65
                    : 4,125 PCT
ATE                 : 2005
Y DATE              : 15 SEPTEMBER 2008
TION DATE           :
ENT DATE            : 15 SEPTEMBER 2008
 AMOUNT             : USD  45.000.000
                    : 100
MOUNT               :
 DAYS               :
 INTEREST           : USD      928.125
UNT                 : USD      928.125
CEIPT OF BONDS:
IVER OF FUNDS:
ATE                 : 15 SEPTEMBER 2008

                    : 4,125% EUROP INVEST BANK 2005-2010
                    : US298785DP82
                    : 4,125 PCT
IATE                : 2005
Y DATE              : 15 SEPTEMBER 2008
TION DATE           :
IENT DATE           : 15 SEPTEMBER 2008
 AMOUNT             : USD 100.000.000
                    : 100
MOUNT               :
 DAYS               :
 INTEREST           : USD    2.062.500
UNT                 : USD    2.062.500
CEIPT OF BONDS:
IVER OF FUNDS:
IATE                : 15 SEPTEMBER 2008

                    : USD 4,625% EUROP INVEST BANK  2007/2012
                    : US298785EE27
                    : 4,625 PCT
IATE                : 2007
Y DATE              : 21 SEPTEMBER 2008
TION DATE           :
MENT DATE           : 21 SEPTEMBER 2008
 AMOUNT             : USD 93.000.000
                    : 100
MOUNT               :
 DAYS               :
 INTEREST           : USD    2.150.625
UNT                 : USD    2.150.625
CEIPT OF BONDS:
IVER OF FUNDS:
IATE                : 22 SEPTEMBER 2008

                    : USD 4.25% INSTITUTO CREDITO OFICIAL
                      30/09/2005-2008
                    : XS0217627685
                    : 4,25 PCT
IATE                : 2005
```

CONFIDENTIAL

UBAE000283

```
1905142309031610.PAA
16/03 13.33
212359 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1423/19/05
```



```
TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION


FROM BANCA UBAE SPA   ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008

NAME                   : USD 4.125% % EIB 05/2010
                         ISIN US298785DP82
COUPON                 : 4,125 PCT
ISSUE DATE             : 2005
MATURITY DATE          : 16 MARCH 2009
TRANSACTION DATE       :
SETTLEMENT DATE        : 16 MARCH 2009
NOMINAL AMOUNT         : USD 100,000.000
PRICE                  : 100
GROSS AMOUNT           :
ACCRUED DAYS           : 180
ACCRUED INTEREST       : USD    2.062.500
NET AMOUNT             : USD    2.062.500
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE             : 16 MARCH 2009

NAME                   : USD 4,125% ASIAN DEV. BANK 05/2010
                         ISIN US045167BL65
COUPON                 : 4,125 PCT
ISSUE DATE             : 2005
MATURITY DATE          : 16 MARCH 2009
TRANSACTION DATE       :
SETTLEMENT DATE        : 16 MARCH 2009
NOMINAL AMOUNT         : USD    45.000.000
PRICE                  : 100
GROSS AMOUNT           :
ACCRUED DAYS           : 180
ACCRUED INTEREST       : USD       928.125
NET AMOUNT             : USD       928.125
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE             : 16 MARCH 2009
```

Person 1

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:047949 DT.R:16.03.2009
NNNN
#
625406 UBAE B I
212359 MZBK IR
```

Person 2

CONFIDENTIAL

UBAE000287

```
1905139909020910.PAA
09/02 12.16
212359 MZBK IR#
.625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1399/19/05

TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION


FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

NAME                     : USD 5.00% EUROP.INVEST BANK 07/2010
                           ISIN US298785EC60
COUPON                   : 5,00 PCT
ISSUE DATE               : 2007
MATURITY DATE            :
TRANSACTION DATE         :
SETTLEMENT DATE          : 09 FEBRUARY 2009
NOMINAL AMOUNT           : USD  50,000,000
PRICE                    : 100
GROSS AMOUNT             :
ACCRUED DAYS             :
ACCRUED INTEREST         : USD   1,250,000
NET AMOUNT               : USD   1,250,000
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE               : 09 FEBRUARY 2009
```

██████ Person 1 ██████

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:047941 DT.R:09.02.2009   ██ Person 2 ██
NNNN
#
625406 UBAE B I
212359 MZBK IR
0032
```

```
PARTENZA
09 FEB. 2009
T E L E X
```

CONFIDENTIAL

UBAE000293



```
65709081112.PAA
 10.58
9 MZBK IR#
6 UBAE A I
TER MESSAGE : PLS DO NOT INTERRUPT
BLE DUPLICATE
19/05

NTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
0.009821 214255

TION: PLEASE AVOID DUPLICATION


BANCA UBAE SPA   ROME
WING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
RED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008


              :   USD 5.00% EUROPEAN INVEST BK 2007-2010

                  ISIN US298785EC60
N             :   5,00 PCT
 DATE         :   2007
ITY DATE      :   10 AUGUST 2009
ACTION DATE   :
EMENT DATE    :   10 AUGUST 2009
AL AMOUNT     :   USD    50.000.000
              :   100
 AMOUNT       :
ED DAYS       :   180
ED INTEREST   :   USD   1.250.000
MOUNT         :   USD   1.250.000
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE         :   10 AUGUST 2009
```

**Person 1**

