Back Office Fois         Clearstream Banking - CreationOnline                10.26 CET

| Security Post Release Trade Details | |
|---|---|
| Type of Settlement Transaction | Internal Own Account Transfer |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | |
| Common Code | 016772097 |
| Financial Instrument Description | USD 3,25 ITALY, REP.OF 03-2008 |
| Place of Safekeeping | CITIGB2LMAG |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 07/02/08 21.38 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Quantity of Financial Instrument | 125.000.000 |
| Quantity Type | Face Amount |
| Processing Indicator | Optional |
| Requested Settlement Date | 08/02/08 |
| Trade Date/Time | 07/02/08 |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | TRANS08 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 08/02/08 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [60] CITIBANK N.A. |
| BIC Address | CITIGB2LGAT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 80726 |
| Description | UNPUBLISHED |
| Additional Information | |
| Place of Listing Code | |
| Input Media | Internal |
| References: | |
| Type | Reference |
| Clearstream | 02AHQZ000001 |

CONFIDENTIAL

M1 535 - Statement of Holdings Report                                                                                   Page 2 of 5

YORK,NY

|  |  |  |  | Held Free | 22 feb 2008 |  | 100,000,000 |  |
|---|---|---|---|---|---|---|---|---|
| 000016772097<br>USD 3,25 ITALY, REP.OF 03-2008<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 100.0127<br>128,311,013.75<br>3,295,138.75<br>06 mag 2008 | 08 feb 2008<br>08 feb 2008 | FAMT | 125,000,000<br>125,000,000 | 9 |
|  |  |  |  | Held Free | 08 feb 2008 |  | 125,000,000 |  |
| 000016798894<br>USD 3 SWEDEN, KINGDOM OF(1-4)03-2008<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 100.4543<br>101,004,300.00<br>550,000.00<br>22 dic 2008 | 08 feb 2008<br>08 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 10 |
|  |  |  |  | Held Free | 08 feb 2008 |  | 100,000,000 |  |
| 000017174096<br>USD 2,25 UNITED KINGDOM (REGS) 03-2008<br>CUST / IRVTGB2XGPT<br>***** |  | PRCT<br>USD<br>USD | 99.855<br>303,899,016.00<br>4,334,016.00<br>08 lug 2008 | 28 feb 2008<br>28 feb 2008 | FAMT | 300,000,000<br>300,000,000 | 11 |
|  |  |  |  | Held Free | 28 feb 2008 |  | 300,000,000 |  |
| 000017207954<br>USD 2,50 ITALY, REP.OF 03-2008<br>NCSD / DTCYUS33XXX<br>DEPOSITORY TRUST COMPANY, THE NEW YORK,NY |  | PRCT<br>USD<br>USD | 99.882<br>200,361,222.00<br>597,222.00<br>15 lug 2008 | 08 feb 2008<br>08 feb 2008 | FAMT | 200,000,000<br>200,000,000 | 12 |
