# HSBC

BANCA UBAE SPA
BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME ITALY

15/4

STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER

STATEMENT PERIOD
04/15/2008 – 04/15/2008

PAGE 1   OF 5

## TRANSACTION SUMMARY

| DATE | | | AMOUNT | DESCRIPTION | REFERENCE | | |
|---|---|---|---|---|---|---|---|
| ENTRY | POST | VALUE | | | STATEMENT | DEPARTMENT | CLIENT |
| CLOSING LEDGER | -04/14 | | $159,962.01 | | | | |
| CLOSING AVAILABLE | -04/14 | | $159,962.01 | | | | |
| 04/15 | 04/15 | 04/15 | $4,855.07 | CR-CHIPS PAYMENT | | | Entity 174 |
| | 04/15 | 04/15 | 14,965.00 | CR-CHIPS PAYMENT | | | Entity 175 |
| | 04/15 | 04/15 | 50,000.00 | CR-CHIPS PAYMENT | | | Entity 176 |
| | 04/15 | 04/15 | 75,000.00 | CR-BOOK TRANSFER | | | Entity 177 |
| | 04/15 | 04/15 | 370,000.00 | CR-CHIPS PAYMENT | | | Entity 178 |
| | 04/15 | 04/15 | 1,970,700.00 | CR-BOOK TRANSFER | | | Entity 179 |
| | 04/15 | 04/15 | 2,302,862.22 | CR-CHIPS PAYMENT | | | Entity 180 |
| | 04/15 | 04/15 | 2,367,000.00 | CR-CHIPS PAYMENT | | | Entity 181 |
| | 04/15 | 04/15 | 2,371,350.00 | CR-CHIPS PAYMENT | | | Entity 182 |
| | 04/15 | 04/15 | 3,400,000.00 | CR-SWEEP TRANSFER | | | Entity 10 |
| | 04/15 | 04/15 | 4,467,830.11 | CR-CHIPS PAYMENT | | | Entity 183 |
| | 04/15 | 04/15 | 10,000,672.22 | CR-CHIPS PAYMENT | | | Entity 184 |
| | 04/15 | 04/15 | 15,000,000.00 | CR-CHIPS PAYMENT | | | Entity 185 |
| | 04/15 | 04/15 | 40,002,622.22 | CR-CHIPS PAYMENT | | | Entity 186 |
| | 04/15 | 04/15 | 101,500,000.00 | CR-CHIPS PAYMENT | | | 1627900106JS |
| TOTAL CREDIT | | | $183,897,856.84 | | | | |
| 04/15 | 04/15 | | $29.95 | DR-CHIPS PAYMENT | | | Entity 187 |
| 04/15 | 04/15 | | 1,716.00 | DR-CHIPS PAYMENT | | | Entity 188 |
| 04/15 | 04/15 | | 3,960.00 | DR-CHIPS PAYMENT | | | Entity 189 |
| 04/15 | 04/15 | | 55,000.00 | DR-CHIPS PAYMENT | | | Entity 190 |
| 04/15 | 04/15 | | 843,532.75 | DR-CHIPS PAYMENT | | | Entity 191 |
| 04/15 | 04/15 | | 1,578,258.11 | DR-FED WIRE PAYMENT | | | Entity 192 |
| 04/15 | 04/15 | | 1,969,900.00 | DR-BOOK TRANSFER | | | Entity 193 |
| 04/15 | 04/15 | | 2,700,000.00 | DR-SWEEP TRANSFER | | | Entity 10 |
| 04/15 | 04/15 | | 4,747,500.00 | DR-CHIPS PAYMENT | | | Entity 194 |
| 04/15 | 04/15 | | 6,490,000.00 | DR-FED WIRE PAYMENT | | | Entity 195 |
| 04/15 | 04/15 | | 66,000,000.00 | DR-CHIPS PAYMENT | | | Entity 196 |
| 04/15 | 04/15 | | 100,000,000.00 | DR-CHIPS PAYMENT | | | Entity 432 |
| TOTAL DEBIT | | | $183,889,896.81 | | | | |
| LEDGER BALANCE | | | $167,922.04 | | | | |
| AVAILABLE BALANCE | | | $167,922.04 | | | | |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706

