229523

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 49 | MT950MS Money statement(Daily) | 13675 | 29.05.2009 (Reports2009).pdf | | | |
| 50 | | C976151 | 10 | Credit | 13675 | |
| 51 | | INT5615 | 10 | Credit | 13675 | |
| 52 | | C937641 | 10 | Credit | 13675 | |
| 53 | | C905662 | 10 | Credit | 13675 | |
| 54 | ement(Daily) | 13675 | 30.06.2009 (Reports2009).pdf | | | |
| 55 | | INT6716 | 10 | Credit | 13675 | |
| 56 | | R983717 | 10 | Credit | 13675 | |
| 57 | | C982613 | 10 | Credit | 13675 | |
| 58 | | C937294 | 10 | Credit | 13675 | |
| 59 | ement(Daily) | 13675 | 31.07.2009 (Reports2009).pdf | | | |
| 60 | | INT8403 | 10 | Credit | 13675 | |
| 61 | ment(Daily) | 13675 | 31.08.2009 (Reports2009).pdf | | | |
| 62 | | INT9339 | 10 | Credit | 13675 | |
| 63 | ment(Daily) | 13675 | 30.09.2009 (Reports2009).pdf | | | |
| 64 | | INT0302 | 10 | Credit | 13675 | |
| 65 | | C903287 | 10 | Credit | 13675 | |

| | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|
| 49 | | | | | | | EOM Balance | 767,354,559.54 |
| 50 | 02/06/2009 | 02/06/2009 | USD | 3,875,000.00 | DE0001030104 | INTRCRED 00002209197 02JUN09OIF*RSB*INTR_ | | 771,229,559.54 |
| 51 | 15/06/2009 | 15/06/2009 | USD | 51,475.69 | | *RSE**RS2*00000000539601SS*RE2* Interest period 01-MAY-2009 to31-MAY-2009 credit/debit interest51475.693452 USD | | 771,281,035.23 |
| 52 | 15/06/2009 | 15/06/2009 | USD | 1,162,500.00 | | INTRADJT 0000210292203 15JUN09OIL QTY 30,000.000*RSB*INTR_ *RSE**RS2*00000000543283S3*RE2* INTRADJT 00002216B223 22JUN09OIL QTY 40,000.000*RSB*INTR_ | | 772,443,535.23 |
| 53 | 22/06/2009 | 22/06/2009 | USD | 401,158.32 | | *RSE**RS2*000000005934420l3*RE2* | | 772,844,693.55 |
| 54 | | | | | | | EOM Balance | 772,844,693.55 |
| 55 | 15/07/2009 | 15/07/2009 | USD | 73,330.92 | | Interest period 01-JUN-2009 to30-JUN-2009 credit/debit interest73330.918360 USD | | 772,918,024.47 |
| 56 | 15/07/2009 | 15/07/2009 | USD | 100,000,000.00 | | REDMADJT 0000191900S6 15JUL09OIL QTY 100,000.000*RSB*REDM_ *RSE**RS2*00000000552114207*RE2* | | 872,918,024.47 |
| 57 | 15/07/2009 | 15/07/2009 | USD | 3,875,000.00 | | INTRADJT 000019190056 15JUL09OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*00000000555101896*RE2* | | 876,793,024.47 |
| 58 | 21/07/2009 | 21/07/2009 | USD | 5,500,000.00 | | INTRADJT 00002614B235 21JUL09OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*00000000552604687*RE2* | | 882,293,024.47 |
| 59 | | | | | | | EOM Balance | 882,293,024.47 |
| 60 | 17/08/2009 | 17/08/2009 | USD | 78,202.49 | | Interest period 01-JUL-2009 to31-JUL-2009 credit/debit interest78202.485370 USD | | 882,371,226.96 |
| 61 | | | | | | | EOM Balance | 882,371,226.96 |
| 62 | 15/09/2009 | 15/09/2009 | USD | 78,674.43 | | Interest period 01-AUG-2009 to31-AUG-2009 credit/debit interest78674.429900 USD | | 882,449,901.39 |
| 63 | | | | | | | EOM Balance | 882,449,901.39 |
| 64 | 15/10/2009 | 15/10/2009 | USD | 78,681.88 | | Interest period 01-SEP-2009 to30-SEP-2009 credit/debit interest78681.881812 USD | | 882,528,583.27 |
| 65 | 15/10/2009 | 15/10/2009 | USD | 4,250,000.00 | XS0255513703 | INTRCRED 00002255137 15OCT09OILINTERNAL PROCEDURE*RSB*INTR_ *RSE**RS2*00000000575171067*RE2* | | 886,778,583.27 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | C984747 | 10 | Credit | 13675 | | 30/09/2008 | 30/09/2008 | USD | 2,125,000.00 | | INTRCRED 000021762768 30SEP08OIL QTY 50,000.000ADJUSTMENT IRANIAN ACCOUNT*RSB*INTR_ *RSE**RS2*0000000491826650*RE2* | EOM Balance | 384,469,231.41 |
| 18 | | | | | statement(Daily)_13675_30.09.2008 (Reports2008).pdf | | | | | | Interest period 01-SEP-2008 to 30-SEP-2008 credit/debit interest436624.373277 USD | | 384,905,855.78 |
| 19 | INT6141 | 10 | Credit | 13675 | | 15/10/2008 | 15/10/2008 | USD | 436,624.37 | | INTRCRED 000022551370 15OCT08OILiranian account payment*RSB*INTR_ *RSE**RS2*0000000491867878*RE2*_ | | 385,155,855.78 |
| 20 | C989738 | 10 | Credit | 13675 | | 15/10/2008 | 15/10/2008 | USD | 4,250,000.00 | XS0225513703 | INTRCRED 000023340810 27OCT08OILINTERNAL PROCEDURE*RSB*INTR_ *RSE**RS2*0000000491903522*RE2*_ | | 389,155,855.78 |
| 21 | C938011 | 10 | Credit | 13675 | | 27/10/2008 | 27/10/2008 | USD | 2,312,500.00 | | INTRADJT 000020427191 28OCT08OIL QTY 37,000.000*RSB*INTR_ *RSE**RS2*0000000491917779*RE2* | | 391,468,355.78 |
| 22 | C959202 | 10 | Credit | 13675 | | 28/10/2008 | 28/10/2008 | USD | 1,248,750.00 | | | EOM Balance | 392,717,105.78 |
| 23 | | | | | statement(Daily)_13675_31.10.2008 (Reports2008).pdf | | | | | | INTRADJT 000010321506 04NOV08OIL QTY 2,000.000*RSB*INTR_ | | 392,717,105.78 |
| 24 | C911409 | 10 | Credit | 13675 | | 04/11/2008 | 04/11/2008 | USD | 140,000.00 | | *RSE**RS2*0000000491939348*RE2* | | 392,857,105.78 |
| 25 | C962669 | 10 | Credit | 13675 | | 14/11/2008 | 14/11/2008 | USD | 2,500,000.00 | | INTRADJT 000027454828 14NOV08OIL QTY 50,000.000*RSB*INTR_ *RSE**RS2*0000000491967703*RE2* | | 395,357,105.78 |
| 26 | INT7790 | 10 | Credit | 13675 | | 17/11/2008 | 17/11/2008 | USD | 147,080.33 | | Interest period 01-OCT-2008 to 31-OCT-2008 credit/debit interest147080.331027 USD | | 395,504,186.11 |
| 27 | | | | | | | | | | | Interest period 01-NOV-2008 to 30-NOV-2008 credit/debit interest65735.983320 | EOM Balance | 395,504,186.11 |
| 28 | INT9107 | 10 | Credit | 13675 | | 15/12/2008 | 15/12/2008 | USD | 65,735.98 | | USD | | 395,569,922.09 |
| 29 | C933613 | 10 | Credit | 13675 | | 22/12/2008 | 22/12/2008 | USD | 667,713.48 | | INTRADJT 000022168223 22DEC08OIL QTY 40,000.000*RSB*INTR_ *RSE**RS2*0000000545304446*RE2* | | 396,237,635.57 |
| 30 | C932020 | 10 | Credit | 13675 | | 22/12/2008 | 22/12/2008 | USD | 3,000,000.00 | | INTRADJT 000016798894 22DEC08OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*0000000497859494*RE2* | | 399,237,635.57 |
| 31 | R931848 | 10 | Credit | 13675 | | 22/12/2008 | 22/12/2008 | USD | 100,000,000.00 | | REDMADJT 000016798894 22DEC08OIL QTY 100,000.000*RSB*REDM_ *RSE**RS2*0000000494943442*RE2* | | 499,237,635.57 |