```
UBAE SPA — ROME
UBAE SPA MSG:048086 DT.R:11.08.2009
```

**Person 2**

```
6 UBAE A I
9 MZBK IR
```

CONFIDENTIAL

UBAE000297

```
R ME
/1E
E DUPLICATE
SSAGE-
RAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
009821 214255

NCA UBAE SPA  ROME
NG THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
 WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
D IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

                    : USD 4.125% ASIAN DEV.BK. 2005-2010
                    : US045167BL65
                    : 4,125 PCT
ATE                 : 2005
Y DATE              : 15 SEPTEMBER 2008
TION DATE           :
ENT DATE            : 15 SEPTEMBER 2008
  AMOUNT            : USD  45.000.000
                    : 100
MOUNT
  DAYS              :
  INTEREST          : USD     928.125
UNT                 : USD     928.125
EIPT OF BONDS:
IVER OF FUNDS:
ATE                 : 15 SEPTEMBER 2008

                    : 4,125% EUROP INVEST BANK 2005-2010
                    : US2987850P82
                    : 4,125 PCT
ATE                 : 2005
Y DATE              : 15 SEPTEMBER 2008
TION DATE           :
ENT DATE            : 15 SEPTEMBER 2008
 AMOUNT             : USD 100.000.000
                    : 100
MOUNT
 DAYS               :
 INTEREST           : USD   2.062.500
UNT                 : USD   2.062.500
EIPT OF BONDS:
IVER OF FUNDS:
ATE                 : 15 SEPTEMBER 2008

                    : USD 4,625% EUROP INVEST BANK  2007/2012
                    : US2987850EE27
                    : 4,625 PCT
ATE                 : 2007
Y DATE              : 21 SEPTEMBER 2008
TION DATE           :
ENT DATE            : 21 SEPTEMBER 2008
 AMOUNT             : USD 93.000.000
                    : 100
MOUNT
 DAYS               :
 INTEREST           : USD   2.150.625
UNT                 : USD   2.150.625
EIPT OF BONDS:
IVER OF FUNDS:
ATE                 : 22 SEPTEMBER 2008

                    : USD 4.25% INSTITUTO CREDITO OFICIAL
                      30/09/2005-2008
                    : XS0217627685
                    : 4,25 PCT
ATE                 : 2005
```

CONFIDENTIAL

UBAE000302

```
1905142409032310.PAA
23/03 12.24
212359 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1424/19/05
```



```
TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION


FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

NAME                 : USD 4.625% EUROP.INVEST.BK 07/2012
                       ISIN US298785EE27
COUPON               : 4,625 PCT
ISSUE DATE           : 2007
MATURITY DATE        : 23 MARCH 2009
TRANSACTION DATE     :
SETTLEMENT DATE      : 23 MARCH 2009
NOMINAL AMOUNT       : USD   93,000,000
PRICE                : 100
GROSS AMOUNT         :
ACCRUED DAYS         : 180
ACCRUED INTEREST     : USD    2,150,625
NET AMOUNT           : USD    2,150,625
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE           : 23 MARCH 2009
```

Person 1

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:047950 DT.R:23.03.2009
```

Person 2

```
NNNN
#
625406 UBAE B I
212359 MZBK IR
0033
```

CONFIDENTIAL

UBAE000305

```
905160509063010.PAA
0/06 11.32
13967 MZBK IR#
25406 UBAE B I
OMPUTER MESSAGE : PLS DO NOT INTERRUPT
605/19/05
OSSIBLE DUPLICATE

O CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
LX NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
OLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
EP° WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
N URRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

AME                   :   USD 4.125% IBRD 04-2009
                          ISIN US459056QS92
OUPON                 :   4.125 PCT
SSUE DATE             :   2004
ATURITY DATE          :   24 JUNE 2009
RANSACTION DATE       :
ETTLEMENT DATE        :   24 JUNE 2009
OMINAL AMOUNT         :   USD 100.000.000
RICE                  :   100
ROSS AMOUNT           :
CCRUED DAYS           :   180
CCRUED INTEREST       :   USD    2.062.500
ET AMOUNT             :   USD 102.062.500
UR RECEIPT OF BONDS:
UR DELIVER OF FUNDS:
ALUE DATE             :   24 JUNE 2009
EF                    :   FINAL REDEMPTION
```

Person 1

```
ANCA UBAE SPA - ROME
ANCA UBAE SPA MSG:048066 DT.R:25.06.2009
NNN
```

Person 2

```
25406 UBAE B I
13967 MZBK IR
034
```

CONFIDENTIAL

UBAE000317

12 08 2009

```
65909081212.PAA
 10.30
5 MZBK IR#
6 UBAE A I
TER MESSAGE : PLS DO NOT INTERRUPT
19/05
BLE DUPLICATE

NTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
0.009821 214255

TION: PLEASE AVOID DUPLICATION


BANCA UBAE SPA   ROME
WING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
RED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008


                    :   USD 4.125% I.B.R.D. 2002-2009

                        ISIN US45905UCG76
N                   :   4,125 PCT
 DATE               :   2002
ITY DATE            :   12 AUGUST 2009
ACTION DATE         :
EMENT DATE          :   12 AUGUST 2009
AL AMOUNT           :   USD  100.000.000
                    :   100
 AMOUNT             :
ED DAYS             :   180
ED INTEREST         :   USD   2.062.500
MOUNT               :   USD 102.062.500
ECEIPT OF BONDS:
ELIVER OF FUNDS:
DATE                :   12 AUGUST 2009
                    :   FINAL REDEMPTION
```