|  |  |  |  | Held Free | 08 feb 2008 |  | 200,000,000 |  |
| 000017396064<br>USD 3,625 SOLIDARITY TR.SERV.LTD03-2008<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 100.21<br>15,055,666.65<br>24,166.65<br>12 ago 2008 | 28 feb 2008<br>28 feb 2008 | FAMT x | 15,000,000<br>15,000,000 | 13 |
|  |  |  |  | Held Free | 28 feb 2008 |  | 15,000,000 |  |
| 000018699974<br>USD 3,625 AUSTRIA, REP.OF(1-2) 04-2011<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 102.893<br>105,621,819.00<br>2,728,819.00<br>27 mag 2008 | 07 feb 2008<br>07 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 14 |
|  |  |  |  | Held Free | 07 feb 2008 |  | 100,000,000 |  |
| 000018766442<br>USD 3,25 ITALY, REP.OF 04-2009<br>NCSD / DTCYUS33XXX<br>DEPOSITORY TRUST COMPANY, THE NEW YORK,NY |  | PRCT<br>USD<br>USD | 100.955<br>152,827,291.50<br>1,394,791.50<br>15 mag 2008 | 08 feb 2008<br>08 feb 2008 | FAMT | 150,000,000<br>150,000,000 | 15 |
|  |  |  |  | Held Free | 08 feb 2008 |  | 150,000,000 |  |
| 000018816105<br>USD 3,25 FINLAND, REP.OF 04-2009<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 101.1892<br>155,616,091.50<br>3,832,291.50<br>15 mag 2008 | 07 feb 2008<br>07 feb 2008 | FAMT | 150,000,000<br>150,000,000 | 16 |
|  |  |  |  | Held Free | 07 feb 2008 |  | 150,000,000 |  |
| 000018922720<br>USD 2,875 NORDIC INVEST.BK 04-2009<br>NCSD / DTCYUS33XXX<br>DEPOSITORY TRUST COMPANY, THE NEW YORK,NY |  | PRCT<br>USD<br>USD | 100.6532<br>101,236,186.00<br>582,986.00<br>15 giu 2008 | 29 feb 2008<br>29 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 17 |
|  |  |  |  | Held Free | 29 feb 2008 |  | 100,000,000 |  |
| 000019137597<br>USD 3.75 INTL.FIN.CORP. 04-2009<br>NCSD / FRNYUS33XXX<br>FEDERAL RESERVE BANK OF NEW YORK<br>NEW YORK,NY |  | PRCT<br>USD<br>USD | 101.8234<br>102,427,567.00<br>604,167.00<br>30 giu 2008 | 29 feb 2008<br>29 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 18 |
|  |  |  |  | Held Free | 29 feb 2008 |  | 100,000,000 |  |
| 000019190056<br>USD 3.875 INSTITUTO CREDITO OFICIAL 04-2009<br>CUST / CITIGB2LMAG<br>***** |  | PRCT<br>USD<br>USD | 101.9818<br>104,382,147.00<br>2,400,347.00<br>15 lug 2008 | 07 feb 2008<br>07 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 19 |
|  |  |  |  | Held Free | 07 feb 2008 |  | 100,000,000 |  |
| 000019533247<br>USD 4.125 IBRD 04-2009<br>NCSD / FRNYUS33XXX<br>FEDERAL RESERVE BANK OF NEW YORK<br>NEW YORK,NY |  | PRCT<br>USD<br>USD | 102.3235<br>103,056,833.00<br>733,333.00<br>24 giu 2008 | 29 feb 2008<br>29 feb 2008 | FAMT | 100,000,000<br>100,000,000 | 20 |
|  |  |  |  | Held Free | 29 feb 2008 |  | 100,000,000 |  |