CONFIDENTIAL

UBAE000261



BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME ITALY

STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER

STATEMENT PERIOD
04/15/2008 - 04/15/2008

PAGE 4   OF 5

TRANSACTION DETAIL

| DATE  | AMOUNT        | STMT.REF | DEPT.REF | TYPE | DESCRIPTION |
|-------|---------------|----------|----------|------|-------------|
| 04/15 | $2,371,350.00 |          |          | CR   | Entity 182 |
| 04/15 | $3,400,000.00 |          |          | CR   | Entity 10 |
| 04/15 | $4,467,830.11 |          |          | CR   | Entity 183 |
| 04/15 | $10,000,672.22 |         |          | CR   | Entity 184 |
| 04/15 | $15,000,000.00 |         |          | CR   | Entity 185 |
| 04/15 | $40,002,622.22 |         |          | CR   | Entity 186 |
| 04/15 | $101,500,000.00 |        |          | CR   | 33RECD CHIP JPMORGAN CHASE BANK*ORG:BANCA UBAE SPA,ROMA* OGB:CLEARSTREAM BANKING:S.A., LUXEMBOUR,LUXEMBOURG*BNF:B ANCA UBAE SPA,ROMA*STCHIPSEQ:0081150*TIME:0219*YR:REF:50 309*MMB REF:106342786 |
| 04/15 | $29.95        |          |          | DR   | Entity 187 |
| 04/15 | $1,716.00     |          |          | DR   | Entity 188 |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706

CONFIDENTIAL

UBAE000262

```
2008APR16 07:55:45                                    Logical Terminal Y5KE
MT S950                      Statement Message                  Page 00001
                                                                Func UBAISPP0
                                                                UMR  16649608
     MSGACK  DWS766I MESSAGE NOT TO BE AUTHENTICATED
     Basic Header        F  01 UBAIITRRAXXX 4265 497390
     Application Header  O 950 1858 080415 CEDELULLKXXX 0891 094112 080415 1858 N
                                    *CLEARSTREAM BANKING S.A.,
                                    *LUXEMBOURG
                                    *LUXEMBOURG
     User Header         Service Code    103:
                         Bank. Priority  113:
                         Msg User Ref.   108: ▓▓▓▓▓▓▓▓▓           15/4
                         Info. from CI   115:
     TRN                 *20          : ▓▓▓▓▓▓▓▓▓
     Account Ident.      *25          : 13061-USD
     Statement / Sequence*28 C : 00005 / 00001
     Opening Balance              D/C Date    Currency Amount
                         *60 F : C   080414   USD      0,
     * * Repeatable Sequence 001 * * * * * * * * * * * * *   Occurrence 00001
     Statement Line               Date   Entry D/C Funds Amount          Code
                            61 : 080415  0415  C        (100.000.000,)   FRED
                                 Ref. Owner              Ref. Server
                                 NONREF-REDMCRED     //  0000000049105834
                                 Further Reference / Information
                                 000016702811 QTY 100.000.000
     * * Repeatable Sequence 001 * * * * * * * * * * * * *   Occurrence 00002
     Statement Line               Date   Entry D/C Funds Amount          Code
                            61 : 080415  0415  C        (1.500.000,)     FCPN
                                 Ref. Owner              Ref. Server
                                 NONREF-INTRCRED     //  0000000049106396
                                 Further Reference / Information
                                 000016702811 QTY 100.000.000
     * * Repeatable Sequence 001 * * * * * * * * * * * * *   Occurrence 00003
     Statement Line               Date   Entry D/C Funds Amount          Code
                            61 : 080415  0415  D        (101.500.000,)   NTRF
                                 Ref. Owner              Ref. Server
                                 50309               //  02BK4H000379
                                 Further Reference / Information
     Closing Balance              D/C Date    Currency Amount
                         *62 F : C   080415   USD      0,
     Trailer                      Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                                  CHK:5D650689B88A
                                  Message Trace Display
     User-ID    Function  Error Date       Time    Terminal
                SBXARICO  0000  20080415   185917
                SBXARICO  0000  20080415   185917
                SBXASAOU  0000  20080415   185917
                UBAISAOU  0000  20080415   185917
                UBAIARR   0000  20080416   075545  ACU2
                UBAISPA1  0000  20080416   075545
```