229523

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | | C97451 | 13675_31.12.2008 [Reports2008].pdf | 10 | Credit | 13675 | | 29/12/2008 | 29/12/2008 | USD | 3,875,000.00 | | INTRADIT 000015668806 29DEC08OIL QTY 100.000,000*RSB*INTR_ *RSE**RS2*000000005011193*RE2* | |
| 33 | | | | | | | | | | | | Interest period 01-DEC-2008 to 31-DEC-2008 credit/debit interest15435.646333 | EOM Balance | 503,128,071.22 |
| 33 | | | | | | | | | | | | | | 503,112,635.57 |
| 34 | | INT0359 | 13675 | 10 | Credit | 13675 | | 15/01/2009 | 15/01/2009 | USD | 15,435.65 | | INTRADIT 000023287811 15JAN09OIL QTY 100.000,000*RSB*INTR_ *RSE**RS2*000000005037712*RE2* | |
| 35 | | C994422 | 13675 | 10 | Credit | 13675 | | 15/01/2009 | 15/01/2009 | USD | 4,375,000.00 | | REDMADIT 000023287811 15JAN09OIL QTY 100.000,000*RSB*REDM_ *RSE**RS2*000000005049671*RE2* | 507,503,071.22 |
| 36 | | R995119 | 13675 | 10 | Credit | 13675 | | 15/01/2009 | 15/01/2009 | USD | 100,000,000.00 | | *RSE**RS2*000000005049671*RE2* | 607,503,071.22 |
| 37 | | C942442 | 13675 | 10 | Credit | 13675 | | 20/01/2009 | 20/01/2009 | USD | 2,437,500.00 | | INTRADIT 000016074381 20JAN09OIL QTY 65.000,000*RSB*INTR_ *RSE**RS2*000000005050157*RE2* | 609,940,571.22 |
| 38 | | | | | | | | | | | | | EOM Balance | 609,940,571.22 |
| 39 | | INT1458 | 13675_30.01.2009 [Reports2009].pdf | 10 | Credit | 13675 | | 16/02/2009 | 16/02/2009 | USD | 24,478.71 | | Interest period 01-JAN-2009 to 31-JAN-2009 credit/debit interest24478.710336 USD | 609,965,049.93 |
| 40 | | | | | | | | | | | | | EOM Balance | 609,965,049.93 |
| 41 | | INT2496 | 13675_27.02.2009 [Reports2009].pdf | 10 | Credit | 13675 | | 16/03/2009 | 16/03/2009 | USD | 56,081.65 | | Interest period 01-FEB-2009 to 28-FEB-2009 credit/debit interest56081.646515 USD | 610,021,131.58 |
| 42 | | | | | | | | | | | | | EOM Balance | 610,021,131.58 |
| 43 | | INT3552 | 13675_31.03.2009 [Reports2009].pdf | 10 | Credit | 13675 | | 15/04/2009 | 15/04/2009 | USD | 55,746.58 | | Interest period 01-MAR-2009 to 31-MAR-2009 credit/debit interest55746.583000 USD | 610,076,878.16 |
| 44 | | | | | | | | | | | | | EOM Balance | 610,076,878.16 |
| 45 | | INT4525 | 13675_30.04.2009 [Reports2009].pdf | 10 | Credit | 13675 | | 15/05/2009 | 15/05/2009 | USD | 46,431.38 | | Interest period 01-APR-2009 to 30-APR-2009 credit/debit interest46431.383708 USD | 610,123,309.54 |
| 46 | | C925727 | 13675 | 10 | Credit | 13675 | | 15/05/2009 | 15/05/2009 | USD | 4,875,000.00 | | INTRADIT 000018816105 15MAY09OIL QTY 150.000,000*RSB*INTR_ *RSE**RS2*000000053472960*RE2* | 614,998,309.54 |
| 47 | | R926969 | 13675 | 10 | Credit | 13675 | | 15/05/2009 | 15/05/2009 | USD | 150,000,000.00 | | REDMADIT 000018816105 15MAY09OIL QTY 150.000,000*RSB*REDM_ *RSE**RS2*000000053567900*RE2* | 764,998,309.54 |
| 48 | | C911080 | 13675 | 10 | Credit | 13675 | | 27/05/2009 | 27/05/2009 | USD | 2,356,250.00 | | INTRADIT 000018699974 27MAY09OIL QTY 65.000,000*RSB*INTR_ *RSE**RS2*000000053789180*RE2* | 767,354,559.54 |