██ Person 1 ██

```
UBAE SPA - ROME
UBAE SPA MSG:048087 DT.R:12.08.2009     ██ Person 2 ██


6 UBAE A I
5 MZBK IR
```

PARTENZA
1 2 AGO. 2009
T E L E X

CONFIDENTIAL

UBAE000329

```
906161009070112.PAA
1/07 09.56
12359 MZBK IR#
25406 UBAE A I
OMPUTER MESSAGE : PLS DO NOT INTERRUPT
610/19/06

O CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
_X NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
OLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
ERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
NCURRED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008
```

|  |  |  |
|---|---|---|
| √ | : | USD 3.75% INTL FIN CORP.04-2009 |
|  |  | ISIN US45950KAM27 |
| OUPON | : | 3,75 PCT |
| SSUE DATE | : | 2004 |
| ATURITY DATE | : | 30 JUNE 2009 |
| RANSACTION DATE | : |  |
| ETTLEMENT DATE | : | 30 JUNE 2009 |
| OMINAL AMOUNT | : | USD  100,000,000 |
| RICE | : | 100 |
| ROSS AMOUNT | : |  |
| CCRUED DAYS | : | 180 |
| CCRUED INTEREST | : | USD   1,875,000 |
| ET AMOUNT | : | USD 101,875,000 |
| UR RECEIPT OF BONDS: |  |  |
| UR DELIVER OF FUNDS: |  |  |
| ALUE DATE | : | 30 JUNE 2009 |
| EF | : | FINAL REDEMPTION |

<span style="background:black;color:white">Person 1</span>

```
A(_ A UBAE SPA - ROME
ANCA UBAE SPA MSG:048069 DT.R:30.06.2009
```
<span style="background:black;color:white">Person 2</span>
```
NNN

25406 UBAE A I
12359 MZBK IR
)33
```

CONFIDENTIAL

UBAE000342

```
1905159409062410.PAB
24/06 12.57
212359 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
POSSIBLE DUPLICATE
1594/19/05

TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION


FROM BANCA UBAE SPA   ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

NAME                    :    USD 4.00% INTL.FIN.CORP 2005-2010
                             ISIN US45950KAN00
COUPON                  :    4.00 PCT
ISSUE DATE              :    2005
MATURITY DATE           :    15 JUNE 2009
TRANSACTION DATE        :
SETTLEMENT DATE         :    15 JUNE 2009
NOMINAL AMOUNT          :    USD 100.000.000
PRICE                   :    100
GROSS AMOUNT            :
ACCRUED DAYS            :    180
ACCRUED INTEREST        :    USD   2.000.000
NET AMOUNT              :    USD   2.000.000
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE              :    15 JUNE 2009
```

Person 1

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:048057 DT.R:22.06.2009
NNNN
#
625406 UBAE B I
212359 MZBK IR
0033
```

Person 2

CONFIDENTIAL

UBAE000343

```
?05159409062410.PAB
1/06 12.57
L2359 MZBK IR#
25406 UBAE B I
JMPUTER MESSAGE : PLS DO NOT INTERRUPT
JSSIBLE DUPLICATE
594/19/05

J CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
_X NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
JLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
ERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
VCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

AME                      :  USD 4.00% INTL.FIN.CORP 2005-2010
                            ISIN US45950KAN00
JUPON                    :  4,00 PCT
SSUE DATE                :  2005
ATURITY DATE             :  15 JUNE 2009
RANSACTION DATE          :
ETTLEMENT DATE           :  15 JUNE 2009
JMINAL AMOUNT            :  USD 100.000.000
RICE                     :  100
ROSS AMOUNT              :
CCRUED DAYS              :  180
CCRUED INTEREST          :  USD  2.000.000
ET AMOUNT                :  USD  2.000.000
JR RECEIPT OF BONDS:
JR DELIVER OF FUNDS:
ALUE DATE                :  15 JUNE 2009
```

<span style="background:black;color:white">Person 1</span>

```
ANCA UBAE SPA — ROME
ANCA UBAE SPA MSG:048057 DT.R:22.06.2009
NNN
```

<span style="background:black;color:white">Person 2</span>

```
25406 UBAE B I
L2359 MZBK IR
)33
```

CONFIDENTIAL

UBAE000352

```
308111710.PAA
0.26
IZBK IR#
JBAE B I
: MESSAGE : PLS DO NOT INTERRUPT
1F
: DUPLICATE
SAGE—
AL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
09821 214255

CA UBAE SPA   ROME
G THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
 IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

                    : USD 4.75% INTL. FIN. CORP. 2007—2012
                    : US45950KAQ31
                    : 4,75 PCT
TE                  : 2007
  DATE              : 25 OCTOBER 2008
ION DATE            :
NT DATE             : 27 OCTOBER 2008
AMOUNT              : USD  70.000.000
JUNT                : 100
DAYS                :
INTEREST            : USD   1.662.500
NT                  : USD   1.662.500
IPT OF BONDS:
JER OF FUNDS:
-E                  : 27 OCTOBER 2008

                    : 4,625% INSTITUTO CREDITO OFICIAL 2005—2010
                    : XS0233408102
                    : 4,625 PCT
-E                  : 2005
 DATE               : 27 OCTOBER 2008
ON DATE             :
T DATE              : 27 OCTOBER 2008
MOUNT               : USD  50.000.000
UNT                 : 100
AYS                 :
NTEREST             : USD   2.312.500
T                   : USD   2.312.500
PT OF BONDS:
ER OF FUNDS:
E                   : 27 OCTOBER 2008