http://127.0.0.1:2322/report/reportviewservlet?REPTYP=StmntOfHoldRep&REPOR...   03/03/2008

CONFIDENTIAL

UBAE000306

Next 1" page + inwarry eurs

## REPORT BANK MARKAZI-IRAN

| DATE | DES | BOND | ISIN | E/C CLEARSTREAM | E/C HSBC-NY | US | XS |
|---|---|---:|---|---:|---:|---|---|
| 14-mar-08 | KFW 3,50% 14/03/2008 CAP | 100.000.000,00 | | | | U | |
| | KFW 3,50% 14/03/2008 INT | 1.750.000,00 | | | | U | |
| | EIB 3,50% 14/03/2008 CAP | 240.000.000,00 | | | | | |
| | EIB 3,50% 14/03/2008 INT | 4.200.000,00 | | | | | |
| | ① | 345.950.000,00 | | | 345.950.000,00 | | |
| 17-mar-08 | INTER-AM DEV BANK 3,375% 17/03/08 CAP | 270.000.000,00 | | | | U | |
| | INTER-AM DEV BANK 3,375% 17/03/08 INT | 4.556.250,00 | | | | | |
| | EIB 4,125% 15/09/2010 INT | 2.062.500,00 | | | | U | |
| | ASIAN DEV BANK 4.125% 15/09/2010 INT | 928.125,00 | | | | U | |
| | ② | 277.546.875,00 | ② | 277.546.875,00 | 277.546.875,00 | | |
| 21-mar-08 | EIB 4.625% 21/03/2012 INT ③ | 2.150.625,00 | ③ | 2.150.625,00 | 2.150.625,00 | U | |
| 7-apr-08 | OEST KONTROLLBANK 4,25% 06/10/2010 INT ④ | 1.062.500,00 | ④ | 1.062.500,00 | 1.062.500,00 | U | |
| 15-apr-08 | IFC 3,00% 15/04/2008 CAP | 100.000.000,00 | | | | U | |
| | IFC 3,00% 15/04/2008 INT | 1.500.000,00 | | | | | |
| | ⑤ | 101.500.000,00 | ⑤ | 101.500.000,00 | 101.500.000,00 | | |
| 24-apr-08 | NORDIC INV.BK 3,125% 24/04/2008 CAP | 100.000.000,00 | | | | U | |
| | NORDIC INV.BK 3,125% 24/04/2008 INT | 1.562.500,00 | | | | | |
| | ⑥ | 101.562.500,00 | ⑥ | 101.562.500,00 | 101.562.500,00 | | |
| 25-apr-08 | INT.FIN CORP.4,75% 25/04/2012 INT ⑦ | 1.662.500,00 | ⑦ | 1.662.500,00 | 1.662.500,00 | U | |
| 6-mag-08 | Rep of ITALY 3.25% 06/05/2008 CAP | 125.000.000,00 | | | | | X |
| | Rep of ITALY 3.25% 06/05/2008 INT | 4.062.500,00 | | | | | |

CONFIDENTIAL

UBAE000165

Clearstream Banking - CreationOnline

12.31

| Order Details | |
|---|---|
| Instruction Type | Withdrawal of Funds (90) |
| Senders Reference | 50317 |
| Use Auto Ref. | false |
| Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Amount | 129062500 - USD |
| Requested Value Date | 06/05/08 |
| Ordering Institution | BIC |
| Intermediary | BIC |
| Account with Institution * | BIC MRMDUS33XXX |
| Beneficiary Institution * | BIC 000146455 UBAIITRRXXX |
| Details of Payment | rimb ITALY 3,255 03/2008. |
| Function of Message | New Message |
| Activity Status | Processing-New |
| Reason Narrative | |
| Last Update | 29/04/08 12:31 |