CONFIDENTIAL
UBAE000263

REPORT BANK MARKAZI IRAN

Need 1" page + underlyings

| DATE | DES | BOND | ISIN | E/C CLEARSTREAM | E/C HSBC NY | US | XS |
|---|---|---|---|---|---|---|---|
| 14-mar-08 | KFW 3,50% 14/03/2008 CAP | 100.000.000,00 | [redacted] | | | U | |
| | KFW 3,50% 14/03/2008 INT | 1.750.000,00 | | | | U | |
| | EIB 3,50% 14/03/2008 CAP | 240.000.000,00 | | | | | |
| | EIB 3,50% 14/03/2008 INT | 4.200.000,00 | | | | | |
| | ① | 345.950.000,00 | | 345.950.000,00 | 345.950.000,00 | | |
| 17-mar-08 | INTER-AM DEV BANK 3,375% 17/03/08 CAP | 270.000.000,00 | | | | U | |
| | INTER-AM DEV BANK 3,375% 17/03/08 INT | 4.556.250,00 | | | | U | |
| | EIB 4,125% 15/09/2010 INT | 2.062.500,00 | | | | U | |
| | ASIAN DEV BANK 4,125% 15/09/2010 INT | 928.125,00 | | | | | |
| | ② | 277.546.875,00 | | 277.546.875,00 | 277.546.875,00 | | |
| 21-mar-08 | EIB 4,625% 21/03/2012 INT ③ | 2.150.625,00 | | 2.150.625,00 | 2.150.625,00 | U | |
| 7-apr-08 | OEST KONTROLLBANK 4,25% 06/10/2010 INT ④ | 1.062.500,00 | | 1.062.500,00 | 1.062.500,00 | U | |
| 15-apr-08 | IFC 3,00% 15/04/2008 CAP | 100.000.000,00 | | | | U | |
| | IFC 3,00% 15/04/2008 INT | 1.500.000,00 | | | | U | |
| | ⑤ | 101.500.000,00 | | 101.500.000,00 | 101.500.000,00 | | |
| 24-apr-08 | NORDIC INV.BK 3,125% 24/04/2008 CAP | 100.000.000,00 | | | | U | |
| | NORDIC INV.BK 3,125% 24/04/2008 INT | 1.562.500,00 | | | | | |
| | ⑥ | 101.562.500,00 | | 101.562.500,00 | 101.562.500,00 | | |
| 25-apr-08 | INT.FIN CORP.4,75% 25/04/2012 INT ⑦ | 1.662.500,00 | | 1.662.500,00 | 1.662.500,00 | U | |
| 6-mag-08 | Rep of ITALY 3.25% 06/05/2008 CAP | 125.000.000,00 | | | | | X |
| | Rep of ITALY 3.25% 06/05/2008 INT | 4.062.500,00 | | | | | |

CONFIDENTIAL

UBAE000165

| Back Office Fois | Clearstream Banking - CreationOnline | 10.59 CET |
|---|---|---|

| Security Post Release Trade Details | |
|---|---|
| Type of Settlement Transaction | Internal Own Account Transfer |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | |
| Common Code | 016747777 |
| Financial Instrument Description | USD 3,125 NORDIC INVEST BK 03-2003 |
| Place of Safekeeping | DTCYUS33XXX |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 21/02/08 21.49 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Quantity of Financial Instrument | 100.000.000 |
| Quantity Type | Face Amount |
| Processing Indicator | Optional |
| Requested Settlement Date | 22/02/08 |
| Trade Date/Time | |
| Priority | High Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CS11377 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 22/02/08 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [47] CITIBANK NA(US) |
| BIC Address | CITIUS33AST |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 80726 |
| Description | UNPUBLISHED |
| Settlement Processing Narrative | MIS CREQU US65562QAB14 22FEB08    FAX20.02.2008    ID-2432    OSG |
| Additional Information | |
| Place of Listing Code | |
| Input Media | Internal |
| References: | |
| Type | Reference |
| Clearstream | 02AQ2F000005 |

| 18/06/08 | CONFIDENTIAL | Page 1 UBAE000266 |
|---|---|---|

Back Office Fols — Clearstream Banking - CreationOnline — 12.11 CET

## General Information
| | |
|---|---|
| Corporate Action Reference | 0000000049114137 - Version 1 of 1 |
| Payment Status | Unconfirmed |
| Safekeeping Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Event Type | INTR - Interest payment (Coupon Straight) |
| Notification Timestamp | 17/04/08 4.17 |