229523

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | ■ | ment(Daily)_13675_29.05.2009 (Reports2009).pdf | | | | | | | | | | INTRCRED 00002209197202JUN09OIF*RSB*INTR_ | EOM Balance | 767,354,559.54 |
| 50 | ■ | C976151 | 10 | Credit | 13675 | | 02/06/2009 | 02/06/2009 | USD | 3,875,000.00 | DE0001030104 | *RSE**RS2*000000053960155*RE2* Interest period 01-MAY-2009 to 31-MAY-2009 credit/debit interest51475.693452 | | 771,229,559.54 |
| 51 | ■ | C937641 | 10 | Credit | 13675 | | 15/06/2009 | 15/06/2009 | USD | 51,475.69 | | USD INTRADJT 00002102920315JUN09OIL | | 771,281,035.23 |
| 52 | ■ | C905662 | 10 | Credit | 13675 | | 15/06/2009 | 15/06/2009 | USD | 1,162,500.00 | | QTY 30,000.000*RSB*INTR_ *RSE**RS2*000000054328353*RE2* | | 772,443,535.23 |
| 53 | | ment(Daily)_13675_30.06.2009 (Reports2009).pdf | | | | | 22/06/2009 | 22/06/2009 | USD | 401,158.32 | | INTRADJT 00002216822322JUN09OIL QTY 40,000.000*RSB*INTR_ | | 772,844,693.55 |
| 54 | | C982613 | 10 | Credit | 13675 | | 15/07/2009 | 15/07/2009 | USD | 73,330.92 | | *RSE**RS2*000000059420013*RE2* EOM Balance | | 772,844,693.55 |
| 55 | | C937294 | 10 | Credit | 13675 | | 15/07/2009 | 15/07/2009 | USD | 100,000,000.00 | | Interest period 01-JUN-2009 to 30-JUN-2009 credit/debit interest73330.918360 USD | | 772,918,024.47 |
| 56 | | R983717 | 10 | Credit | 13675 | | 15/07/2009 | 15/07/2009 | USD | 3,875,000.00 | | REDMADJT 00001919005615JUL09OIL QTY 100,000.000*RSB*REDM_ | | 872,918,024.47 |
| 57 | | INT6716 | 10 | Credit | 13675 | | 15/07/2009 | 15/07/2009 | USD | 5,500,000.00 | | *RSE**RS2*000000055211420*RE2* INTRADJT 00001919005615JUL09OIL QTY 100,000.000*RSB*INTR_ | | 876,793,024.47 |
| 58 | | ment(Daily)_13675_31.07.2009 (Reports2009).pdf | | | | | 21/07/2009 | 21/07/2009 | USD | | | INTRADJT 00002614823521JUL09OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*000000055260468*RE2* | EOM Balance | 882,293,024.47 |
| 59 | | INT8403 | 10 | Credit | 13675 | | 17/08/2009 | 17/08/2009 | USD | 78,202.49 | | *RSE**RS2*000000055260468*RE2* Interest period 01-JUL-2009 to 31-JUL-2009 credit/debit interest78202.485370 USD | | 882,293,024.47 |
| 60 | | ment(Daily)_13675_31.08.2009 (Reports2009).pdf | | | | | | | | | | | EOM Balance | 882,371,226.96 |
| 61 | | INT9339 | 10 | Credit | 13675 | | 15/09/2009 | 15/09/2009 | USD | 78,674.43 | | Interest period 01-AUG-2009 to 31-AUG-2009 credit/debit interest78674.479900 USD | | 882,371,226.96 |
| 62 | | ment(Daily)_13675_30.09.2009 (Reports2009).pdf | | | | | | | | | | | EOM Balance | 882,449,901.39 |
| 63 | | INT0302 | 10 | Credit | 13675 | | 15/10/2009 | 15/10/2009 | USD | 78,681.88 | | Interest period 01-SEP-2009 to 30-SEP-2009 credit/debit interest78681.881812 | | 882,449,901.39 |
| 64 | | C903287 | 10 | Credit | 13675 | | 15/10/2009 | 15/10/2009 | USD | 4,250,000.00 | XS0225513703 | INTRCRED 0000225137015OCT09OILINTERNAL PROCEDURE*RSB*INTR_ | | 882,528,583.27 |
| 65 | | | | | | | | | | | | *RSE**RS2*000000057517106*RE2* | | 886,778,583.27 |

229523

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| ■■■ | C957793 | 10 | Credit | 13675 | |
| ■■■ | C984027 | 10 | Credit | 13675 | |
| ■■■ | R982695 | 10 | Credit | 13675 | |
| atement(Daily)_13675_30.10.2009 (Reports2009).pdf | | | | | |
| ■■■ | R927407 | 10 | Credit | 13675 | |
| ■■■ | C927428 | 10 | Credit | 13675 | |
| ■■■ | INT1116 | 10 | Credit | 13675 | |
| ■■■ | C95059 | 10 | Credit | 13675 | |
| atement(Daily)_13675_30.11.2009 (Reports2009).pdf | | | | | |
| ■■■ | INT2277 | 10 | Credit | 13675 | |
| ■■■ | C953301 | 10 | Credit | 13675 | |
| ■■■ | R990738 | 10 | Credit | 13675 | |
| ■■■ | C991753 | 10 | Credit | 13675 | |
| atement(Daily)_13675_31.12.2009 (Reports2009).pdf | | | | | |
| ■■■ | INT3196 | 10 | Credit | 13675 | |

| # | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|
| 66 | 26/10/2009 | 26/10/2009 | USD | 2,312,500.00 | | INTRADIT 00002334081D 26OCT09OIL QTY 50,000.000*RSB*INTR_ *RSE**RS2*C00000005793O718*RE2* | | 889,091,083.27 |
| 67 | 28/10/2009 | 28/10/2009 | USD | 1,248,750.00 | | INTRADIT 00002042719I 28OCT09OIL QTY 37,000.000*RSB*INTR_ *RSE**RS2*C00000005793O561*RE2* | | 890,339,833.27 |
| 68 | 28/10/2009 | 28/10/2009 | USD | 37,000,000.00 | | REDMADJT 00002042719I 28OCT09OIL QTY 37,000.000*RSB*REDM_ *RSE**RS2*C0000000580484G4*RE2* | | 927,339,833.27 |
| 69 | | | | | | | EOM Balance | 927,339,833.27 |
| 70 | 04/11/2009 | 04/11/2009 | USD | 2,000,000.00 | | REDMADJT 00001032150G 04NOV09OIL QTY 2,000.000*RSB*REDM_ *RSE**RS2*C0000000581957Z5*RE2* | | 929,339,833.27 |
| 71 | 04/11/2009 | 04/11/2009 | USD | 140,000.00 | | INTRADIT 0000103215O6 04NOV09OIL QTY 2,000.000*RSB*INTR_ *RSE**RS2*C00000005808670S*RE2* | | 929,479,833.27 |
| 72 | 16/11/2009 | 16/11/2009 | USD | 63,035.85 | | INTRADIT 00002745482B 16NOV09OIL QTY 50,000.000*RSB*INTR_ *RSE**RS2*C00000005831G134*RE2* | | 929,542,869.12 |
| 73 | 16/11/2009 | 16/11/2009 | USD | 2,500,000.00 | | Interest period 01-OCT-2009 to31-OCT-2009 credit/debit interest63035.848520 USD | | 932,042,869.12 |
| 74 | | | | | | | EOM Balance | 932,042,869.12 |
| 75 | 15/12/2009 | 15/12/2009 | USD | 63,846.66 | | Interest period 01-NOV-2009 to30-NOV-2009 credit/debit interest63846.6598O1 USD | | 932,106,715.78 |
| 76 | 22/12/2009 | 22/12/2009 | USD | 260,520.80 | XS0221682239 | INTRCRED 0000221G8223 22DEC09OILINTERNAL PROCEDURE*RSB*INTR_ *RSE**RS2*C00000000G42SS178*RE2* | | 932,367,236.58 |
| 77 | 29/12/2009 | 29/12/2009 | USD | 100,000,000.00 | XS0156688O6O | REDMADJT 000015668806 29DEC09OIL QTY 100,000.000*RSB*REDM_ *RSE**RS2*C0000000559064078*RE2* | | 1,032,367,236.58 |
| 78 | 29/12/2009 | 29/12/2009 | USD | 3,875,000.00 | XS0156688O6O | INTRADIT 000015668806 29DEC09OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*C00000000S9S57821*RE2* | | 1,036,242,236.58 |
| 79 | | | | | | | EOM Balance | 1,036,242,236.58 |
| 80 | 15/01/2010 | 15/01/2010 | USD | 58,086.90 | | Interest period 01-DEC-2009 to31-DEC-2009 credit/debit interest58086.8963OS USD | | 1,036,300,323.48 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R942710 | 10 | Credit | 13675 | | 20/01/2010 | 20/01/2010 | USD | 65,000,000.00 | XS0160743810 | REDMADJT 00001607438 20JAN10OIL QTY 65,000.000*RSB*REDM_ | | 1,101,300,323.48 |
| | C951663 | 10 | Credit | 13675 | | 20/01/2010 | 20/01/2010 | USD | 2,437,500.00 | XS0160743810 | INTRCRED 00001607438 20JAN10OIL*RSB*INTR_ | | 1,103,737,823.48 |
| atement(Daily)_13675_29.01.2010 (Reports2010).pdf | | | | | | | | | | | *RSE**RS2*00000006001504*RE2*_ | EOM Balance | 1,103,737,823.48 |
| | INT4148 | 10 | Credit | 13675 | | 15/02/2010 | 15/02/2010 | USD | 53,619.20 | | Interest period 01-JAN-2010 to 31-JAN-2010 credit/debit interest53619.204608 | | 1,103,791,442.68 |
| atement(Daily)_13675_26.02.2010 (Reports2010).pdf | | | | | | | | | | | | EOM Balance | 1,103,791,442.68 |
| | INT4933 | 10 | Credit | 13675 | | 15/03/2010 | 15/03/2010 | USD | 63,159.88 | | Interest period 01-FEB-2010 to 28-FEB-2010 credit/debit interest63159.880015 | | 1,103,854,602.56 |
| atement(Daily)_13675_31.03.2010 (Reports2010).pdf | | | | | | | | | | | | EOM Balance | 1,103,854,602.56 |
| | INT5937 | 10 | Credit | 13675 | | 15/04/2010 | 15/04/2010 | USD | 89,532.56 | | Interest period 01-MAR-2010 to 31-MAR-2010 credit/debit interest89532.557462 | | 1,103,944,135.12 |
| atement(Daily)_13675_30.04.2010 (Reports2010).pdf | | | | | | | | | | | | EOM Balance | 1,103,944,135.12 |
| | INT7325 | 10 | Credit | 13675 | | 17/05/2010 | 17/05/2010 | USD | 108,550.85 | | Interest period 01-APR-2010 to 30-APR-2010 credit/debit interest108550.850704 USD | | 1,104,052,685.97 |
| | C960489 | 10 | Credit | 13675 | | 27/05/2010 | 27/05/2010 | USD | 2,356,250.00 | XS0186999743 | INTRADJT 00001869997 27MAY10OIL QTY 65,000.000*RSB*INTR_ | | 1,106,408,935.97 |
| atement(Daily)_13675_31.05.2010 (Reports2010).pdf | | | | | | | | | | | *RSE**RS2*00000006352581 9*RE2*_ | EOM Balance | 1,106,408,935.97 |
| | R991604 | 10 | Credit | 13675 | | 01/06/2010 | 01/06/2010 | USD | 100,000,000.00 | DE000103010 4 | REDMADJT 00002209197 01JUN10OIF QTY 100,000.000*RSB*REDM_ | | 1,206,408,935.97 |
| | C991617 | 10 | Credit | 13675 | | 01/06/2010 | 01/06/2010 | USD | 3,875,000.00 | DE000103010 4 | INTRADJT 00002209197 01JUN10OIF QTY 100,000.000*RSB*INTR_ *RSE**RS2*00000006377421 3*RE2* | | 1,210,283,935.97 |
| | INT8336 | 10 | Credit | 13675 | | 15/06/2010 | 15/06/2010 | USD | 140,504.39 | | Interest period 01-MAY-2010 to 31-MAY-2010 credit/debit interest140504.394276 USD | | 1,210,424,440.36 |
| | C925769 | 10 | Credit | 13675 | | 15/06/2010 | 15/06/2010 | USD | 1,162,500.00 | XS0210292032 | INTRCRED 00002102920 3 15JUN10OIL*RSB*INTR_ *RSE**RS2*00000006404562 3*RE2* | | 1,211,586,940.36 |
| | R925772 | 10 | Credit | 13675 | | 15/06/2010 | 15/06/2010 | USD | 30,000,000.00 | XS0210292032 | REDMCRED 00002102920 3 15JUN10OIL*RSB*REDM_ *RSE**RS2*00000005906530 9*RE2* | | 1,241,586,940.36 |