                    : USD 3,375% SPAIN KINGDOM OF  2004/2009
                    : XS0204271919
                    : 3,375 PCT
E                   : 2004
DATE                : 28 OCTOBER 2008
ON DATE             :
T DATE              : 25 OCTOBER 2008
MOUNT               : USD 37.000.000
JNT                 : 100
AYS                 :
NTEREST             : USD  1.248.750
                    : USD  1.248.750
PT OF BONDS:
R OF FUNDS:
```

CONFIDENTIAL

UBAE000357

```
5080907102710 FAA
 11.20
? MZBK IR#
5 UBAE B I
'ER MESSAGE : PLS DO NOT INTERRUPT
.9/05

TRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
),009821 214255

ION: PLEASE AVOID DUPLICATION


ANCA UBAE SPA  ROME
ING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
E WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
ED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008


                    : USD 4.75% INTL FIN CORP 07/2012
                      ISIN US45950KAQ31
                    : 4,75 PCT
DATE                : 2007
TY DATE             : 27 APRIL 2009
CTION DATE          :
MENT DATE           : 27 APRIL 2009
L AMOUNT            : USD 70,000,000
                    : 100
AMOUNT              :
D DAYS              : 180
D INTEREST          : USD   1,662,500
UNT                 : USD   1,662,500
CEIPT OF BONDS:
IVER OF FUNDS:
DATE                : 27 APRIL 2009
```

Person 1

```
JBAE SPA — ROME
JBAE SPA MSG:048007 DT.R:27.04.2009
```

Person 2

```
UBAE B I
MZBXPY
```

PARTENZA

2 7 APR. 2009

TELEX

CONFIDENTIAL

UBAE000358

)08111810.PAQ
),36
1ZBK IR#
JBAE B I
? MESSAGE : PLS DO NOT INTERRUPT
'08
: DUPLICATE
3SAGE-
RAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
)09821 214255

JCA UBAE SPA  ROME
JG THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
) IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008

```
                   : USD FL.R INT.FIN.FACILITY IMMUNIS.2006-2011
                   : XS0274548287
                   : 5,00 PCT
ATE                : 2006
/ DATE             : 14 NOVEMBER 2008
FION DATE          :
ENT DATE           : 14 NOVEMBER 2008
  AMOUNT           : USD   50.000.000
                   : 100
1OUNT              :
  DAYS             :
  INTEREST         : USD    2.500.000
JNT                : USD    2.500.000
EIPT OF BONDS:
VER OF FUNDS:
ATE                : 14 NOVEMBER 2008

                   : KFW 4.625% USD 16/11/2005-17/11/2008
                   : US48245RAX26
                   : 4,625 PCT
ATE                : 2005
/ DATE             : 17 NOVEMBER 2008
FION DATE          :
ENT DATE           : 17 NOVEMBER 2008
  AMOUNT           : USD 100.000.000
                   : 100
1OUNT              :
  DAYS             :
  INTEREST         : USD    2.312.500
JNT                : USD  102.312.500
EIPT OF BONDS:
[VER OF FUND :
ATE                : 17 NOVEMBER 2008
                   : FINAL REDEMPTION
```

PARTENZA
1 8 NOV. 2008
T E L E X

MSG n. 7

████ Person 1 ████

3AE SPA — ROME
3AE SPA MSG:047913 DT.R:17.11.2008

████ Person 2 ████

JBAE B I
1ZBK IR

CONFIDENTIAL

UBAE000377

```
39108123010.PAA
 11.55
5 MZBK IR#
6 UBAE B I
TER MESSAGE : PLS DO NOT INTERRUPT
19/05
BLE DUPLICATE

NTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
0.009821 214255

TION: PLEASE AVOID DUPLICATION
```

```
BANCA UBAE SPA  ROME
WING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
RED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008
```

```
                   : USD 3.75% INTL.FIN.CORP. 04/2009
                     ISIN US45950KAM27
N                  : 3,75 PCT
 DATE              : 2004
ITY DATE           : 30 DECEMBER 2008
ACTION DATE        :
EMENT DATE         : 30 DECEMBER 2008
AL AMOUNT          : USD 100.000.000
                   : 100
 AMOUNT            :
ED DAYS            : 180
ED INTEREST        : USD   1.875.000
MOUNT              : USD   1.875.000
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE              : 30 DECEMBER 2008

                   : USD 3,875 K.F.W. 2005/2009
                     ISN US500769BG84
N                  : 3,875 PCT
 DATE              : 2005
ITY DATE           : 30 DECEMBER 2008
ACTION DATE        :
EMENT DATE         : 30 DECEMBER 2008
AL AMOUNT          : USD  40.000.000
                   : 100
 AMOUNT            :
ED DAYS            : 180
ED INTEREST        : USD    775.000
MOUNT              : USD    775.000
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE              : 30 DECEMBER 2008
```

Person 1

```
 UBAE SPA - ROME
 UBAE SPA MSG:047926 DT.R:30.12.2008
```

Person 2

```
6 UBAE B I
```

CONFIDENTIAL

UBAE000394

```
905160909070110.PAA
1/07 09.52
12359 MZBK IR#
25406 UBAE B I
OMPUTER MESSAGE : PLS DO NOT INTERRUPT
609/19/05

O CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
LX NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
OLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
ERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
NCURRED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008