29/04/08

Page 1/1

CONFIDENTIAL

UBAE000008



BANCA UBAE SPA
DIREZIONE GENERALE - ROMA
00187 ROMA - VIA QUINTINO SELLA 2

BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME ITALY

STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER

STATEMENT PERIOD
05/06/2008 - 05/06/2008

PAGE 1 OF 8

## TRANSACTION SUMMARY

| DATE | | | AMOUNT | DESCRIPTION | REFERENCE | | |
|---|---|---|---|---|---|---|---|
| ENTRY | POST | VALUE | | | STATEMENT | DEPARTMENT | CLIENT |
| CLOSING LEDGER | -05/05 | | $161,935.44 | | | | |
| CLOSING AVAILABLE | -05/05 | | $161,935.44 | | | | |
| 05/06 | 05/06 | 05/06 | $902.22 | CR-CHIPS PAYMENT | | | Entity 1 |
| | 05/06 | 05/06 | 5,496.01 | CR-BOOK TRANSFER | | | Entity 2 |
| | 05/06 | 05/06 | 14,168.80 | CR-CHIPS PAYMENT | | | Entity 3 |
| | 05/06 | 05/06 | 133,814.24 | CR-CHIPS PAYMENT | | | Entity 4 |
| | 05/06 | 05/06 | 208,670.84 | CR-BOOK TRANSFER | | | Entity 5 |
| | 05/06 | 05/06 | 249,968.00 | CR-CHIPS PAYMENT | | | Entity 6 |
| | 05/06 | 05/06 | 303,890.00 | CR-CHIPS PAYMENT | | | Entity 7 |
| | 05/06 | 05/06 | 312,986.37 | CR-CHIPS PAYMENT | | | Entity 8 |
| | 05/06 | 05/06 | 470,000.00 | CR-CHIPS PAYMENT | | | Entity 9 |
| | 05/06 | 05/06 | 600,000.00 | CR-SWEEP TRANSFER | | | Entity 10 |
| | 05/06 | 05/06 | 900,000.00 | CR-CHIPS PAYMENT | | | Entity 11 |
| | 05/06 | 05/06 | 1,859,520.00 | CR-BOOK TRANSFER | | | Entity 12 |
| | 05/06 | 05/06 | 3,079,000.00 | CR-CHIPS PAYMENT | | | Entity 13 |
| | 05/06 | 05/06 | 6,500,000.00 | CR-CHIPS PAYMENT | | | Entity 14 |
| | 05/06 | 05/06 | 11,000,650.83 | CR-CHIPS PAYMENT | | | Entity 15 |
| | 05/06 | 05/06 | 105,007,000.00 | CR-CHIPS PAYMENT | | | Entity 16 |
| | 05/06 | 05/06 | 129,062,500.00 | CR-CHIPS PAYMENT | | | 0294700127FS |
| TOTAL CREDIT | | | $259,708,567.31 | | | | |
| | 05/06 | 05/06 | $1,460.00 | DR-CHIPS PAYMENT | | | Entity 17 |
| | 05/06 | 05/06 | 1,460.00 | DR-CHIPS PAYMENT | | | Entity 18 |
| | 05/06 | 05/06 | 1,460.00 | DR-CHIPS PAYMENT | | | Entity 19 |
| | 05/06 | 05/06 | 1,460.00 | DR-CHIPS PAYMENT | | | Entity 20 |
| | 05/06 | 05/06 | 1,460.00 | DR-CHIPS PAYMENT | | | Entity 21 |
| | 05/06 | 05/06 | 1,960.00 | DR-CHIPS PAYMENT | | | Entity 22 |
| | 05/06 | 05/06 | 3,000.00 | DR-CHIPS PAYMENT | | | Entity 23 |
| | 05/06 | 05/06 | 49,578.76 | DR-CHIPS PAYMENT | | | Entity 24 |
| | 05/06 | 05/06 | 49,790.40 | DR-CHIPS PAYMENT | | | Entity 25 |
| | 05/06 | 05/06 | 51,434.50 | DR-CHIPS PAYMENT | | | Entity 26 |
| | 05/06 | 05/06 | 85,000.00 | DR-CHIPS PAYMENT | | | Entity 27 |
| | 05/06 | 05/06 | 87,654.63 | DR-CHIPS PAYMENT | | | Entity 28 |
| | 05/06 | 05/06 | 89,637.84 | DR-CHIPS PAYMENT | | | Entity 29 |
| | 05/06 | 05/06 | 95,422.11 | DR-CHIPS PAYMENT | | | Entity 30 |
| | 05/06 | 05/06 | 147,476.00 | DR-CHIPS PAYMENT | | | Entity 31 |
| | 05/06 | 05/06 | 572,463.75 | DR-CHIPS PAYMENT | | | Entity 32 |
| | 05/06 | 05/06 | 1,009,375.00 | DR-CHIPS PAYMENT | | | Entity 33 |
| | 05/06 | 05/06 | 1,279,456.45 | DR-CHIPS PAYMENT | | | Entity 34 |
| | 05/06 | 05/06 | 1,281,612.63 | DR-CHIPS PAYMENT | | | Entity 35 |
| | 05/06 | 05/06 | 2,200,000.00 | DR-SWEEP TRANSFER | | | Entity 10 |
| | 05/06 | 05/06 | 2,457,472.50 | DR-CHIPS PAYMENT | | | Entity 36 |
| | 05/06 | 05/06 | 2,630,750.00 | DR-CHIPS PAYMENT | | | Entity 37 |
| | 05/06 | 05/06 | 3,083,800.00 | DR-CHIPS PAYMENT | | | Entity 38 |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706



BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME, ITALY

STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER
000-14645-5

STATEMENT PERIOD
05/06/2008 - 05/06/2008

PAGE 5 OF 8

TRANSACTION DETAIL

| DATE | AMOUNT | STMT.REF | DEPT.REF | TYPE | DESCRIPTION |
|---|---|---|---|---|---|
| 05/06 | $129,062,500.00 | | | CR | 33RECD CHIP JPMORGAN CHASE BANK*ORG:BANCA UBAE SPA,ROMA*B OGB:CLEARSTREAM BANKING S.A., LUXEMBOUR,LUXEMBOURG*BNF:B ANCA UBAE SPA,ROMA*BBI:/BNF/RIMB ITALY 3,255,03/2008*ST* CHIPSEQ:0070484*TIME:0324*YR REF:50317*MMB REF:127595460 |
| 05/06 | $1,460.00 | | | DR | Entity 17 |
| 05/06 | $1,460.00 | | | DR | Entity 18 |
| 05/06 | $1,460.00 | | | DR | Entity 19 |
| 05/06 | $1,460.00 | | | DR | Entity 20 |
| 05/06 | $1,460.00 | | | DR | Entity 21 |
| 05/06 | $1,960.00 | | | DR | Entity 22 |
| 05/06 | $3,000.00 | | | DR | Entity 23 |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706

CONFIDENTIAL

UBAE000004

```
2008MAY07 08:11:10                                         Logical Terminal Y5KE
MT S950                          Statement Message                 Page 00001
                                                                   Func UBAISPP0
                                                                   UMR  16857907
MSGACK  DWS766I MESSAGE NOT TO BE AUTHENTICATED
Basic Header       F  01 UBAIITRRAXXX 4285 502081
Application Header O 950 1906 080506 CEDELULLBXXX 5596 405335 080506 1906 N
                                      *CLEARSTREAM BANKING S.A.,
                                      *LUXEMBOURG
                                      *LUXEMBOURG
User Header            Service Code   103:
                       Bank. Priority 113:                      6/5/08
                       Msg User Ref.  108: ███████████████
                       Info. from CI  115:
TRN               *20  : ███████████████
Account Ident.    *25  : 13061-USD
Statement / Sequence*28 C : ███████  ███████
Opening Balance            D/C  Date     Currency  Amount
                  *60 F :  C    080505   USD       0,
*** Repeatable Sequence 001  * * * * * * * * * * * * * * *  Occurrence 00001
Statement Line
                       Date     Entry D/C Funds Amount            Code
                  61 : 080506   0506  C        125.000.000,       FRED
                       Ref. Owner                Ref. Server
                       NONREF-REDMCRED // 0000000049123863
                       Further Reference / Information
                       000016772097 QTY 125.000.000
*** Repeatable Sequence 001  * * * * * * * * * * * * * * *  Occurrence 00002
Statement Line
                       Date     Entry D/C Funds Amount            Code
                  61 : 080506   0506  C          4.062.500,       FCPN
                       Ref. Owner                Ref. Server
                       NONREF-INTRCRED // 0000000049123978
                       Further Reference / Information
                       000016772097 QTY 125.000.000
*** Repeatable Sequence 001  * * * * * * * * * * * * * * *  Occurrence 00003
Statement Line
                       Date     Entry D/C Funds Amount            Code
                  61 : 080506   0506  D        129.062.500,       NTRF
                       Ref. Owner                Ref. Server
                       50317                  // 02BYDZ0001LF
                       Further Reference / Information
                       RIMB ITALY 3,255 03/2008.
Closing Balance            D/C  Date     Currency  Amount
                  *62 F :  C    080506   USD       0,
Trailer                Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                       CHK:3822EEC3D784
                       Message Trace Display
User-ID    Function  Error Date      Time     Terminal
█████████  SBXARICO  0000  20080506  190721
█████████  SBXARICO  0000  20080506  190721
█████████  SBXASAOU  0000  20080506  190722
█████████  UBAISAOU  0000  20080506  190722
█████████  UBAIARR   0000  20080507  081110   N5JW
█████████  UBAISPTA  0000  20080507  081110
```

(10)

CONFIDENTIAL

UBAE000005

Clearstream Banking - CreationOnline

12.05

## General Information

| | |
|---|---|
| Corporate Action Reference | Version 1 of 1 |
| Payment Status | Unconfirmed |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Event Type | INTR - Interest payment (Coupon Straight) |
| Notification Timestamp | 29/04/08 4.17 |