## Underlying Financial Instrument
| | |
|---|---|
| ISIN Code | |
| Common Code | |
| Description | USD 3,125 NORDIC INVEST BK 03-2003 |
| Place of Safekeeping | DTCYUS33XXX - DEPOSITORY TRUST COMPANY, THE NEW YORK,NY |
| Type | BOND |
| Attributes | |
| Method of Interest Computation | A011 - 30/360 (ICMA or Basic Rule) |

## Balances
| | |
|---|---|
| Balances As Of | 17/04/08 4.11 |
| Settlement Position | FAMT 100.000.000 |
| Eligible | FAMT 100.000.000 |

## Details
| | |
|---|---|
| Record Date | 23/04/08 |
| Annual Interest Rate | 3,125 |
| Interest Period | 24/10/07 - 24/04/08 |
| Number of Days Accrued | 180 |

## Cash Distribution
| | |
|---|---|
| Default Processing Flag | Yes |
| Earliest Payment Date | 24/04/08 |
| Withholding Tax Rate | 0 |
| Interest Rate Used for Payment | 1,5625 |

### Cash Movement
| | |
|---|---|
| Credit / Debit | Credit |
| Cash Account | 13061 - BCA UBAE SPA-CUSTOMERS |
| Value Date | 24/04/08 |
| Payment Date | 24/04/08 |
| Entitled Amount | USD 1.562.500 |
| Net Amount | USD 1.562.500 |
| Tax Free | USD 1.562.500 |

## Action History
| Version | Timestamp | Action | From | To | Executed by |
|---|---|---|---|---|---|
| 1 | 17/04/08 4.17 | Received | | | SYSTEM |

Handwritten annotations: TITOLO 6556214; 24.04.2003 - 24.04.2008; 6; $100.000.000; NORDIC INVESTMENT BANK 3,125% 03-2008; 24/04/2008







BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME ITALY



STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER

STATEMENT PERIOD
04/24/2008 - 04/24/2008

PAGE 1 OF 8

## TRANSACTION SUMMARY

| DATE | | | | | REFERENCE | | |
|---|---|---|---|---|---|---|---|
| ENTRY | POST | VALUE | AMOUNT | DESCRIPTION | STATEMENT | DEPARTMENT | CLIENT |
| CLOSING LEDGER | -04/23 | | $117,621.85 | | | | |
| CLOSING AVAILABLE | -04/23 | | $117,621.85 | | | | |
| 04/24 | 04/24 | 04/24 | $63.81 | CR-CHIPS PAYMENT | | | Entity 197 |
| | 04/24 | 04/24 | 63.88 | CR-CHIPS PAYMENT | | | Entity 198 |
| | 04/24 | 04/24 | 70.00 | CR-CHIPS PAYMENT | | | Entity 199 |
| | 04/24 | 04/24 | 1,741.63 | CR-CHIPS PAYMENT | | | Entity 200 |
| | 04/24 | 04/24 | 16,416.00 | CR-CHIPS PAYMENT | | | Entity 201 |
| | 04/24 | 04/24 | 34,296.90 | CR-BOOK TRANSFER | | | Entity 202 |
| | 04/24 | 04/24 | 76,660.44 | CR-CHIPS PAYMENT | | | Entity 203 |
| | 04/24 | 04/24 | 300,000.00 | CR-BOOK TRANSFER | | | Entity 204 |
| | 04/24 | 04/24 | 443,489.56 | CR-CHIPS PAYMENT | | | Entity 205 |
| | 04/24 | 04/24 | 759,180.00 | CR-CHIPS PAYMENT | | | Entity 206 |
| | 04/24 | 04/24 | 1,025,315.00 | CR-CHIPS PAYMENT | | | Entity 207 |
| | 04/24 | 04/24 | 1,194,300.00 | CR-CHIPS PAYMENT | | | Entity 208 |
| | 04/24 | 04/24 | 1,900,000.00 | CR-SWEEP TRANSFER | | | Entity 10 |
| | 04/24 | 04/24 | 1,983,100.00 | CR-BOOK TRANSFER | | | Entity 209 |
| | 04/24 | 04/24 | 2,071,420.00 | CR-CHIPS PAYMENT | | | Entity 210 |
| | 04/24 | 04/24 | 2,947,569.94 | CR-CHIPS PAYMENT | | | Entity 211 |
| | 04/24 | 04/24 | 3,000,000.00 | CR-BOOK TRANSFER | | | Entity 212 |
| | 04/24 | 04/24 | 3,650,100.00 | CR-CHIPS PAYMENT | | | Entity 213 |
| | 04/24 | 04/24 | 4,777,500.00 | CR-CHIPS PAYMENT | | | Entity 214 |
| | 04/24 | 04/24 | 5,000,000.00 | CR-CHIPS PAYMENT | | | Entity 215 |
| | 04/24 | 04/24 | 5,000,000.00 | CR-CHIPS PAYMENT | | | Entity 216 |
| | 04/24 | 04/24 | 7,900,000.00 | CR-CHIPS PAYMENT | | | Entity 217 |
| | 04/24 | 04/24 | 12,000,733.33 | CR-CHIPS PAYMENT | | | Entity 218 |
| | 04/24 | 04/24 | 41,002,676.39 | CR-CHIPS PAYMENT | | | Entity 219 |
| | 04/24 | 04/24 | 101,562,500.00 | CR-CHIPS PAYMENT | | | 1976000115JS |
| TOTAL CREDIT | | | $196,647,196.88 | | | | |
| | 04/24 | 04/24 | $20.00 | DR-CHIPS PAYMENT | | | Entity 220 |
| | 04/24 | 04/24 | 58.00 | DR-CHIPS PAYMENT | | | Entity 221 |
| | 04/24 | 04/24 | 3,905.00 | DR-CHIPS PAYMENT | | | Entity 222 |
| | 04/24 | 04/24 | 4,975.79 | DR-CHIPS PAYMENT | | | Entity 223 |
| | 04/24 | 04/24 | 5,332.00 | DR-CHIPS PAYMENT | | | Entity 224 |
| | 04/24 | 04/24 | 5,541.67 | DR-CHIPS PAYMENT | | | Entity 225 |
| | 04/24 | 04/24 | 7,000.00 | DR-BOOK TRANSFER | | | Entity 226 |
| | 04/24 | 04/24 | 9,610.00 | DR-CHIPS PAYMENT | | | Entity 227 |
| | 04/24 | 04/24 | 9,681.39 | DR-CHIPS PAYMENT | | | Entity 228 |
| | 04/24 | 04/24 | 11,728.85 | DR-CHIPS PAYMENT | | | Entity 229 |
| | 04/24 | 04/24 | 19,289.06 | DR-CHIPS PAYMENT | | | Entity 230 |
| | 04/24 | 04/24 | 20,000.00 | DR-CHIPS PAYMENT | | | Entity 231 |
| | 04/24 | 04/24 | 73,210.79 | DR-FED WIRE PAYMENT | | | Entity 232 |
| | 04/24 | 04/24 | 114,000.00 | DR-BOOK TRANSFER | | | Entity 233 |
| | 04/24 | 04/24 | 133,079.94 | DR-CHIPS PAYMENT | | | Entity 234 |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706

CONFIDENTIAL

UBAE000191




BANCA UBAE SPA
VIA QUINTINO SELLA 2
ROME ITALY

STATEMENT OF
DEMAND DEPOSIT
ACTIVITY

ACCOUNT NUMBER

STATEMENT PERIOD
04/24/2008 - 04/24/2008

PAGE 5  OF 8

## TRANSACTION DETAIL

| DATE | AMOUNT | STMT.REF | DEPT.REF | TYPE | DESCRIPTION |
|---|---|---|---|---|---|
| 04/24 | $3,650,100.00 | | | CR | Entity 213 |
| 04/24 | $4,777,500.00 | | | CR | Entity 214 |
| 04/24 | $5,000,000.00 | | | CR | Entity 215 |
| 04/24 | $5,000,000.00 | | | CR | Entity 216 |
| 04/24 | $7,900,000.00 | | | CR | Entity 217 |
| 04/24 | $12,000,733.33 | | | CR | Entity 218 |
| 04/24 | $41,002,676.39 | | | CR | Entity 219 |
| 04/24 | $101,562,500.00 | | | CR | 33RECD CHIP JPMORGAN CHASE BANK*ORG:BANCA UBAE SPA,ROMA* OGB:CLEARSTREAM BANKING S.A., LUXEMBOUR,LUXEMBOURG*BNF:BANCA UBAE SPA,ROMA*BBI:/BNF/RIMBORSO TIT NORDIC 3,125 SC 24/04/2008 .*STCHIPSEQ:0092622*TIME:0308*YR REF:50314*MB REF:115346856 |
| 04/24 | $20.00 | | | DR | Entity 220 |