229523

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | R980413 | 10 | Credit | 13675 | ement(Daily)_13675_30.06.2010 (Reports2010).pdf | 22/06/2010 | 22/06/2010 | USD | 40,000,000.00 | XS0221682239 | *RSE**RS2*0000000690986690*RE2* REDMADJT 00002216822 22JUN10OIL QTY 40,000.000*RSB*REDM_ | EOM Balance | 1,281,586,940.36 |
| | C980416 | 10 | Credit | 13675 | | | | | | | INTRADJT 00002216822 22JUN10OIL QTY 40,000.000*RSB*INTR_ | | 1,281,699,250.52 |
| | INT9297 | 10 | Credit | 13675 | ement(Daily)_13675_30.07.2010 (Reports2010).pdf | 15/07/2010 | 15/07/2010 | USD | 112,310.16 | XS0221682239 | *RSE**RS2*0000000650039467*RE2* Interest period 01-JUN-2010 to30-JUN-2010 credit/debit | EOM Balance | 1,281,699,250.52 |
| | C918387 | 10 | Credit | 13675 | | 21/07/2010 | 21/07/2010 | USD | 5,500,000.00 | XS0261482359 | interest163224.51576 USD INTRADJT 00002614823 21JUL10OIL QTY 100,000.000*RSB*INTR_ | | 1,281,862,475.04 |
| | INT0178 | 10 | Credit | 13675 | ement(Daily)_13675_31.08.2010 (Reports2010).pdf | 16/08/2010 | 16/08/2010 | USD | 172,946.46 | | *RSE**RS2*0000000650039467*RE2* Interest period 01-JUL-2010 to31-JUL-2010 credit/debit | EOM Balance | 1,287,362,475.04 |
| | INT1188 | 10 | Credit | 13675 | ement(Daily)_13675_30.09.2010 (Reports2010).pdf | 15/09/2010 | 15/09/2010 | USD | 163,792.55 | | interest172946.45503 USD | EOM Balance | 1,287,535,421.50 |
| | INT2319 | 10 | Credit | 13675 | | 15/10/2010 | 15/10/2010 | USD | 145,930.87 | | interest163792.548568 USD Interest period 01-SEP-2010 to30-SEP-2010 credit/debit | EOM Balance | 1,287,699,214.05 |
| | C910413 | 10 | Credit | 13675 | | 15/10/2010 | 15/10/2010 | USD | 4,250,000.00 | XS0225513703 | interest145930.872642 USD INTRCRED 00002255137 15OCT10OIL*RSB*INTR_ | | 1,287,845,144.92 |
| | R978657 | 10 | Credit | 13675 | | 26/10/2010 | 26/10/2010 | USD | 50,000,000.00 | XS0233408102 | *RSE**RS2*0000000590387327*RE2* REDMADJT 00002334081026OCT10OIL QTY 50,000.000*RSB*REDM_ | | 1,292,095,144.92 |
| | C979475 | 10 | Credit | 13675 | ement(Daily)_13675_29.10.2010 (Reports2010).pdf | 26/10/2010 | 26/10/2010 | USD | 2,312,500.00 | XS0233408102 | *RSE**RS2*0000000590387327*RE2* INTRADJT 00002334081026OCT10OIL QTY 50,000.000*RSB*INTR_ | | 1,342,095,144.92 |
| | INT3336 | 10 | Credit | 13675 | | 15/11/2010 | 15/11/2010 | USD | 152,383.11 | | *RSE**RS2*0000000067631367*RE2* Interest period 01-OCT-2010 to31-OCT-2010 credit/debit | EOM Balance | 1,344,407,644.92 |
| | C995609 | 10 | Credit | 13675 | ement(Daily)_13675_30.11.2010 (Reports2010).pdf | 15/11/2010 | 15/11/2010 | USD | 2,500,000.00 | XS0274548287 | interest152383.109867 USD INTRADJT 00002745482815NOV10OIL QTY 50,000.000*RSB*INTR_ | | 1,344,560,028.03 |
| | | | | | | | | | | | *RSE**RS2*0000000681007784*RE2* | EOM Balance | 1,347,060,028.03 |

229523

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | INT4295 | 10 | Credit | 13675 | statement(Daily)_13675_31.12.2010 (Reports2010).pdf | 15/12/2010 | 15/12/2010 | USD | 158,509.33 | | 116 Interest period 01-NOV-2010 to 30-NOV-2010 credit/debit interest15850$9.329113 USD | EOM Balance | 1,347,218,537.36 |
| | | | | | | | | | | | 117 | | 1,347,218,537.36 |
| | INT5278 | 10 | Credit | 13675 | statement(Daily)_13675_31.01.2011 (Reports2011).pdf | 17/01/2011 | 17/01/2011 | USD | 139,205.19 | | 118 Interest period 01-DEC-2010 to 31-DEC-2010 credit/debit interest139205.185091 USD | EOM Balance | 1,347,357,742.55 |
| | | | | | | | | | | | 119 | | 1,347,357,742.55 |
| | INT6251 | 10 | Credit | 13675 | statement(Daily)_13675_28.02.2011 (Reports2011).pdf | 15/02/2011 | 15/02/2011 | USD | 120,133.21 | | 120 Interest period 01-JAN-2011 to 31-JAN-2011 credit/debit interest120133.218814 USD | EOM Balance | 1,347,477,875.76 |
| | | | | | | | | | | | 121 | | 1,347,477,875.76 |
| | INT7073 | 10 | Credit | 13675 | statement(Daily)_13675_31.03.2011 (Reports2011).pdf | 15/03/2011 | 15/03/2011 | USD | 76,353.18 | | 122 Interest period 01-FEB-2011 to 28-FEB-2011 credit/debit interest76353.175300 USD | EOM Balance | 1,347,554,228.94 |
| | | | | | | | | | | | 123 | | 1,347,554,228.94 |
| | INT8097 | 10 | Credit | 13675 | statement(Daily)_13675_29.04.2011 (Reports2011).pdf | 15/04/2011 | 15/04/2011 | USD | 77,108.12 | | 124 Interest period 01-MAR-2011 to 31-MAR-2011 credit/debit interest77108.117513 USD | EOM Balance | 1,347,631,337.06 |
| | | | | | | | | | | | 125 | | 1,347,631,337.06 |
| | INT9043 | 10 | Credit | 13675 | | 16/05/2011 | 16/05/2011 | USD | 21,748.76 | | 126 Interest period 01-APR-2011 to 30-APR-2011 credit/debit interest21748.758358 USD | EOM Balance | 1,347,653,085.82 |
| | | | | | | | | | | | | | 1,347,653,085.82 |
| | R913099 | 10 | Credit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | XS0186999743 | 127 *RSE*RS2*00000000590781272*RE2* INTRADJT 00001869$9974 27MAY11 OIL INTERNAL PROCEDURE IRANIAN OIL *RSB*REDM_ | | 1,412,653,085.82 |
| | C971642 | 90 | Debit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | XS0186999743 | 128 *RSE*RS2*00000000378126O*RE2* INTRCRED 00001869$9974 27MAY11_ *RSB*INTR_ | | 1,410,296,835.82 |
| | C913104 | 10 | Credit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | XS0186999743 | 129 *RSE*RS2*00000000378126O*RE2* REDMCRED 00001869$9974 27MAY11 OIL *RSB*REDM_ | | 1,412,653,085.82 |
| | R971647 | 10 | Credit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | XS0186999743 | 130 *RSE*RS2*00000000590781272*RE2* REDMADJT 00001869$9974 27MAY11 OIL nostro adjustment *RSB*REDM_ | | 1,477,653,085.82 |
| | R971646 | 90 | Debit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | XS0186999743 | 131 *RSE*RS2*00000000590781272*RE2* INTRCRED 00001869$9974 27MAY11 OIL *RSB*INTR_ | | 1,412,653,085.82 |
| | C971644 | 10 | Credit | 13675 | | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | XS0186999743 | 132 *RSE*RS2*00000000378126O*RE2* *RSB*INTR_ | | 1,415,009,335.82 |
| | | | | | statement(Daily)_13675_31.05.2011 (Reports2011).pdf | | | | | | 133 | EOM Balance | 1,415,009,335.82 |
| | INT0068 | 10 | Credit | 13675 | | 15/06/2011 | 15/06/2011 | USD | 22,535.54 | | 134 Interest period 01-MAY-2011 to 31-MAY-2011 credit/debit interest22535.542103 USD | | 1,415,031,871.36 |