AME                    :  USD 3.875% K.F.W 30/06/2005-2009
(                         ISIN US500769BG84
OUPON                  :  3,875 PCT
SSUE DATE              :  2005
ATURITY DATE           :  30 JUNE 2009
RANSACTION DATE        :
ETTLEMENT DATE         :  30 JUNE 2009
OMINAL AMOUNT          :  USD  40.000.000
RICE                   :  100
ROSS AMOUNT            :
CCRUED DAYS            :  180
CCRUED INTEREST        :  USD     775.000
ET AMOUNT              :  USD  40.775.000
UR RECEIPT OF BONDS:
UR DELIVER OF FUNDS:
ALUE DATE              :  30 JUNE 2009
EF                     :  FINAL REDEMPTION
```

Person 1

```
ANCA UBAE SPA - ROME
X  A UBAE SPA MSG:048068 DT.R:30.06.2009
NNN
```

Person 2

```
25406 UBAE B I
12359 MZBK IR
033
```

CONFIDENTIAL

UBAE000401

```
39409012010.PAA
 16.03
9 MZBK IR#
6 UBAE B I
TER MESSAGE : PLS DO NOT INTERRUPT
19/05

NTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
0.009821 214255

TION: PLEASE AVOID DUPLICATION


BANCA UBAE SPA  ROME
WING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
RED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

                    : USD 4.625% % K F W 06/2011
                      ISIN US500769BL79
N                   : 4,625 PCT
 DATE               : 2006
ITY DATE            : 20 JANUARY 2009
ACTION DATE         :
EMENT DATE          : 20 JANUARY 2009
AL AMOUNT           : USD 100.000.000
                    : 100
  AMOUNT            :
ED DAYS             : 180
ED INTEREST         : USD    2.312.500
MOUNT               : USD    2.312.500
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE               : 20 JANUARY 2009

                    : USD 3,75% COUNCIL EUROPE DEV BANK 03/2010
                      ISIN XS0160743810
N                   : 3,75 PCT
 DATE               : 2003
ITY DATE            : 20 JANUARY 2009
ACTION DATE         :
EMENT DATE          : 20 JANUARY 2009
AL AMOUNT           : USD    65.000.000
                    : 100
  AMOUNT            :
ED DAYS             : 360
ED INTEREST         : USD    2.437.500
MOUNT               : USD    2.437.500
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE               : 20 JANUARY 2009
```

PARTENZA
2 0 GEN. 2009
T E L E X

Person 1

```
UBAE SPA — ROME
UBAE SPA MSG:047930 DT.R:20.01.2009
```

Person 2

```
6 UBAE B I
9 MZBK IR
```

CONFIDENTIAL

UBAE000406

```
1910125008111710.PAB
17/11  08.44
213966 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
/250/19/1D
POSSIBLE DUPLICATE
-3ND MESSAGE-
TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008
```

PAR
17 M
TE

MSG   M.3

```
NAME              : K.F.W. 4,625% 06/2011
ISIN              : US500769BL79
COUPON            : 4,625 PCT
ISSUE DATE        : 2006
MATURITY DATE     :
TRANSACTION DATE  : 20 JULY 2008
SETTLEMENT DATE   : 21 JULY 2008
NOMINAL AMOUNT    : USD 100,000,000
PRICE             : 100
GROSS AMOUNT      :
ACCRUED DAYS      :
ACCRUED INTEREST  : USD   2.312.500
NET AMOUNT        : USD   2.312.500
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE        : 21 JULY 2008

NAME              : COUNCIL EUROPE DEV.BK 5,50% 2011
ISIN              : XS0261482359
COUPON            : 5,50 PCT
ISSUE DATE        :
MATURITY DATE     :
TRANSACTION DATE  : 21 JULY 2008
SETTLEMENT DATE   : 21 JULY 2008
NOMINAL AMOUNT    : USD 100,000,000
PRICE             : 100
GROSS AMOUNT      :
ACCRUED DAYS      :
ACCRUED INTEREST  : USD   5.500.000
NET AMOUNT        : USD   5.500.000
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE        : 21 JULY 2008

NAME              : USD EUROPEAN INVEST BANK 5.00 % 2007/2010
ISIN              : US298785EC60
COUPON            : 5,00  PCT
ISSUE DATE        :
MATURITY DATE     :
TRANSACTION DATE  : 08 AUGUST 2008
SETTLEMENT DATE   :
NOMINAL AMOUNT    : 08 AUGUST 2008
PRICE             : USD 50,000,000
GROSS AMOUNT      : 100
```

UBAE000410

```
190A135508120212.PAA
02/12 14.23
213965 MZBK IR#
625406 UBAE A I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1355/19/0A
POSSIBLE DUPLICATE
-9TH MESSAGE-  CORRECT COPY
TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

NAME                    : K.F.W.  5,00% USD 2007/2010
                          ISIN US500769CF92
COUPON                  : 5,00 PCT
ISSUE DATE              : 2007
MATURITY DATE           : 01 DECEMBER 2008
TRANSACTION DATE        :
SETTLEMENT DATE         : 01 DECEMBER 2008
NOMINAL AMOUNT          : USD  20.000.000
PRICE                   :             100
GROSS AMOUNT            :
ACCRUED DAYS            :
ACCRUED INTEREST        : USD     500.000
NET AMOUNT              : USD     500.000
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE              : 01 DECEMBER 2008
```

Person 1