## Underlying Financial Instrument

| | |
|---|---|
| ISIN Code | |
| Common Code | 016772097 - Single |
| Description | USD 3,25 ITALY, REP.OF 03-2008 |
| Place of Safekeeping | CITGB2LMAG - ***** |
| Type | BOND |
| Attributes | |
| Method of Interest Computation | A011 - 30/360 (ICMA or Basic Rule) |

## Balances

| | | |
|---|---|---|
| Balances As Of | 29/04/08 4.10 | |
| Settlement Position | FAMT | 125.000.000 |
| Eligible | FAMT | 125.000.000 |

## Details

| | |
|---|---|
| Record Date | 05/05/08 |
| Annual Interest Rate | |
| Interest Period | 06/05/07 - 06/05/08 |
| Number of Days Accrued | 360 |

(3,25) TF

## Cash Distribution

| | |
|---|---|
| Default Processing Flag | Yes |
| Earliest Payment Date | 06/05/08 |
| Withholding Tax Rate | |
| Interest Rate Used for Payment | |
| | 0 |
| | 3,25 |
| Credit / Debit | Credit |
| Cash Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Value Date | 06/05/08 |
| Payment Date | 06/05/08 |
| Entitled Amount | USD     4.062.500 |
| Net Amount | USD     4.062.500 |
| Tax Free | USD     4.062.500 |

CAP + INT

## Action History

| Version | Timestamp | Action | From | To | Executed by |
|---|---|---|---|---|---|
| 1 | 29/04/08 4.17 | Received | | | SYSTEM |

```
125,000,000   CAP
  4,062,500   INT
_____
TOTALE $ 129,062,500  CAP+INT

Val 6/5/2008
```

29/04/08

Page 1/1

CONFIDENTIAL

UBAE000006

Clearstream Banking - CreationOnline

### General Information
| | |
|---|---|
| Corporate Action Reference | ▮▮▮ Version 1 of 1 |
| Payment Status | Unconfirmed |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Event Type | REDM - Final Redemption |
| Notification Timestamp | 29/04/08 4.17 |

### Underlying Financial Instrument
| | |
|---|---|
| ISIN Code | ▮▮▮ |
| Common Code | 016772097 - Single |
| Description | USD 3,25 ITALY, REP.OF 03-2008 |
| Place of Safekeeping | CITGB2LMAG - ▮▮▮ |
| Type | BOND |

### Balances
| | | |
|---|---|---|
| Balances As Of | 29/04/08 4.07 | |
| Settlement Position | FAMT | 125.000.000 |
| Eligible | FAMT | 125.000.000 |

### Details
| | |
|---|---|
| Record Date | 05/05/08 |
| Redemption Date | 06/05/08 |

### Cash Distribution
| | | |
|---|---|---|
| Default Processing Flag | Yes | |
| Earliest Payment Date | 06/05/08 | |
| Withholding Tax Rate | | 0 |
| Applicable Rate | | 100 |

### Security Movement
| | | |
|---|---|---|
| Credit / Debit | Debit | |
| ISIN Code | ▮▮▮ | |
| Common Code | 016772097 - Single | |
| Description | USD 3,25 ITALY, REP.OF 03-2008 | |
| Place of Safekeeping | CITGB2LMAG - ▮▮▮ | |
| Type | BOND | |
| Payment Date | 06/05/08 | |
| Entitled Amount | FAMT | 125.000.000 |

### Cash Movement
| | | |
|---|---|---|
| Credit / Debit | Credit | |
| Cash Account | 13061 - BCA UBAE SPA-CUSTOMERS | |
| Value Date | 06/05/08 | |
| Payment Date | 06/05/08 | |
| Entitled Amount | USD | 125,000.000 |
| Net Amount | USD | 125,000.000 |
| Tax Free | USD | 125,000.000 |

### Action History
| Version | Timestamp | Action | From | To | Executed by |
|---|---|---|---|---|---|
| 1 | 29/04/08 4.17 | Received | | | SYSTEM |

29/04/08

| Back Office Fois | Clearstream Banking - CreationOnline | 10.58 CET |
|---|---|---|