HSBC Bank USA, N.A.
452 Fifth Avenue, New York, NY 10018-2706

CONFIDENTIAL

UBAE000192

Next 1° page+ underlying ISINs

# REPORT BANK MARKAZI IRAN

| DATE | DES | BOND | ISIN | E/C CLEARSTREAM | E/C HSBC-NY | US | XS |
|---|---|---|---|---|---|---|---|
| 14-mar-08 | KFW 3,50% 14/03/2008 CAP | 100.000.000,00 | ■■■ | | | U | |
| | KFW 3,50% 14/03/2008 INT | 1.750.000,00 | | | | U | |
| | EIB 3,50% 14/03/2008 CAP | 240.000.000,00 | | | | | |
| | EIB 3,50% 14/03/2008 INT | 4.200.000,00 | | | | | |
| | ① | 345.950.000,00 | | 345.950.000,00 | 345.950.000,00 | U | |
| 17-mar-08 | INTER-AM DEV BANK 3,375% 17/03/08 CAP | 270.000.000,00 | | | | U | |
| | INTER-AM DEV BANK 3,375% 17/03/08 INT | 4.556.250,00 | | | | U | |
| | EIB 4,125% 15/09/2010 INT | 2.062.500,00 | | | | | |
| | ASIAN DEV BANK 4.125% 15/09/2010 INT | 928.125,00 | | | | | |
| | ② | 277.546.875,00 | | 277.546.875,00 | 277.546.875,00 | U | |
| 21-mar-08 | EIB 4.625% 21/03/2012 INT ③ | 2.150.625,00 | | 2.150.625,00 | 2.150.625,00 | U | |
| 7-apr-08 | OEST KONTROLLBANK 4,25% 06/10/2010 INT ④ | 1.062.500,00 | | 1.062.500,00 | 1.062.500,00 | U | |
| 15-apr-08 | IFC 3,00% 15/04/2008 CAP | 100.000.000,00 | | | | U | |
| | IFC 3,00% 15/04/2008 INT | 1.500.000,00 | | | | U | |
| | ⑤ | 101.500.000,00 | | 101.500.000,00 | 101.500.000,00 | U | |
| 24-apr-08 | NORDIC INV.BK 3,125% 24/04/2008 CAP | 100.000.000,00 | | | | U | |
| | NORDIC INV.BK 3,125% 24/04/2008 INT | 1.562.500,00 | | | | U | |
| | ⑥ | 101.562.500,00 | | 101.562.500,00 | 101.562.500,00 | U | |
| 25-apr-08 | INT.FIN CORP.4,75% 25/04/2012 INT ⑦ | 1.662.500,00 | | 1.662.500,00 | 1.662.500,00 | U | |
| 6-mag-08 | Rep of ITALY 3.25% 06/05/2008 CAP | 125.000.000,00 | | | | | X |
| | Rep of ITALY 3.25% 06/05/2008 INT | 4.062.500,00 | | | | | |