229523

| | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | atement(Daily)_13675_30.06.2011 (Reports2011).pdf | | | | | | | | | | | | |
| 135 | | | | | | | | | | | Interest period 01-JUN-2011 to 30-JUN-2011 credit/debit interest25941.944243 | EOM Balance | 1,415,031,871.36 |
| 136 | INT1017 | 10 | Credit | 13675 | | 15/07/2011 | 15/07/2011 | USD | 25,941.94 | | INTRCRED 00002614823S 21JUL11 OIL INTERNAL PROCEDURE *RSB*INTR_ | | 1,415,057,813.30 |
| 137 | C969256 | 10 | Credit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 5,500,000.00 | XS0261482359 | *RSE**RS2*0000000075548677*RE2* REDMCRED 0002614823S 21JUL11 OIL INTERNAL PROCEDURE *RSB*REDM_ | | 1,420,557,813.30 |
| 138 | C969488 | 10 | Credit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XS0261482359 | *RSE**RS2*0000000075734314*RE2* REDMDEBI 0002614823S 21JUL11 OIL *RSB*REDM_ | | 1,520,557,813.30 |
| 139 | R969453 | 90 | Debit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XS0261482359 | *RSE**RS2*0000000075734314*RE2* INTRCRED 0002614823S 21JUL11 OIL INTERNAL PROCEDURE *RSB*INTR_ | | 1,420,557,813.30 |
| 140 | R969456 | 90 | Debit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XS0261482359 | *RSE**RS2*0000000075548677*RE2* INTERNAL PROCEDURE *RSB*REDM_ | | 1,420,557,813.30 |
| 141 | C969487 | 10 | Credit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 5,500,000.00 | XS0261482359 | *RSE**RS2*0000000075548677*RE2* REDMCRED 0002614823S 21JUL11 OIL INTERNAL PROCEDURE *RSB*REDM_ | | 1,426,057,813.30 |
| 142 | R969255 | 10 | Credit | 13675 | | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XS0261482359 | *RSE**RS2*0000000075734314*RE2* INTRDEBI 0002614823S 21JUL11 OIL *RSB*INTR_ | | 1,520,557,813.30 |
| | atement(Daily)_13675_29.07.2011 (Reports2011).pdf | | | | | | | | | | | EOM Balance | 1,520,557,813.30 |
| 143 | INT1945 | 10 | Credit | 13675 | | 15/08/2011 | 15/08/2011 | USD | 13,516.07 | | Interest period 01-JUL-2011 to 31-JUL-2011 credit/debit interest13516.069453 | | 1,520,571,329.37 |
| | atement(Daily)_13675_31.08.2011 (Reports2011).pdf | | | | | | | | | | | EOM Balance | 1,520,571,329.37 |
| 144 | INT2918 | 10 | Credit | 13675 | | 15/09/2011 | 15/09/2011 | USD | 28,721.75 | | Interest period 01-AUG-2011 to 31-AUG-2011 credit/debit interest28721.752709 | | 1,520,600,051.12 |
| | atement(Daily)_13675_30.09.2011 (Reports2011).pdf | | | | | | | | | | | EOM Balance | 1,520,600,051.12 |
| 145 | C934510 | 10 | Credit | 13675 | | 17/10/2011 | 17/10/2011 | USD | 4,250,000.00 | XS0225513703 | INTRADIT 000022551370 17OCT11 OIL QTY  100000000 *RSB*INTR_ | | 1,524,850,051.12 |
| 146 | INT3769 | 10 | Credit | 13675 | | 17/10/2011 | 17/10/2011 | USD | 48,574.44 | | *RSE**RS2*0000000078175120*RE2* Interest period 01-SEP-2011 to 30-SEP-2011 credit/debit interest48574.436633 | | 1,524,898,625.56 |
| | atement(Daily)_13675_31.10.2011 (Reports2011).pdf | | | | | | | | | | | EOM Balance | 1,524,898,625.56 |
| 147 | C921051 | 10 | Credit | 13675 | | 14/11/2011 | 14/11/2011 | USD | 2,500,000.00 | XS0274548287 | INTRADIT 000274548284 14NOV11 OIL QTY   50.000.000 *RSB*INTR_ *RSE**RS2*0000000079151953*RE2* | | 1,527,398,625.56 |

229523

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 152 | ▉ | R917367 | | | | |
| 153 | ▉ | INT4614 | 13675 | 30.11.2011 | 10 | Credit | tement(Daily)_13675_30.11.2011 (Reports2011).pdf |
| 154 | ▉ | INT5483 | 13675 | 30.12.2011 | 10 | Credit | tement(Daily)_13675_30.12.2011 (Reports2011).pdf |
| 155 | ▉ | INT6339 | 13675 | 31.01.2012 | 10 | Credit | tement(Daily)_13675_31.01.2012 (Reports2012).pdf |
| 156 | ▉ | INT7195 | 13675 | 29.02.2012 | 10 | Credit | tement(Daily)_13675_29.02.2012 (Reports2012).pdf |
| 157 | ▉ | INT8088 | 13675 | 30.03.2012 | 10 | Credit | tement(Daily)_13675_30.03.2012 (Reports2012).pdf |
| 158 | ▉ | INT8942 | 13675 | 30.04.2012 | 10 | Credit | tement(Daily)_13675_30.04.2012 (Reports2012).pdf |
| 159 | ▉ | INT9770 | 13675 | 31.05.2012 | 10 | Credit | tement(Daily)_13675_31.05.2012 (Reports2012).pdf |
| 160 | ▉ | INT0656 | 13675 | 29.06.2012 | 10 | Credit | tement(Daily)_13675_29.06.2012 (Reports2012).pdf |
| 161 | ▉ | INT1511 | 13675 | 31.07.2012 | 10 | Credit | tement(Daily)_13675_31.07.2012 (Reports2012).pdf |
| 162 | ▉ | INT2359 | 13675 | 31.08.2012 | 10 | Credit | tement(Daily)_13675_31.08.2012 (Reports2012).pdf |
| 163 | ▉ | INT3083 | 13675 | 28.09.2012 | 10 | Credit | tement(Daily)_13675_28.09.2012 (Reports2012).pdf |

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 152 | 14/11/2011 | 14/11/2011 | USD | 50,000,000.00 | XS0274548287 |
| 153 | 15/11/2011 | 15/11/2011 | USD | 50,765.48 | |
| 154 | 15/12/2011 | 15/12/2011 | USD | 68,356.58 | |
| 155 | 16/01/2012 | 16/01/2012 | USD | 51,268.17 | |
| 156 | 15/02/2012 | 15/02/2012 | USD | 56,528.99 | |
| 157 | 15/03/2012 | 15/03/2012 | USD | 64,856.90 | |
| 158 | 16/04/2012 | 16/04/2012 | USD | 73,624.18 | |
| 159 | 15/05/2012 | 15/05/2012 | USD | 65,300.06 | |
| 160 | 15/06/2012 | 15/06/2012 | USD | 73,630.71 | |
| 161 | 16/07/2012 | 16/07/2012 | USD | 69,250.87 | |
| 162 | 15/08/2012 | 15/08/2012 | USD | 80,212.03 | |
| 163 | 17/09/2012 | 17/09/2012 | USD | 82,407.53 | |