```
BANCA UBAE SPA - ROME
BAC  ) UBAE SPA MSG:047920 DT.R:01.12.2008
NNNN
#
625406 UBAE A I
213965 MZBK IR
0033
```

Person 2

CONFIDENTIAL

UBAE000415

56109060310.PAB
11.35
6 MZBK IR#
6 UBAE B I
TER MESSAGE : PLS DO NOT INTERRUPT
19/08
BLE DUPLICATE

NTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
J.009821 214255

TION: PLEASE AVOID DUPLICATION


BANCA UBAE SPA  ROME
JING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
RED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008



```
                        : FED REP GERMANY 3,875 2005/2010
                          ISIN DE0001030104
N                       : 3,875 PCT
 DATE                   : 2005
ITY DATE                : 02 JUNE 2009
ACTION DATE             :
EMENT DATE              : 02 JUNE 2009
AL AMOUNT               : USD 100.000.000
                        : 100
 AMOUNT                 :
ED DAYS                 : 360
ED INTEREST             : USD    3.875.000
MOUNT                   : USD    3.875.000
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE                   : 02 JUNE 2009


                        : USD K.F.W. 5.00% 2007/2010
                          ISIN US500769CF92
N                       : 5,00 PCT
 DATE                   : 2007
ITY DATE                : 01 JUNE 2009
ACTION DATE             :
EMENT DATE              : 01 JUNE 2009
AL AMOUNT               : USD   20.000.000
                        : 100
 AMOUNT                 :
ED DAYS                 : 180
ED INTEREST             : USD      500.000
MOUNT                   : USD      500.000
ECEIPT OF BONDS:
ELIVER OF FUNDS:
 DATE                   : 01 JUNE 2009
```

Person 1

UBAE SPA — ROME
UBAE SPA MSG:048031 DT.R:03.06.2009

Person 2

6 UBAE B I
6 MZBK IR

CONFIDENTIAL

UBAE000419

```
)A137808121612.PAC
/12 15.37
3965 MZBK IR$
3406 UBAE A I
1PUTER MESSAGE : PLS DO NOT INTERRUPT
78/19/0A
3SIBLE DUPLICATE

 CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
X NO.009821 214255

OM BANCA UBAE SPA  ROME
LLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
RE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
CURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008
```

```
ME                      : USD 2.875% NORDIC INVEST BANK 2004—2009
                          ISIN US65562QAC96
UPON                    : 2,875 PCT
SUE DATE                : 2004
TURITY DATE             : 15 DECEMBER2008
ANSACTION DATE          :
TTLEMENT DATE           : 15 DECEMBER 2008
OMINAL AMOUNT           : USD 100.000.000
RICE                    : 100
ROSS AMOUNT             :
CCRUED DAYS             : 180
CCRUED INTEREST         : USD   1.437.500
ET AMOUNT               : USD   1.437.500
JR RECEIPT OF BONDS:
JR DELIVER OF FUNDS:
ALUE DATE               : 15 DECEMBER 2008

AME                     : 3,875% NORDIC INVEST BANK 2005—2010
                          ISN US65562QAD79
OUPON                   : 3,875 PCT
S  E DATE               : 2005
ATURITY DATE            : 15 DECEMBER 2008
RANSACTION DATE         :
ETTLEMENT DATE          : 15 DECEMBER 2008
OMINAL AMOUNT           : USD  60.000.000
RICE                    : 100
ROSS AMOUNT             :
CCRUED DAYS             : 180
CCRUED INTEREST         : USD   1.162.500
ET AMOUNT               : USD   1.162.500
UR RECEIPT OF BONDS:
UR DELIVER OF FUNDS:
ALUE DATE               : 15 DECEMBER 2008
```

PARTENZA

16 DIC. 2008

T E L E X

CONFIDENTIAL

UBAE000429

```
POB159709062410.PAE
4/06 13.44
L2359 MZBK IR#
25406 UBAE B I
OMPUTER MESSAGE : PLS DO NOT INTERRUPT
597/19/08

J CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
_X NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
OLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
ERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
NC'RRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

AME                     :  USD 2.875% NORDIK INVEST.BK 2004-2009
                           ISIN US65562QAC96
OUPON                   :  2,875 PCT
SSUE DATE               :  2004
ATURITY DATE            :  15 JUNE 2009
RANSACTION DATE         :
ETTLEMENT DATE          :  15 JUNE 2009
OMINAL AMOUNT           :  USD 100.000.000
RICE                    :  100
ROSS AMOUNT             :
CCRUED DAYS             :  360
CCRUED INTEREST         :  USD    1.437.500
ET AMOUNT               :  USD 101.437.500
JR RECEIPT OF BONDS:
JR DELIVER OF FUNDS:
LUE DATE                :  15 JUNE 2009
EF                      :  FINAL REDEMPTION
```

Person 1

```
NCA UBAE SPA - ROME
ANCA UBAE SPA MSG:048064 DT.R:24.06.2009
NNN
```

Person 2

```
25406 UBAE B I
L2359 MZBK IR
033
```

CONFIDENTIAL

UBAE000435

```
)A137808121612.PAC
'12 15.37
3965 MZBK IR#
5406 UBAE A I
4PUTER MESSAGE : PLS DO NOT INTERRUPT
78/19/0A
3SIBLE DUPLICATE

 CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
X NO.009821 214255

OM BANCA UBAE SPA  ROME
LLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
RE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
CURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008
```

| | | |
|---|---|---|
| ME | : | USD 2.875% NORDIC INVEST BANK 2004-2009 |
| | | ISIN US65562QAC96 |
| UPON | : | 2,875 PCT |
| SUE DATE | : | 2004 |
| TURITY DATE | : | 15 DECEMBER2008 |
| RANSACTION DATE | : | |
| TTLEMENT DATE | : | 15 DECEMBER 2008 |
| OMINAL AMOUNT | : | USD 100,000,000 |
| RICE | : | 100 |
| ROSS AMOUNT | : | |
| CCRUED DAYS | : | 180 |
| CCRUED INTEREST | : | USD  1,437,500 |
| ET AMOUNT | : | USD  1,437,500 |
| JR RECEIPT OF BONDS | : | |
| JR DELIVER OF FUNDS | : | |
| ALUE DATE | : | 15 DECEMBER 2008 |

```
PARTENZA
16 DIC. 2008
T E L E X
```

| | | |
|---|---|---|
| AME | : | 3,875% NORDIC INVEST BANK 2005-2010 |
| | | ISN US65562QAD79 |
| OUPON | : | 3,875 PCT |
| S  E DATE | : | 2005 |
| ATURITY DATE | : | 15 DECEMBER 2008 |
| RANSACTION DATE | : | |
| ETTLEMENT DATE | : | 15 DECEMBER 2008 |
| OMINAL AMOUNT | : | USD  60,000,000 |
| RICE | : | 100 |
| ROSS AMOUNT | : | |
| CCRUED DAYS | : | 180 |
| CCRUED INTEREST | : | USD  1,162,500 |
| ET AMOUNT | : | USD  1,162,500 |
| UR RECEIPT OF BONDS | : | |
| UR DELIVER OF FUNDS | : | |
| ALUE DATE | : | 15 DECEMBER 2008 |

CONFIDENTIAL

UBAE000441

```
908159509062410.PAC
4/06 13.02
12359 MZBK IR#
25406 UBAE B I
OMPUTER MESSAGE : PLS DO NOT INTERRUPT
595/19/08

O CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN — TEHRAN
LX NO.009821 214255

TTENTION: PLEASE AVOID DUPLICATION


ROM BANCA UBAE SPA  ROME
OLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
ERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
NCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

AME                    :   USD 3.875% NORDIC INVEST.BK 2005-2010
                           ISIN US65562QAD79
OUPON                  :   3,875 PCT
SSUE DATE              :   2005
ATURITY DATE           :   15 JUNE 2009
RANSACTION DATE        :
ETTLEMENT DATE         :   15 JUNE 2009
OMINAL AMOUNT          :   USD  60.000.000
RICE                   :   100
ROSS AMOUNT            :
CCRUED DAYS            :   180
CCRUED INTEREST        :   USD   1.162.500
ET AMOUNT              :   USD   1.162.500
UR RECEIPT OF BONDS:
UR DELIVER OF FUNDS:
ALUE DATE              :   15 JUNE 2009
```

███████ Person 1 ███████

```
ANCA UBAE SPA — ROME
ANCA UBAE SPA MSG:048061 DT.R:22.06.2009      ███ Person 2 ███
NNN

25406 UBAE B I
12359 MZBK IR
033
```

CONFIDENTIAL

UBAE000445

```
191E125208111710.PAC
17/11 09.06
213966 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1252/19/1E
POSSIBLE DUPLICATE
-4TH MESSAGE-
TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008


NAME               : USD 4,25% OEST,KRONTROLLBK AG, 2005-2010
ISIN               : US676167AR05
COUPON             : 4,25 PCT
ISSUE DATE         : 2005
MATURITY DATE      : 06 OCTOBER 2008
TRANSACTION DATE   :
SETTLEMENT DATE    : 06 OCTOBER 2008
NOMINAL AMOUNT     : USD   50,000,000
PRICE              : 100
GROSS AMOUNT       :
ACCRUED DAYS       :
ACCRUED INTEREST   : USD    1,062,500
NET AMOUNT         : USD    1,062,500
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE         : 06 OCTOBER 2008

NAME               : USD 4,25 EUROP.INVEST.BK 05/2012
ISIN               : XS0225513703
COUPON             : 4,25 PCT
ISSUE DATE         : 2005
MATURITY DATE      : 15 OCTOBER 2008
TRANSACTION DATE   :
SETTLEMENT DATE    : 15 OCTOBER 2008
NOMINAL AMOUNT     : USD 100,000,000
PRICE              : 100
GROSS AMOUNT       :
ACCRUED DAYS       :
ACCRUED INTEREST   : USD    4,250,000
NET AMOUNT         : USD    4,250,000
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE         : 15 OCTOBER 2008
```

Person 1

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:047909 DT.R:13.11.2008
NNNN
#
625406 UBAE B I
213966 MZBK IR
0111
```