### Security Post Release Trade Details

| Field | Value |
|---|---|
| Type of Settlement Transaction | Internal Own Account Transfer |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | [redacted] |
| Common Code | 016702811 |
| Financial Instrument Description | USD 3 INTL.FIN.CORP.03-2008 |
| Place of Safekeeping | FRNYUS33XXX |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 21/02/08 21.49 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Quantity of Financial Instrument | 100.000.000 |
| Quantity Type | Face Amount |
| Processing Indicator | Optional |
| Requested Settlement Date | 22/02/08 |
| Trade Date/Time | |
| Priority | High Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CS11376 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 22/02/08 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| Field | Value |
|---|---|
| Clearstream Depository | [47] CITIBANK NA(US) |
| BIC Address | CITIUS33AST |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 80726 |
| Description | UNPUBLISHED |
| Settlement Processing Narrative | MIS CREQU US4 5950KAL44 22FEB08    FAX 20.02.2008    ID-2432    OSG |
| Additional Information | |
| Place of Listing Code | |
| Input Media | Internal |

References:

| Type | Reference |
|---|---|
| Clearstream | 02AQ2F000004 |

| 18/06/08 | CONFIDENTIAL | Page 1  UBAE000260 |
|---|---|---|

| Back Office Fois | Clearstream Banking - CreationOnline | 10.42 CET |
|---|---|---|

### General Information
| | |
|---|---|
| Corporate Action Reference | ███████████ - Version 1 of 1 |
| Payment Status | Unconfirmed |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Event Type | INTR - Interest payment (Coupon Straight) |
| Notification Timestamp | 08/04/08 4.24 |

### Underlying Financial Instrument
| | |
|---|---|
| ISIN Code | ███████████ |
| Common Code | 016702811 - Single |
| Description | USD 3 INTL.FIN.CORP.03-2008 |
| Place of Safekeeping | FRNYUS33XXX - FEDERAL RESERVE BANK OF NEW YORK NEW YORK,NY |
| Type | BOND |
| Attributes | |
| Method of Interest Computation | A011 - 30/360 (ICMA or Basic Rule) |

### Balances
| | | |
|---|---|---|
| Balances As Of | 08/04/08 4.16 | |
| Settlement Position | FAMT | 100.000.000 |
| Eligible | FAMT | 100.000.000 |

### Details
| | | |
|---|---|---|
| Record Date | 14/04/08 | |
| Annual Interest Rate | | 3 |
| Interest Period | 15/10/07 - 15/04/08 | |
| Number of Days Accrued | 180 | |

### Cash Distribution
| | | |
|---|---|---|
| Default Processing Flag | Yes | |
| Earliest Payment Date | 15/04/08 | |
| Withholding Tax Rate | | 0 |
| Interest Rate Used for Payment | | 1,5 |

**Cash Movement**

| | | |
|---|---|---|
| Credit / Debit | Credit | |
| Cash Account | 13061 - BCA UBAE SPA-CUSTOMERS | |
| Value Date | 15/04/08 | |
| Payment Date | 15/04/08 | |
| Entitled Amount | USD | 1.500.000 |
| Net Amount | USD | 1.500.000 |
| Tax Free | USD | 1.500.000 |

### Action History
| Version | Timestamp | Action | From | To | Executed by |
|---|---|---|---|---|---|
| 1 | 08/04/08 4.24 | Received | | | SYSTEM |

Redacted Version of Exhibit Filed Under Seal

Head Financial Dept. Bottello    Clearing Creation Online    16.44 CE



| Cash Pre-Release | |
|---|---|
| Instruction Type | Withdrawal of Funds (90) |
| Senders Reference | 50309 |
| Use Auto Ref. | false |
| Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Amount | 101500000 - USD |
| Requested Value Date | 15/04/08 |
| Ordering Institution | BIC |
| Intermediary | BIC |
| Account with Institution * | |
| Beneficiary Institution * | |
| Details of Payment | |
| Function of Message | New Message |
| Activity Status | Processing-Verified |
| Reason Narrative | |
| Last Update | 10/04/08 16.44 |