CONFIDENTIAL

UBAE000165

```
2008APR28 07:59:23                                      Logical Terminal Y5KE
MT S950                       Statement Message                   Page 00001
                                                                  Func UBAISPP0
                                                                  UMR  16737980
MSGACK   DWS766I MESSAGE NOT TO BE AUTHENTICATED
Basic Header       F  01 UBAIITRRAXXX 4273 499956
Application Header O 950 1840 080424 CEDELULLDXXX 2829 889416 080424 1840 N
                               *CLEARSTREAM BANKING S.A.,
                               *LUXEMBOURG
                               *LUXEMBOURG
User Header        Service Code     103:
                   Bank. Priority   113:
                   Msg User Ref.    108: ███████████           24/4/08
                   Info. from CI    115: ███████████
TRN              *20    : ███████████
Account Ident.   *25    : 13061-USD
Statement / Sequence*28 C : 00006 / 00001
Opening Balance           D/C Date   Currency Amount
                 *60 F : C  080423   USD      0,
* * Repeatable Sequence 001 * * * * * * * * * * * *   Occurrence 00001
Statement Line            Date    Entry D/C Funds Amount           Code
                    61 : 080424 0424   C          100.000.000      FRED
                         Ref. Owner              Ref. Server                  9
                         NONREF-REDMCRED  // 0000000049114418
                         Further Reference / Information
                         000016747777 QTY 100.000.000
* * Repeatable Sequence 001 * * * * * * * * * * * *   Occurrence 00002
Statement Line            Date    Entry D/C Funds Amount           Code
                    61 : 080424 0424   C            1.562.500      FCPN
                         Ref. Owner              Ref. Server
                         NONREF-INTRCRED  // 0000000049114137
                         Further Reference / Information
                         000016747777 QTY 100.000.000
* * Repeatable Sequence 001 * * * * * * * * * * * *   Occurrence 00003
Statement Line            Date    Entry D/C Funds Amount           Code
                    61 : 080424 0424   D          101.562.500,     NTRF
                         Ref. Owner              Ref. Server
                         50314                // 02BTVP0000VP
                         Further Reference / Information
                         RIMBORSO TIT NORDIC 3,125 SC 24/04
Closing Balance           D/C Date   Currency Amount
                 *62 F : C  080424   USD      0,
Trailer                   Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                          CHK:F1B85C4AE72D
                    Message Trace Display
User-ID   Function  Error Date      Time    Terminal
SBXARICO  0000      20080424  184127
SBXARICO  0000      20080424  184127
SBXASAOU  0000      20080424  184127
UBAISAOU  0000      20080424  184127
UBAIARR   0000      20080428  075923  N5JW
UBAISPTA  0000      20080428  075923
```

```
2008APR28 07:59:23                             Logical Terminal Y5KE
MT S950                    Statement Message              Page 00001
                                                          Func UBAISPP0
                                                          UMR  16737980
MSGACK   DWS766I MESSAGE NOT TO BE AUTHENTICATED
Basic Header         F   01 UBAIITRRAXXX 4273 499956
Application Header   O  950 1840 080424 CEDELULLDXXX 2829 889416 080424 1840 N
                               *CLEARSTREAM BANKING S.A.,
                               *LUXEMBOURG
                               *LUXEMBOURG
User Header          Service Code      103:
                     Bank. Priority    113:
                     Msg User Ref.     108: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓        24/4/08
                     Info. from CI     115:
TRN                  *20        : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Account Ident.       *25        : 13061-USD
Statement / Sequence *28 C      : 00006 / 00001
Opening Balance                   D/C Date    Currency Amount
                     *60 F      : C   080423  USD         0,
* * Repeatable Sequence 001 * * * * * * * * * * * * * *  Occurrence 00001
Statement Line                    Date   Entry D/C Funds Amount          Code
                        61      : 080424 0424  C         100.000.000,    FRED
                                  Ref. Owner        Ref. Server
                                  NONREF-REDMCRED  // 0000000049114418
                                  Further Reference / Information
                                  000016747777 QTY 100.000.000
* * Repeatable Sequence 001 * * * * * * * * * * * * * *  Occurrence 00002
Statement Line                    Date   Entry D/C Funds Amount          Code
                        61      : 080424 0424  C           1.562.500,    FCPN
                                  Ref. Owner        Ref. Server
                                  NONREF-INTRCRED  // 0000000049114137
                                  Further Reference / Information
                                  000016747777 QTY 100.000.000
* * Repeatable Sequence 001 * * * * * * * * * * * * * *  Occurrence 00003
Statement Line                    Date   Entry D/C Funds Amount          Code
                        61      : 080424 0424  D         101.562.500,    NTRF
                                  Ref. Owner        Ref. Server
                                  50314            // 02BTVP0000VP
                                  Further Reference / Information
                                  RIMBORSO TIT NORDIC 3,125 SC 24/04
Closing Balance                   D/C Date    Currency Amount
                     *62 F      : C   080424  USD         0,
Trailer                           Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                                  CHK:F1B85C4AE72D
                           Message Trace Display
User-ID   Function   Error Date     Time    Terminal
▓▓▓▓▓▓▓   SBXARICO   0000  20080424 184127
▓▓▓▓▓▓▓   SBXARICO   0000  20080424 184127
▓▓▓▓▓▓▓   SBXASAOU   0000  20080424 184127
▓▓▓▓▓▓▓   UBAISAOU   0000  20080424 184127
▓▓▓▓▓▓▓   UBAIARR    0000  20080428 075923  N5JW
▓▓▓▓▓▓▓   UBAISPTA   0000  20080428 075923
```

CONFIDENTIAL

UBAE000193