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 152 | 14/11/2011 | 14/11/2011 | USD | 50,000,000.00 | XS0274548287 |
| 153 | 15/11/2011 | 15/11/2011 | USD | 50,765.48 | |
| 154 | 15/12/2011 | 15/12/2011 | USD | 68,356.58 | |
| 155 | 16/01/2012 | 16/01/2012 | USD | 51,268.17 | |
| 156 | 15/02/2012 | 15/02/2012 | USD | 56,528.99 | |
| 157 | 15/03/2012 | 15/03/2012 | USD | 64,856.90 | |
| 158 | 16/04/2012 | 16/04/2012 | USD | 73,624.18 | |
| 159 | 15/05/2012 | 15/05/2012 | USD | 65,300.06 | |
| 160 | 15/06/2012 | 15/06/2012 | USD | 73,630.71 | |
| 161 | 16/07/2012 | 16/07/2012 | USD | 69,250.87 | |
| 162 | 15/08/2012 | 15/08/2012 | USD | 80,212.03 | |
| 163 | 17/09/2012 | 17/09/2012 | USD | 82,407.53 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | C916495 | | 10 | Credit | 13675 | 15/10/2012 | 15/10/2012 | USD | 4,250,000.00 | XS0225513703 | INTRCRED 00000225513701 15OCT12 OIL INTERNAL PROCEDURE *RSB* INTR_ | | 1,582,384,827.05 |
| | | INT3889 | | 10 | Credit | 13675 | 15/10/2012 | 15/10/2012 | USD | 94,685.55 | | 175 *RSE**RS2*00000009278269 2*RE2* Interest period 01-SEP-2012 to 30-SEP-2012 credit/debit interest94685.548726 | | 1,582,479,512.61 |
| | | R916480 | | 10 | Credit | 13675 | 15/10/2012 | 15/10/2012 | USD | 100,000,000.00 | XS0225513703 | 176 USD REDMCRED 00000225513701 15OCT12 OIL INTERNAL PROCEDURE *RSB*REDM_ | | 1,682,479,512.61 |
| | | | | | | | | | | | | 177 *RSE**RS2*00000000590721900*RE2* | EOM Balance | 1,682,479,512.61 |
| 178 | | INT4665 | | 10 | Credit | 13675 | 15/11/2012 | 15/11/2012 | USD | 102,169.55 | | Interest period 01-OCT-2012 to 31-OCT-2012 credit/debit interest102169.552141 USD | EOM Balance | 1,682,581,682.16 |
| 180 | | INT5450 | | 10 | Credit | 13675 | 17/12/2012 | 17/12/2012 | USD | 115,907.66 | | Interest period 01-NOV-2012 to 30-NOV-2012 credit/debit interest115907.663376 USD | EOM Balance | 1,682,697,589.82 |
| 182 | | INT6380 | | 10 | Credit | 13675 | 15/01/2013 | 15/01/2013 | USD | 117,785.03 | | Interest period 01-DEC-2012 to 31-DEC-2012 credit/debit interest117785.032092 USD | EOM Balance | 1,682,815,374.85 |
| 184 | | INT7485 | | 10 | Credit | 13675 | 15/02/2013 | 15/02/2013 | USD | 93,019.12 | | Interest period 01-JAN-2013 to 31-JAN-2013 credit/debit interest93019.120675 USD | EOM Balance | 1,682,908,393.97 |
| 186 | | INT8507 | | 10 | Credit | 13675 | 15/03/2013 | 15/03/2013 | USD | 69,184.50 | | Interest period 01-FEB-2013 to 28-FEB-2013 credit/debit interest69184.502780 USD | EOM Balance | 1,682,977,578.47 |
| 188 | | INT9565 | | 10 | Credit | 13675 | 15/04/2013 | 15/04/2013 | USD | 104,249.36 | | Interest period 01-MAR-2013 to 31-MAR-2013 credit/debit interest104249.362278 USD | EOM Balance | 1,683,081,827.83 |
| 190 | | INT0641 | | 10 | Credit | 13675 | 15/05/2013 | 15/05/2013 | USD | 102,851.64 | | Interest period 01-APR-2013 to 30-APR-2013 credit/debit interest102851.641445 USD | EOM Balance | 1,683,184,679.47 |

229523

| Instruction Identifier | Transaction Number | Transaction type | | Instructing Account | Cash movement Counterparty Account | Transaction Date | Value date | Currency | Cash Amount | Linked ISIN code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | int of 13675 and Cash movement related to it since Septembre 2007 | | | | |
| | | | | | Account Created on 08 July 2008 | | | | |
| | C945381 | 10 | Credit | 13675 | | 08/07/2008 | 08/07/2008 | USD | 6,750,000.00 | XS0171740961 |
| | R945380 | 10 | Credit | 13675 | | 08/07/2008 | 08/07/2008 | USD | 300,000,000.00 | XS0171740961 |
| | C955992 | 10 | Credit | 13675 | | 15/07/2008 | 15/07/2008 | USD | 3,875,000.00 | XS0191900561 |
| | C961290 | 10 | Credit | 13675 | | 21/07/2008 | 21/07/2008 | USD | 5,500,000.00 | XS0261482359 |
| | ment(Daily)_13675_31.07.2008 (Reports2008).pdf | | | | | | | | | |
| | C980993 | 10 | Credit | 13675 | | 12/08/2008 | 12/08/2008 | USD | 271,875.00 | XS0173960641 |
| | R980995 | 10 | Credit | 13675 | | 12/08/2008 | 12/08/2008 | USD | 15,000,000.00 | XS0173960641 |
| | INT3175 | 10 | Credit | 13675 | | 15/08/2008 | 15/08/2008 | USD | 403,773.68 | |
| | ment(Daily)_13675_29.08.2008 (Reports2008).pdf | | | | | | | | | |
| | INT4651 | 10 | Credit | 13675 | | 15/09/2008 | 15/09/2008 | USD | 543,582.73 | |
| | R984801 | 10 | Credit | 13675 | | 30/09/2008 | 30/09/2008 | USD | 50,000,000.00 | XS0217627685 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY                 CS_000(
DOC-0000013