Person 2

CONFIDENTIAL

UBAE000446

```
1905144909040810.PAA
08/04 10.21
212359 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1449/19/05

TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION


FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION, FROM THE BEGINNING 16 JUNE 2008

        NAME                    :   OEST. KONTROLLBANK AG, 05-2010
                                    ISIN US676167AR05
        COUPON                  :   4,25 PCT
        ISSUE DATE              :   2005
        MATURITY DATE           :   06 APRIL 2009
        TRANSACTION DATE        :
        SETTLEMENT DATE         :   06 APRIL 2009
        NOMINAL AMOUNT          :   USD 50,000,000
        PRICE                   :   100
        GROSS AMOUNT            :
        ACCRUED DAYS            :   180
        ACCRUED INTEREST        :   USD  1,062,500
        NET AMOUNT              :   USD  1,062,500
        OUR RECEIPT OF BONDS:
        OUR DELIVER OF FUNDS:
        VALUE DATE              :   06 APRIL 2009
```

▐ Person 1 ▌

```
BANCA UBAE SPA - ROME
BANCA UBAE SPA MSG:047960 DT.R:06.04.2009
NNNN
#
625406 UBAE B I
212359 MZBK IR
0033
```

▐ Person 5 ▌

CONFIDENTIAL

UBAE000460

```
N MESSAGE - PLS DO NOT INTERRUPT
/1E
E DUPLICATE
SSAGE-
RAL BANK OF THE ISLAMIC REPUBLIC OF IRAN - TEHRAN
009821 214255

NCA UBAE SPA   ROME
NG THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
 WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
D IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008
```

TELEX

```
                      : USD 4.125% ASIAN DEV.BK. 2005-2010
                      : US045167BL65
                      : 4,125 PCT
ATE                   : 2005
Y DATE                : 15 SEPTEMBER 2008
TION DATE             :
ENT DATE              : 15 SEPTEMBER 2008
  AMOUNT              : USD   45.000.000
                      : 100
MOUNT                 :
  DAYS                :
  INTEREST            : USD      928.125
UNT                   : USD      928.125
EIPT OF BONDS:
IVER OF FUNDS:
ATE                   : 15 SEPTEMBER 2008

                      : 4,125% EUROP INVEST BANK 2005-2010
                      : US298785DP82
                      : 4,125 PCT
ATE                   : 2005
Y DATE                : 15 SEPTEMBER 2008
TION DATE             :
ENT DATE              : 15 SEPTEMBER 2008
. AMOUNT              : USD 100.000.000
                      : 100
MOUNT                 :
 DAYS                 :
 INTEREST             : USD    2.062.500
UNT                   : USD    2.062.500
EIPT OF BONDS:
IVER OF FUNDS:
ATE                   : 15 SEPTEMBER 2008

                      : USD 4,625% EUROP INVEST BANK  2007/2012
                      : US298785EE27
                      : 4,625 PCT
ATE                   : 2007
Y DATE                : 21 SEPTEMBER 2008
TION DATE             :
ENT DATE              : 21 SEPTEMBER 2008
. AMOUNT              : USD 93.000.000
                      : 100
MOUNT                 :
 DAYS                 :
 INTEREST             : USD    2.150.625
UNT                   : USD    2.150.625
EIPT OF BONDS:
IVER OF FUNDS:
ATE                   : 22 SEPTEMBER 2008

                      : USD 4.25% INSTITUTO CREDITO OFICIAL
                        30/09/2005-2008
                      : XS0217627685
                      : 4,25 PCT
ATE                   : 2005
Y DATE                :
```

CONFIDENTIAL

UBAE000465

```
1905142309031610.PAA
16/03 13.33
212359 MZBK IR#
625406 UBAE B I
COMPUTER MESSAGE : PLS DO NOT INTERRUPT
1423/19/05
```

TO CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN – TEHRAN
TLX NO.009821 214255

ATTENTION: PLEASE AVOID DUPLICATION

FROM BANCA UBAE SPA  ROME
FOLLOWING THE RECENT CONVERSATION HELD WITH OUR HEAD OF FINANCE
HERE WE WANT TO SHOW YOU THE PAYMENTS MADE IN RECENT PAST THAT
INCURRED IN BLOCKED POSITION. FROM THE BEGINNING 16 JUNE 2008

```
NAME                    : USD 4.125% % EIB 05/2010
                          ISIN US29878SDP82
COUPON                  : 4,125 PCT
ISSUE DATE              : 2005
MATURITY DATE           : 16 MARCH 2009
TRANSACTION DATE        :
SETTLEMENT DATE         : 16 MARCH 2009
NOMINAL AMOUNT          : USD 100.000.000
PRICE                   : 100
GROSS AMOUNT            :
ACCRUED DAYS            : 180
ACCRUED INTEREST        : USD   2.062.500
NET AMOUNT              : USD   2.062.500
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE              : 16 MARCH 2009

NAME                    : USD 4,125% ASIAN DEV. BANK 05/2010
                          ISIN US045167BL65
COUPON                  : 4,125 PCT
ISSUE DATE              : 2005
MATURITY DATE           : 16 MARCH 2009
TRANSACTION DATE        :
SETTLEMENT DATE         : 16 MARCH 2009
NOMINAL AMOUNT          : USD    45.000.000
PRICE                   : 100
GROSS AMOUNT            :
ACCRUED DAYS            : 180
ACCRUED INTEREST        : USD      928.125
NET AMOUNT              : USD      928.125
OUR RECEIPT OF BONDS:
OUR DELIVER OF FUNDS:
VALUE DATE              : 16 MARCH 2009
```

Person 1

```
BANCA UBAE SPA – ROME
BANCA UBAE SPA MSG:047949 DT.R:16.03.2009
NNNN
#
625406 UBAE B I
212359 MZBK IR
```

Person 2

CONFIDENTIAL

UBAE000469