| # | Wording | Explanatory Note | USD |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | - |
| 6 | INTRADJT 000017174096 08JUL08OIL QTY 0adjustment-a/c 13061*RSB*INTR_ *RSE**RS2*000000000491157412*RE2* | | 6,750,000.00 |
| 7 | REDMADJT 000017174096 08JUL08OIL QTY 0adjustment -a/c 13061*RSB*REDM_ *RSE**RS2*000000000491157549*RE2* | | 306,750,000.00 |
| 8 | INTRCRED 000019190056 15JUL08OIL QTY 100.000.000*RSB*INTR_ *RSE**RS2*000000000491159873*RE2* | | 310,625,000.00 |
| 9 | INTRCRED 000026148235 21JUL08OIL QTY 100,000,00DIRANIAN ACCOUNT*RSB*INTR_ *RSE**RS2*000000000491161430*RE2* | | 316,125,000.00 |
| 10 | | EOM Balance | 316,125,000.00 |
| 11 | INTRCRED 000017396064 12AUG08OIL QTY 15.000.000FROM ACCOUNT 13061INTERNAL PROCEDURE*RSB*INTR_ *RSE**RS2*000000000510600752*RE2* | | 316,396,875.00 |
| 12 | REDMCRED 000017396064 12AUG08OIL QTY 15.000.000FROM ACCOUNT 13061INTERNAL PROCEDURE*RSB*REDM_ *RSE**RS2*000000000491168737*RE2* | | 331,396,875.00 |
| 13 | Interest period 01-JUL-2008 to31-JUL-2008 credit/debit interest403773.680554 US | | 331,800,648.68 |
| 14 | | EOM Balance | 331,800,648.68 |
| 15 | Interest period 01-AUG-2008 to31-AUG-2008 credit/debit interest543582.726897 USD | | 332,344,231.41 |
| 16 | REDMCRED 000021762768 30SEP08OIL QTY 50.000.000*RSB*REDM_ *RSE**RS2*000000000491182859*RE2* | | 382,344,231.41 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY    DOC-00000013 CS_000(

Table 1 (top):

| Row | G | H | I | I (amount) | K |
|---|---|---|---|---|---|
| 17 | | | | | |
| 18 | 30/09/2008 | 30/09/2008 | USD | 2,125,000.00 | XS0217627685 |
| 19 | 15/10/2008 | 15/10/2008 | USD | 436,624.37 | XS0225513703 |
| 20 | 15/10/2008 | 15/10/2008 | USD | 4,250,000.00 | XS0633408102 |
| 21 | 27/10/2008 | 27/10/2008 | USD | 2,312,500.00 | |
| 22 | 28/10/2008 | 28/10/2008 | USD | 1,248,750.00 | XS0204271919 |
| 23 | | | | | |
| 24 | 04/11/2008 | 04/11/2008 | USD | 140,000.00 | XS0103215066 |
| 25 | 14/11/2008 | 14/11/2008 | USD | 2,500,000.00 | |
| 26 | 17/11/2008 | 17/11/2008 | USD | 147,080.33 | XS0274548287 |
| 27 | | | | | |
| 28 | 15/12/2008 | 15/12/2008 | USD | 65,735.98 | |
| 29 | 22/12/2008 | 22/12/2008 | USD | 667,713.48 | XS0221682239 |
| 30 | 22/12/2008 | 22/12/2008 | USD | 3,000,000.00 | XS0167988947 |
| 31 | 22/12/2008 | 22/12/2008 | USD | 100,000,000.00 | XS0167988947 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY    CS_0000
DOC-0000015

Table 2 (bottom):

| Row | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 17 | [redacted] | 034747 | 10 | Credit | 13675 | |
| 18 | [redacted] | ent(Daily)_13675_30.09.2008 (Reports2008).pdf | | | | |
| 19 | [redacted] | T6141 | 10 | Credit | 13675 | |
| 20 | [redacted] | 989738 | 10 | Credit | 13675 | |
| 21 | [redacted] | 938011 | 10 | Credit | 13675 | |
| 22 | [redacted] | 959202 | 10 | Credit | 13675 | |
| 23 | [redacted] | ent(Daily)_13675_31.10.2008 (Reports2008).pdf | | | | |
| 24 | [redacted] | 911409 | 10 | Credit | 13675 | |
| 25 | [redacted] | 962669 | 10 | Credit | 13675 | |
| 26 | [redacted] | N7790 | 10 | Credit | 13675 | |
| 27 | [redacted] | ent(Daily)_13675_28.11.2008 (Reports2008).pdf | | | | |
| 28 | [redacted] | N9107 | 10 | Credit | 13675 | |
| 29 | [redacted] | 933613 | 10 | Credit | 13675 | |
| 30 | [redacted] | 932020 | 10 | Credit | 13675 | |
| 31 | [redacted] | 931848 | 10 | Credit | 13675 | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY    CS_0000
DOC-0000015

| | L | M | N |
|---|---|---|---|
| 17 | INTRCRED 000021762768 30SEP08OIL QTY 50,000.00DADJUSTMENT IRANIAN ACCOUNT*RSB*INTR_ *RSE**RS2*00000000049182650*RE2* | | 384,469,231.41 |
| 18 | | EOM Balance | 384,469,231.41 |
| 19 | Interest period 01-SEP-2008 to 30-SEP-2008 credit/debit interest43662437327 USD | | 384,905,855.78 |
| 20 | INTRCRED 000022551370 15OCT08OILIranian account payment*RSB*INTR_ *RSE**RS2*00000000049186787*RE2* | | 389,155,855.78 |
| 21 | INTRCRED 000023340810 27OCT08OILINTERNAL PROCEDURE*RSB*INTR_ *RSE**RS2*00000000049190352*RE2* | | 391,468,355.78 |
| 22 | INTRADJT 000020427191 28OCT08OIL QTY 37,000.000*RSB*INTR_ *RSE**RS2*00000000049191779*RE2* | | 392,717,105.78 |
| 23 | | EOM Balance | 392,717,105.78 |
| 24 | INTRADJT 000010321506 04NOV08OIL QTY 2,000.000*RSB*INTR_ *RSE**RS2*00000000049193948*RE2* | | 392,857,105.78 |
| 25 | INTRADJT 000027454828 14NOV08OIL QTY 50,000.000*RSB*INTR_ *RSE**RS2*00000000049196703*RE2* | | 395,357,105.78 |
| 26 | Interest period 01-OCT-2008 to 31-OCT-2008 credit/debit interest147080.331027 USD | | 395,504,186.11 |
| 27 | | EOM Balance | 395,504,186.11 |
| 28 | Interest period 01-NOV-2008 to 30-NOV-2008 credit/debit interest65735.983320 USD | | 395,569,922.09 |
| 29 | INTRADJT 000022216822 22DEC08OIL QTY 40,000.000*RSB*INTR_ *RSE**RS2*00000000054530446*RE2* | | 396,237,635.57 |
| 30 | INTRADJT 000016798894 22DEC08OIL QTY 100,000.000*RSB*INTR_ *RSE**RS2*00000000049785949*RE2* | | 399,237,635.57 |
| 31 | REDMADJT 000016798894 22DEC08OIL QTY 100,000.000*RSB*REDM_ *RSE**RS2*00000000049943442*RE2* | | 499,237,635.57 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DOC-00000013
CS_000(