Redacted Version of Exhibit Filed Under Seal

| | G | H | I | J | K (handwritten) |
|---|---|---|---|---|---|
| 32 | 29/12/2008 | 29/12/2008 | USD | 3,875,000.00 | XS01596 88060 |
| 33 | | | | | |
| 34 | 15/01/2009 | 15/01/2009 | USD | 15,435.65 | |
| 35 | 15/01/2009 | 15/01/2009 | USD | 4,375,000.00 | XS0232878115 |
| 36 | 15/01/2009 | 15/01/2009 | USD | 100,000,000.00 | XS0232878115 |
| 37 | 20/01/2009 | 20/01/2009 | USD | 2,437,500.00 | XS01607 43810 |
| 38 | | | | | |
| 39 | 16/02/2009 | 16/02/2009 | USD | 24,478.71 | |
| 40 | | | | | |
| 41 | 16/03/2009 | 16/03/2009 | USD | 56,081.65 | |
| 42 | | | | | |
| 43 | 15/04/2009 | 15/04/2009 | USD | 55,746.58 | |
| 44 | | | | | |
| 45 | 15/05/2009 | 15/05/2009 | USD | 46,431.38 | |
| 46 | 15/05/2009 | 15/05/2009 | USD | 4,875,000.00 | XS01881610252 |
| 47 | 15/05/2009 | 15/05/2009 | USD | 150,000,000.00 | XS01881610252 |
| 48 | 27/05/2009 | 27/05/2009 | USD | 2,386,350.00 | XS01869 99743 |

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| | C974551 | 10 | Credit | 13675 | |
| | ement(Daily) _ 13675 | | 31.12.2008 (Reports2008).pdf | | |
| | INT0359 | 10 | Credit | 13675 | |
| | C994422 | 10 | Credit | 13675 | |
| | R995119 | 10 | Credit | 13675 | |
| | C942442 | 10 | Credit | 13675 | |
| | ement(Daily) _ 13675 | | 30.01.2009 (Reports2009).pdf | | |
| | INT1458 | 10 | Credit | 13675 | |
| | ement(Daily) _ 13675 | | 27.02.2009 (Reports2009).pdf | | |
| | INT2496 | 10 | Credit | 13675 | |
| | ement(Daily) _ 13675 | | 31.03.2009 (Reports2009).pdf | | |
| | INT3552 | 20 | Credit | 13675 | |
| | ement(Daily) _ 13675 | | 30.04.2009 (Reports2009).pdf | | |
| | INT4525 | 10 | Credit | 13675 | |
| | C925777 | 10 | Credit | 13675 | |
| | R926959 | 10 | Credit | 13675 | |
| | C911049 | 10 | Credit | 13675 | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY     CS_000
Y CONFIDENTIAL - ATTORNEYS' EYES ONLY     CS_000

xpt Export

u9Muban-1of1-set1-tcdw-7a7d17c

| | L | M | N |
|---|---|---|---|
| 32 | INTRADUT 0000156680/09 290SEGROIL<br>QTY    100,000.000*KSR*MTR_<br>*SE**RS2*/00000005901193T*RZ2* | | 503,112,635.57 |
| 33 | *SE**RS2*/00000005901193T*RZ2* | EOM Balance | 503,112,635_67 |
| 34 | Interest period 01-DEC-2008 to31-DEC-2008 credit/debit interest15435.646333 USD | | 503,128,071.22 |
| 35 | INTRADUT 0000232878/11 15JAN09OIL<br>QTY    100,000.000*MSR*MTR_<br>*SE**RS2*/00000005037212*RZ2* | | 507,503,071.22 |
| 36 | REDMADT 0000232878/11 15JAN09OIL<br>QTY    100,000.000*KSR*REDM_ | | 607,503,071.22 |
| 37 | *SE**RS2*/00000005049671S*RZ2* | | 609,940,571.22 |
| 38 | Interest period 01-JAN-2009 to31-JAN-2009 credit/debit interest26478.710336 USD | EOM Balance | 609,940,571_22 |
| 39 | Interest period 01-JAN-2009 to31-JAN-2009 credit/debit interest26478.710336 USD | | 809,965,049.93 |
| 40 | Interest period 01-FEB-2009 to28-FEB-2009 credit/debit interest56081.646515 USD | EOM Balance | 609,965,049_93 |
| 41 | Interest period 01-FEB-2009 to28-FEB-2009 credit/debit interest56081.646515 USD | | 610,021,131.53 |
| 42 | Interest period 01-MAR-2009 to31-MAR-2009 credit/debit interest55746.583000 USD | | 610,021,131_58 |
| 43 | Interest period 01-MAR-2009 to31-MAR-2009 credit/debit interest55746.583000 USD | | 610,076,878.16 |
| 44 | Interest period 01-APR-2009 to30-APR-2009 credit/debit interest46431.383708 USD | EOM Balance | 610,076,878_16 |
| 45 | INTRADUT 0000180161/05 15MAY09OIL<br>QTY    150,000.000*MSR*MTR_ | | 610,123,309.54 |
| 46 | *SE**RS2*/00000005347290*RZ2* | | 614,998,309.54 |
| 47 | REDMADT 0000180161/05 15MAY09OIL<br>QTY    150,000.000*MSR*REDM_<br>*SE**RS2*/00000005367900*RZ2* | | 764,998,309.54 |
| 48 | INTRADUT 0000180059974 27MAY09OIL<br>QTY    65,000.000*MSR*MTR_<br>*SE**RS2*/00000005378913D*RZ2* | | 767,354,509.54 |

DCC-00000315
CS_0004

Handwritten annotations:
XS0210292032
XS0221682239
XS0191900561
XS0191900561
XS0261482359

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 49 | | | | | |
| 50 | 02/06/2009 | 07/06/2009 | USD | 3,875,000.00 | 28005010401404 |
| 51 | 15/06/2009 | 15/06/2009 | USD | 51,475.69 | |
| 52 | 15/06/2009 | 15/06/2009 | USD | 1,162,500.00 | |
| 53 | 22/6/2009 | 22/06/2009 | USD | 601,158.32 | |
| 54 | | | | | |
| 55 | 15/07/2009 | 15/07/2009 | USD | 73,330.92 | |
| 56 | 15/07/2009 | 15/07/2009 | USD | 100,000,000.00 | |
| 57 | 15/07/2009 | 15/07/2009 | USD | 3,875,000.00 | |
| 58 | 21/07/2009 | 21/07/2009 | USD | 5,500,000.00 | |
| 59 | | | | | |
| 60 | 17/08/2009 | 17/08/2009 | USD | 78,202.49 | |
| 61 | | | | | |
| 62 | 15/09/2009 | 15/09/2009 | USD | 78,674.43 | |
| 63 | | | | | |
| 64 | 15/10/2009 | 15/10/2009 | USD | 78,661.38 | |
| 65 | 15/10/2009 | 15/10/2009 | USD | 4,250,000.00 | 300215513735 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | | ment(Daily) _13675 | 26.05.2009 (Report=2009).pdf | | |
| | | C970555 | 10 | Credit | 13675 |
| | | IHT5611 | 10 | Credit | 13675 |
| | | C977641 | 10 | Credit | 13675 |
| | | C955662 | 10 | Credit | 13675 |
| | | ment(Daily) _13675 | 30.06.2009 (Report=2009).pdf | | |
| | | IHT6216 | 10 | Credit | 13675 |
| | | IS957717 | 10 | Credit | 13675 |
| | | C983613 | 10 | Credit | 13675 |
| | | C937394 | 10 | Credit | 13675 |
| | | ment(Daily) _13675 | 31.07.2009 (Report=2009).pdf | | |
| | | IHT8430 | 10 | Credit | 13675 |
| | | ment(Daily) _13675 | 31.08.2009 (Report=2009).pdf | | |
| | | IHT9395 | 10 | Credit | 13675 |
| | | ment(Daily) _13675 | 30.09.2009 (Report=2009).pdf | | |
| | | IHT0392 | 10 | Credit | 13675 |
| | | C902287 | 10 | Credit | 136/5 |

Redacted Version of Exhibit Filed Under Seal

| | L | M | N |
|---|---|---|---|
| 49 | INTRCRED 000022091972 02UUNDROF*KSR*MFR, | EDM Balance | 767,354,559.54 |
| 50 | *KSE**KS2*0000000029B60155*RE2* | | 771,279,559.54 |
| 51 | interest period 01-MAY-2009 to31-MAY-2009 credit/debit interest51475.569452 USD | | 771,281,035.23 |
| 52 | INTRADJT 00002102203 15UUROROL QTY 30,000.000*KSR*MFR, *KSE**KS2*0000000054928353*RE2* | | 777,243,535.23 |
| 53 | INTRADJT 00002168223 22UUNPROL QTY 40,000.000*KSR*MFR, *KSE**KS2*0000000050942013*RE2* | | 777,844,693.55 |
| 54 | | EDM Balance | 772,844,693.55 |
| 55 | interest period 01-JUN-2009 to30-JUN-2009 credit/debit interest73330.918369 | | 772,918,024.47 |
| 56 | REDMADJT 00001910056 15UUDROL QTY 100,000.000*KSR*REDM_ *KSE**KS2*0000000055211420*RE2* | | 872,918,024.47 |
| 57 | INTRADJT 00000919056 15UUDROL QTY 100,000.000*KSR*MFR, *KSE**KS2*00000000551018896*RE2* | | 876,793,024.47 |
| 58 | INTRADJT 00002614823S 21UUDROL QTY 100,000.000*KSR*MFR, *KSE**KS2*0000000053260468*RE2* | | 882,293,024.47 |
| 59 | | EDM Balance | 882,293,024.47 |
| 60 | interest period 01-JUL-2009 to31-JUL-2009 credit/debit interest78202.485370 USD | | 882,371,226.96 |
| 61 | | EDM Balance | 882,371,228_96 |
| 62 | interest period 01-AUG-2009 to31-AUG-2009 credit/debit interest78674.429900 USD | | 882,449,901.39 |
| 63 | | EDM Balance | 882,449,901.39 |
| 64 | interest period 01-SEP-2009 to30-SEP-2009 credit/debit interest78581.881812 USD | | 881,528,583.27 |
| 65 | INTRCRED 000022513370 15OCTODUUNTENAL PROCEDURE*KSR*MFR, *KSE**KS2*0000000057517106*RE2* | | 866,778,583.27 |

sgal Export

ab9beisa-1c45-4eb5-bd9e-7afd1T

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCC-00002010

CS_0000

Handwritten account references:
- XS0233408102
- XS0204271919
- XS0204271919
- XS010 32-15066
- XS010 32 15066
- XS0274548287

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 66 | 26/10/2009 | 26/10/2009 | USD | 2,312,500.00 | |
| 67 | 28/10/2009 | 28/10/2009 | USD | 1,248,750.00 | |
| 68 | 28/10/2009 | 28/10/2009 | USD | 37,000,000.00 | |
| 69 | | | | | |
| 70 | 04/11/2009 | 04/11/2009 | USD | 2,000,000.00 | |
| 71 | 04/11/2009 | 04/11/2009 | USD | 140,000.00 | |
| 72 | 16/11/2009 | 16/11/2009 | USD | 63,035.85 | |
| 73 | 19/11/2009 | 19/11/2009 | USD | 2,500,000.00 | |
| 74 | | | | | |
| 75 | 15/12/2009 | 15/12/2009 | USD | 63,846.65 | |
| 76 | 22/12/2009 | 19/12/2009 | USD | 360,520.80 | XS021662239 |
| 77 | 29/12/2009 | 29/12/2009 | USD | 100,000,000.00 | XS015688060 |
| 78 | 29/12/2009 | 29/12/2009 | USD | 3,875,000.00 | XS015688060 |
| 79 | | | | | |
| 80 | 15/01/2010 | 15/01/2010 | USD | 58,089.90 | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY          CS_000(

| B | C | D | E | F |
|---|---|---|---|---|
| C557293 | 10 | Credit | 13675 | |
| C984227 | 10 | Credit | 13675 | |
| R982655 | 10 | Credit | 13675 | |
| ement(Daily)  13675 | 30.11.2009 | Report+2009).pdf | | |
| C927407 | 10 | Credit | 13675 | |
| C927428 | 10 | Credit | 13675 | |
| INT1116 | 10 | Credit | 13675 | |
| C996059 | 10 | Credit | 13675 | |
| ement(Daily)  13675 | 30.11.2009 | Report+2009).pdf | | |
| INT2727 | 10 | Credit | 13675 | |
| C958301 | 10 | Credit | 13675 | |
| R990738 | 10 | Credit | 13675 | |
| C991753 | 10 | Credit | 13675 | |
| ement(Daily)  13675 | 31.12.2009 | Report+2009).pdf | | |
| INT3196 | 10 | Credit | 13675 | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY          CS_000(

| | L | M | N |
|---|---|---|---|
| 65 | INTRADJT D0002334083I.0 26OCTO9OIL<br>QTY  50,000.000*RSB*INTR_ | | 889,091,083.27 |
| 66 | *RSE**RS2*00000000579307I8*RE2*<br>QTY  37,000.000*RSB*INTR_ | | 889,091,083.27 |
| 67 | INTRADJT D0002042719.1 28OCTO9OIL<br>*RSE**RS2*0000000579305G1*RE2* | | 890,339,833.27 |
| 68 | REDMADJT D0002042719.1 28OCTO9OIL<br>QTY  37,000.000*RSB*REDM_ | | 927,339,833.27 |
| | *RSE**RS2*00000000580484G4*RE2* | | 927,339,833.27 |
| 69 | | EOM Balance | 927,339,893.27 |
| 70 | REDMADJT D000103321508 04NOVO9OIL<br>QTY  2,000.000*RSB*REDM_ | | 929,339,833.27 |
| | *RSE**RS2*0000000581957257*RE2* | | 929,339,833.27 |
| 71 | INTRADJT D000103321508 04NOVO9OIL<br>QTY  2,000.000*RSB*INTR_ | | 929,479,833.27 |
| | *RSE**RS2*0000000580886705*RE2* | | 929,479,833.27 |
| 72 | Interest period 01-OCT-2009 to31-OCT-<br>2009 credit/debit interest69035.848520<br>USD | | 929,542,869.12 |
| 73 | INTRADJT D0002745482B 16NOVO9OIL<br>QTY  50,000.000*RSB*INTR_ | | 932,042,869.12 |
| | *RSE**RS2*0000000058316134*RE2* | | 932,042,869.12 |
| 74 | | EOM Balance | 932,042,869_12 |
| 75 | Interest period 01-NOV-2009 to30-NOV-<br>2009 credit/debit interest63946.659801<br>USD | | 932,106,715.78 |
| 76 | INTCRED D0002216B223<br>2203CORCUMTERNAL<br>PROCEDURE*RSB*INTR_<br>*RSE**RS2*00000000064255I7R*RE2* | | 932,367,236.58 |
| 77 | REDMADJT D0001564080A 29DECO9OIL<br>QTY  100,000.000*RSB*REDM_ | | 1,032,367,236.58 |
| | *RSE**RS2*00000000590560787*RE2* | | 1,032,367,236.58 |
| 78 | INTRADJT D0001564080A 29DECO9OIL<br>QTY  100,000.000*RSB*INTR_ | | 1,036,242,236.58 |
| | *RSE**RS2*00000000591557821*RE2* | | 1,036,242,236.58 |
| 79 | | EOM Balance | 1,036,242,236_58 |
| 80 | Interest period 01-DEC-2009 to31-DEC-<br>2009 credit/debit interest58036.806305<br>USD | | 1,036,300,323.46 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

CS_0004

X5016074 3810

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 81 | 20/01/2010 | 20/01/2010 | USD | 65,000,000.00 | XS0160743910 |
| 82 | 20/21/2010 | 20/21/2010 | USD | 2,437,500.00 | XS0160743910 |
| 83 | | | | | |
| 84 | 15/02/2010 | 15/02/2010 | USD | 53,619.20 | |
| 85 | | | | | |
| 86 | 15/03/2010 | 16/03/2010 | USD | 63,159.88 | |
| 87 | | | | | |
| 88 | 15/04/2010 | 15/04/2010 | USD | 89,532.56 | |
| 89 | | | | | |
| 90 | 17/05/2010 | 17/05/2010 | USD | 108,550.85 | |
| 91 | | | | | |
| 92 | 27/05/2010 | 27/05/2010 | USD | 2,356,250.00 | XS0186999743 |
| 93 | 01/06/2010 | 01/06/2010 | USD | 120,000,000.00 | XS0001030104 |
| 94 | 01/06/2010 | 01/06/2010 | USD | 3,875,000.00 | XS0001030104 |
| 95 | 15/06/2010 | 15/06/2010 | USD | 143,504.39 | |
| 96 | 15/06/2010 | 15/06/2010 | USD | 1,162,500.00 | XS0210292032 |
| 97 | 15/06/2010 | 15/06/2010 | USD | 30,000,000.00 | XS0210292032 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

CS_000(

| | A | B | C | D | E | F | I |
|---|---|---|---|---|---|---|---|
| 81 | | 42310 | 10 | Credit | 13675 | | |
| 82 | | 51563 | 10 | Credit | 13675 | | |
| 83 | | ent(Daily) | 13675 | | 29.03.2010 (Reports2010).pdf | | |
| 84 | | 141148 | 10 | Credit | 13675 | | |
| 85 | | ent(Daily) | 13675 | | 26.02.2010 (Reports2010).pdf | | |
| 86 | | 74033 | 10 | Credit | 13675 | | |
| 87 | | ent(Daily) | 13675 | | 31.03.2010 (Reports2010).pdf | | |
| 88 | | 155937 | 10 | Credit | 13675 | | |
| 89 | | ent(Daily) | 13675 | | 30.04.2010 (Reports2010).pdf | | |
| 90 | | 177325 | 10 | Credit | 13675 | | |
| 91 | | ent(Daily) | 13675 | | 31.05.2010 (Reports2010).pdf | | |
| 92 | | 991604 | 10 | Credit | 13675 | | |
| 93 | | 991617 | 10 | Credit | 13675 | | |
| 94 | | 978336 | 10 | Credit | 13675 | | |
| 95 | | 975709 | 10 | Credit | 13675 | | |
| 96 | | 975772 | 10 | Credit | 13675 | | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

CS_000(

a895daac-1a65-4eb5-8a9a-7b73f71...

|  | L | M | N |
|---|---|---|---|
| 81 | REDMADJT 0000160743B1 20JAN10OIL QTY   65,000.000*MSB*REDM_ *RSE**RS2*00000000001583B7*RE2* | | 1,101,300,323.48 |
| 82 | INTRCRED 0000169743B1 20JAN10OIL*RSB*INTR_ *RSE**RS2*00000000500031504*RE2* | | 1,103,737,823.48 |
| 83 | | EOM Balance | 1,103,737,835.48 |
| 84 | Interest period 01-JAN-2010 to31-JAN-2010 credit/debit interest158619.204608 USD | | 1,103,791,442.68 |
| 85 | | EOM Balance | 1,103,791,442.68 |
| 86 | Interest period 01-FEB-2010 to28-FEB-2010 credit/debit interest63159.880215 USD | | 1,103,854,602.56 |
| 87 | | EOM Balance | 1,103,854,602.56 |
| 88 | Interest period 01-MAR-2010 to31-MAR-2010 credit/debit interest89532.557462 USD | | 1,103,944,135.12 |
| 89 | | EOM Balance | 1,103,944,135.12 |
| 90 | Interest period 01-APR-2010 to30-APR-2010 credit/debit interest108550.850704 USD | | 1,104,052,685.97 |
| 91 | INTRADJT 000018699974 27MAY10OIL QTY   65,000.000*MSB*INTR_ *RSE**RS2*00000000635581S*RE2* | | 1,106,408,935.97 |
| 92 | | EOM Balance | 1,106,408,935.97 |
| 93 | REDMADJT 000022091972 01JUN10OIF QTY   100,000.000*RSB*REDM_ *RSE**RS2*00000000003774213*RE2* | | 1,206,408,935.97 |
| 94 | INTRADJT 000022091972 01JUN10OIF QTY   100,000.000*RSB*INTR_ *RSE**RS2*00000000036568807*RE2* | | 1,210,283,935.97 |
| 95 | Interest period 01-MAY-2010 to31-MAY-2010 credit/debit interest40508.384276 USD | | 1,210,424,440.36 |
| 96 | INTRCRED 000021029209 15JUN10OIL*RSB*INTR_ *RSE**RS2*00000000504056523*RE2* | | 1,211,586,940.36 |
| 97 | REDMCRED 000021029209 15JUN10OIL*RSB*REDM_ *RSE**RS2*00000000596653509*RE2* | | 1,241,586,940.36 |

Y CONFIDENTIAL – ATTORNEYS' EYES ONLY

DOC-x0000015

CS_000(

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 98 | 22/06/2010 | 22/06/2010 | USD | 40,000,000.00 | CS022168 2239 |
| 99 | 22/06/2010 | 22/06/2010 | USD | 112,310.16 | CS022168 2239 |
| 100 | | | | | |
| 101 | 15/07/2010 | 15/07/2010 | USD | 163,224.52 | |
| 102 | 21/07/2010 | 21/07/2010 | USD | 5,500,000.00 | CS02616382359 |
| 103 | | | | | |
| 104 | 16/08/2010 | 16/08/2010 | USD | 172,546.46 | |
| 105 | | | | | |
| 106 | 15/09/2010 | 15/09/2010 | USD | 163,792.55 | |
| 107 | | | | | |
| 108 | 15/10/2010 | 15/10/2010 | USD | 145,930.97 | |
| 109 | 15/10/2010 | 15/10/2010 | USD | 4,250,000.00 | CS022513703 |
| 110 | 26/10/2010 | 26/10/2010 | USD | 50,000,000.00 | CS02334081.02 |
| 111 | 26/10/2010 | 26/10/2010 | USD | 2,312,590.00 | CS02334081.02 |
| 112 | | | | | |
| 113 | 15/11/2010 | 15/11/2010 | USD | 152,383.11 | |
| 114 | 15/11/2010 | 15/11/2010 | USD | 2,500,000.00 | CS027164287 |
| 115 | | | | | |

| | A | B | C | D | L | F |
|---|---|---|---|---|---|---|
| 98 | | R980413 | 10 | Credit | 13675 | |
| 99 | | C980416 | 10 | Credit | 13675 | |
| 100 | | tement(Daily)_13675 30.06.2010 (Reports2010).pdf | | | | |
| 101 | | INT9297 | 10 | Credit | 13675 | |
| 102 | | C918387 | 10 | Credit | 13675 | |
| 103 | | tement(Daily)_13675 30.07.2010 (Reports2010).pdf | | | | |
| 104 | | INT0178 | 10 | Credit | 13675 | |
| 105 | | tement(Daily)_13675 31.08.2010 (Reports2010).pdf | | | | |
| 106 | | INT1188 | 10 | Credit | 13675 | |
| 107 | | tement(Daily)_13675 30.09.2010 (Reports2010).pdf | | | | |
| 108 | | INT2319 | 10 | Credit | 13675 | |
| 109 | | C910413 | 10 | Credit | 13675 | |
| 110 | | 8978557 | 10 | Credit | 13875 | |
| 111 | | C979475 | 10 | Credit | 13675 | |
| 112 | | tement(Daily)_13675 29.10.2010 (Reports2010).pdf | | | | |
| 113 | | INT3336 | 10 | Credit | 13675 | |
| 114 | | C995509 | 10 | Credit | 13675 | |
| 115 | | XXI930(5)Money statement(Daily)_13675 30.11.2010 (Reports2010).pdf | | | | |

| | L | M | N |
|---|---|---|---|
| 98 | REDMADJT 0000223168223 22JUN3DOL QTY 40,000.000*RS8*REDM_ *RS8**RS2*000000000654838540M*RE2* INTRADJT 0000223168223 22JUN3DOL QTY 40,000.000*RS8*NFTR_ | | 1,281,586,940.36 |
| 99 | *RS8**RS2*000000000690986092*RE2* | | 1,281,699,250.52 |
| 100 | | EOM Balance | 1,281,699,250.52 |
| 101 | Interest period 01-JUN-2010 to30-JUN-2010 credit/debit Interest163224.515764 USD | | 1,281,862,475.04 |
| 102 | INTRADJT 0000261482135 21JUL1DOL QTY 100,000.000*RS8*NFTR_ *RS8**RS2*000000000650394657*RE2* | | 1,287,362,475.04 |
| 103 | | EOM Balance | 1,287,362,475.04 |
| 104 | Interest period 01-JUL-2010 to31-JUL-2010 credit/debit Interest172946.656033 USD | | 1,287,535,421.50 |
| 105 | | EOM Balance | 1,287,535,421.50 |
| 106 | Interest period 01-AUG-2010 to31-AUG-2010 credit/debit Interest163792.548568 USD | | 1,287,699,214.05 |
| 107 | | EOM Balance | 1,287,699,214.05 |
| 108 | Interest period 01-SEP-2010 to30-SEP-2010 credit/debit Interest145930.872647 USD INTRCHED 0000225513370 | | 1,287,845,144.92 |
| 109 | 15OCT3DOL*RS8*NFTR_ *RS8**RS2*000000000307357*RE2* | | 1,292,095,144.92 |
| 110 | REDMADJT 0000338408810 26OCT1DOL QTY 50,000.000*RS8*REDM_ *RS8**RS2*000000000589373*RE2* | | 1,342,095,144.92 |
| 111 | INTRADJT 0000338408810 26OCT3DOL QTY 50,000.000*RS8*NFTR_ *RS8**RS2*000000000576313G7*RE2* | | 1,344,407,644.92 |
| 112 | | EOM Balance | 1,344,407,644.92 |
| 113 | Interest period 01-OCT-2010 to31-OCT-2010 credit/debit Interest152383.109867 USD INTRADJT 0000074564828 15NOV1DOL QTY 50,000.000*RS8*NFTR_ | | 1,344,560,028.03 |
| 114 | *RS8**RS2*000000006810078*RE2* | | 1,347,060,028.03 |
| 115 | | EOM Balance | 1,347,060,028.03 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

CS_0000

DOC-00000016
CS_000X
Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | G | H | I | K |
|---|---|---|---|---|
| 116 | 15/12/2010 | 15/12/2010 | USD | 158,509.23 |
| 117 | 17/01/2011 | 17/01/2011 | USD | 139,205.19 |
| 118 | | | | |
| 119 | 15/02/2011 | 15/02/2011 | USD | 170,133.21 |
| 120 | | | | |
| 121 | 15/03/2011 | 15/03/2011 | USD | 76,353.18 |
| 122 | | | | |
| 123 | 15/04/2011 | 15/04/2011 | USD | 77,908.12 |
| 124 | | | | |
| 125 | | | | |
| 126 | 16/05/2011 | 16/05/2011 | USD | 21,248.76 |
| 127 | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | X5018699974 3 |
| 128 | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | X5018699974 3 |
| 129 | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | X5018699974 3 |
| 130 | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | X5018699974 3 |
| 131 | 27/05/2011 | 27/05/2011 | USD | 65,000,000.00 | X5018699974 3 |
| 132 | 27/05/2011 | 27/05/2011 | USD | 2,356,250.00 | X5018699974 3 |
| 133 | | | | |
| 134 | 15/06/2011 | 15/06/2011 | USD | 22,335.54 |

DOC-00000016
CS_000X
Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 116 | | H14295 | 10 | Credit | 13675 | |
| 117 | | ment(Daily) | 13675 | | R1.12.2005 (Report42005).pdf | |
| 118 | | HT5278 | 10 | Credit | 13675 | |
| 119 | | ment(Daily) | 13675 | | 31.01.2011 (Report42011).pdf | |
| 120 | | HT6251 | 10 | Credit | 13675 | |
| 121 | | ment(Daily) | 13675 | | 28.02.2011 (Report42011).pdf | |
| 122 | | HT7073 | 10 | Credit | 13675 | |
| 123 | | ment(Daily) | 13675 | | 31.03.2011 (Report42011).pdf | |
| 124 | | HT8097 | 10 | Credit | 13675 | |
| 125 | | ment(Daily) | 13675 | | 29.04.2011 (Report42011).pdf | |
| 126 | | HT9043 | 10 | Credit | 13675 | |
| 127 | | R913099 | 10 | Debit | 13675 | |
| 128 | | C971947 | 90 | Debit | 13675 | |
| 129 | | C513104 | 10 | Credit | 13675 | |
| 130 | | R971647 | 10 | Credit | 13675 | |
| 131 | | R971646 | 90 | Debit | | |
| 132 | | C971464 | 10 | Credit | 13675 | |
| 133 | | ment(Daily) | 13675 | | 31.05.2011 (Report42011).pdf | |
| 134 | | H70068 | 10 | Credit | 13675 | |

xgd Export

a89fefaa-1cd5-4eb5-bdfa-7e2bf1?

| | L | M | N |
|---|---|---|---|
| 116 | Interest period 01-NOV-2010 to 30-NOV-2010 credit/debit | | 1,347,218,537.36 |
| 117 | interest158509.329113 USD | EOM Balance | 1,347,218,537.36 |
| 118 | Interest period 01-DEC-2010 to 31-DEC-2010 credit/debit interest 139205.185091 USD | | 1,347,357,742.55 |
| 119 | | EOM Balance | 1,347,357,742.55 |
| 120 | Interest period 01-JAN-2011 to 31-JAN-2011 credit/debit interest120318.211814 USD | | 1,347,477,875.76 |
| 121 | | EOM Balance | 1,347,477,875.75 |
| 122 | Interest period 01-FEB-2011 to 28-FEB-2011 credit/debit interest76553.175300 USD | | 1,347,554,228.94 |
| 123 | | EOM Balance | 1,347,554,228.94 |
| 124 | Interest period 01-MAR-2011 to 31-MAR-2011 credit/debit interest77108.117513 USD | | 1,347,631,337.06 |
| 125 | | EOM Balance | 1,347,631,337.06 |
| 126 | Interest period 01-APR-2011 to 30-APR-2011 credit/debit interest21748.758358 USD | | 1,347,653,085.82 |
| 127 | REDMCRKD D0001869939 74 27MAY13 OIL *RSE*REDM_ *RSE**RSE*T0000000090907 8172*RE2* | | 1,412,653,085.82 |
| 128 | *RSE**RSE*T0000000373781260*RE2* INTRCRKD D0001869939 74 27MAY11 OIL *RSE*INTR_ | | 1,410,296,835.83 |
| 129 | *RSE**RSE*T0000000373781260*RE2* REDMCRKD D0001869939 74 27MAY11 OIL INTERNAL PROCEDURE IRANIAN *RSE*REDM_ | | 1,412,653,085.82 |
| 130 | *RSE**RSE*T0000000090907 8172*RE2* REDMXADT D0001869939 74 27MAY11 OIL nostro adjustment *RSE*REDM_ | | 1,477,653,085.82 |
| 131 | *RSE**RSE*T0000000090907 8172*RE2* INTRCRED D0001869939 74 27MAY11 OIL *RSE*INTR_ | | 1,412,653,085.82 |
| 132 | *RSE**RSE*T0000000373781260*RE2* | EOM Balance | 1,415,009,335.82 |
| 133 | Interest period 01-MAY-2011 to 31-MAY-2011 credit/debit interest23535.542103 USD | EOM Balance | 1,415,009,335.82 |
| 134 | USD | | 1,415,031,871.36 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | G | H | I | L | K |
|---|---|---|---|---|---|
| 135 | 15/07/2011 | 15/07/2011 | USD | 25,941.90 | |
| 136 | 21/07/2011 | 21/07/2011 | USD | 5,500,000.00 | XO261482359 |
| 137 | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XO261482359 |
| 138 | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XO261482359 |
| 139 | 21/07/2011 | 21/07/2011 | USD | 5,500,000.00 | XO261482359 |
| 140 | 21/07/2011 | 21/07/2011 | USD | 5,500,000.00 | XO261482359 |
| 141 | 21/07/2011 | 21/07/2011 | USD | 100,000,000.00 | XO261482359 |
| 142 | | | | | |
| 143 | 15/08/2011 | 16/08/2011 | USD | 13,516.07 | |
| 144 | | | | | |
| 145 | | | | | |
| 146 | 15/09/2011 | 16/09/2011 | USD | 24,721.75 | |
| 147 | | | | | |
| 148 | 17/10/2011 | 17/10/2011 | USD | 4,250,000.00 | XO322513703 |
| 149 | 17/10/2011 | 17/10/2011 | USD | 48,574.44 | |
| 150 | | | | | |
| 151 | 14/11/2011 | 14/11/2011 | USD | 2,500,000.00 | XO327464287 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 135 | MT910AS Money statement(Daily)_13675 | 13675 | 10.05.2011 | | Report2011).pdf | |
| 136 | | IN71017 | 13675 | 10 | Credit | 13675 |
| 137 | | K969256 | 13675 | 10 | Credit | 13675 |
| 138 | | K969456 | 13675 | 10 | Credit | 13675 |
| 139 | | K969453 | 13675 | 90 | Debit | 13675 |
| 140 | | CK69488 | 13675 | 10 | Credit | 13675 |
| 141 | | CK69487 | 13675 | 90 | Debit | 13675 |
| 142 | | K969255 | 13675 | 10 | Credit | 13675 |
| 143 | | tement(Daily)_13675 | 13675 | 29.07.2011 | | Report2011).pdf |
| 144 | | IN71945 | 13675 | 10 | Credit | 13675 |
| 145 | | tement(Daily)_13675 | 13675 | 31.08.2011 | | Report2011).pdf |
| 146 | | IN72918 | 13675 | 10 | Credit | 13675 |
| 147 | | tement(Daily)_13675 | 13675 | 30.09.2011 | | Report2011).pdf |
| 148 | | CK34510 | 13675 | 10 | Credit | 13675 |
| 149 | | IN73769 | 13675 | 10 | Credit | 13675 |
| 150 | | tement(Daily)_13675 | 13675 | 31.10.2011 | | Report2011).pdf |
| 151 | | CK21011 | 13675 | 10 | Credit | 13675 |

qpl Report                                                                                                          a89adaa-1cd5-4dc65.bd9a-7a7f7...

| | L | M | N |
|---|---|---|---|
| 135 | | | 1,415,031,871.36 |
| 136 | Interest period 01-JUN-2011 to 30-JUN-2011 credit/debit interest125941.944243 USD | | 1,415,057,813.30 |
| 137 | INTRCRED 000026148235 21JUL11 OIL INTERNAL PROCEDURE *RSR*INTR_ *RSE**RS2*000000005754867*7*RE2* | | 1,420,557,813.30 |
| 138 | REDMCRED 000026148235 21JUL11 OIL INTERNAL PROCEDURE *RSR*REDM_ *RSE**RS2*000000005734314*RE2* | | 1,520,557,813.30 |
| 139 | REDMCRED 000026148235 21JUL11 OIL INTERNAL PROCEDURE *RSR*REDM_ *RSE**RS2*000000005734314*RE2* | | 1,420,557,813.30 |
| 140 | INTRCRED 000026148235 21JUL11 OIL INTERNAL PROCEDURE *RSR*INTR_ *RSE**RS2*000000005754867*7*RE2* | | 1,426,057,813.30 |
| 141 | INTRDEBI 000026148235 21JUL11 OIL * RSR*INTR_ *RSE**RS2*000000005754867*7*RE2* | | 1,420,557,813.30 |
| 142 | REDMCRED 000026148235 21JUL11 OIL INTERNAL PROCEDURE *RSR*REDM_ *RSE**RS2*000000005734314*RE2* | | 1,520,557,813.30 |
| 143 | | EOM Balance | 1,520,557,813.30 |
| 144 | Interest period 01-JUL-2011 to 31-JUL-2011 credit/debit interest13336.069453 USD | | 1,520,571,329.37 |
| 145 | | EOM Balance | 1,520,571,329.37 |
| 146 | Interest period 01-AUG-2011 to 31-AUG-2011 credit/debit interest28721.752709 USD | | 1,520,600,051.12 |
| 147 | | EOM Balance | 1,520,600,051.12 |
| 148 | INTRADJT 000022551370 17OCT11 OIL QTY    100000000 *RSR*INTR_ *RSE**RS2*000000003781752*RE2* | | 1,524,850,051.12 |
| 149 | Interest period 01-SEP-2011 to 30-SEP-2011 credit/debit interest48574.434633 USD | | 1,524,898,625.56 |
| 150 | | EOM Balance | 1,524,898,625.56 |
| 151 | INTRADJT 000022454828 14NOV11 OIL QTY     50000000 *RSR*INTR_ *RSE**RS2*000000007915195*7*RE2* | | 1,527,398,625.56 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

DOC-00000010

CS_000(

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 152 | 14/11/2011 | 14/11/2011 | USD | 50,000,000.00 | X0023454828287 |
| 153 | 15/11/2011 | | | 50,765.48 | |
| 154 | | | | | |
| 155 | 15/12/2011 | 15/12/2011 | USD | 68,359.58 | |
| 156 | | | | | |
| 157 | 16/01/2012 | 16/01/2012 | USD | 51,268.17 | |
| 158 | | | | | |
| 159 | 15/02/2012 | 15/02/2012 | USD | 56,528.99 | |
| 160 | | | | | |
| 161 | 15/04/2012 | | | 64,858.90 | |
| 162 | 16/04/2012 | 16/04/2012 | USD | 73,624.18 | |
| 163 | 15/05/2012 | 15/05/2012 | USD | 65,300.05 | |
| 164 | | | | | |
| 165 | | | | | |
| 166 | | | | | |
| 167 | 15/06/2012 | 15/06/2012 | USD | 73,930.71 | |
| 168 | | | | | |
| 169 | 16/07/2012 | 16/07/2012 | USD | 69,250.87 | |
| 170 | | | | | |
| 171 | 15/08/2012 | 15/08/2012 | USD | 89,112.03 | |
| 172 | | | | | |
| 173 | 17/09/2012 | 17/09/2012 | USD | 82,407.53 | |
| 174 | | | | | |

Y CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        CS_000(

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 152 | ███ | R917867 | | | 13675 | |
| 153 | | INT4614 | 10 | Credit | 13675 | |
| 154 | | tment(Daily) 13675 | 10 | 30.11.2011 (Reports2011).pdf | | |
| 155 | | INT5483 | 10 | Credit | 13675 | |
| 156 | | tment(Daily) 13675 | 10 | 30.12.2011 (Reports2011).pdf | | |
| 157 | | INT5939 | 10 | Credit | 13675 | |
| 158 | | tment(Daily) 13675 | 10 | 31.01.2012 (Reports2012).pdf | | |
| 159 | | INT7195 | 10 | Credit | 13675 | |
| 160 | | tment(Daily) 13675 | 10 | 29.02.2012 (Reports2012).pdf | | |
| 161 | | INT8088 | 10 | Credit | 13675 | |
| 162 | | tment(Daily) 13675 | 10 | 30.03.2012 (Reports2012).pdf | | |
| 163 | | INT8942 | 10 | Credit | 13675 | |
| 164 | | tment(Daily) 13675 | 10 | 30.04.2012 (Reports2012).pdf | | |
| 165 | | INT9770 | 10 | Credit | 13675 | |
| 166 | | tment(Daily) 13675 | 10 | 31.05.2012 (Reports2012).pdf | | |
| 167 | | INT2656 | 10 | Credit | 13675 | |
| 168 | | tment(Daily) 13675 | 10 | 29.06.2012 (Reports2012).pdf | | |
| 169 | | INT1511 | 10 | Credit | 13675 | |
| 170 | | tment(Daily) 13675 | 10 | 31.07.2012 (Reports2012).pdf | | |
| 171 | | INT2859 | 10 | Credit | 13675 | |
| 172 | | tment(Daily) 13675 | 10 | 31.08.2012 (Reports2012).pdf | | |
| 173 | | INT2988 | 10 | Credit | 13675 | |
| 174 | | tment(Daily) 13675 | 10 | 28.09.2012 (Reports2012).pdf | | |

Y CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        CS_000(

oil Export

e88daba-1e65-4a68-bc8a-7e747f

| | L | M | N |
|---|---|---|---|
| | REDMA011 000107454828 14NOV11 OIL QTY 50,000.000 *HSS*REDM_ | | |
| 152 | *HSS**HSS*0000000005053104*REZ* | | 1,577,308,625.56 |
| 153 | Interest period 01-OCT-2011 to 31-OCT-2011 credit/debit interest50785.475567 USD | | 1,577,449,391.04 |
| 154 | | EOM Balance | 1,577,449,391.04 |
| 155 | Interest period 01-NOV-2011 to 30-NOV-2011 credit/debit interest68356.584450 USD | | 1,577,517,747.62 |
| 156 | | EOM Balance | 1,577,517,747.62 |
| 157 | Interest period 01-DEC-2011 to 31-DEC-2011 credit/debit interest51268.168036 USD | | 1,577,569,015.79 |
| 158 | | EOM Balance | 1,577,569,015.79 |
| 159 | Interest period 01-JAN-2012 to 31-JAN-2012 credit/debit interest55528.986751 USD | | 1,577,625,544.78 |
| 160 | | EOM Balance | 1,577,625,544.78 |
| 161 | Interest period 01-FEB-2012 to 29-FEB-2012 credit/debit interest64856.902697 USD | | 1,577,690,401.68 |
| 162 | | EOM Balance | 1,577,690,401.68 |
| 163 | Interest period 01-MAR-2012 to 31-MAR-2012 credit/debit interest73624.182876 USD | | 1,577,764,025.86 |
| 164 | | EOM Balance | 1,577,764,025.86 |
| 165 | Interest period 01-APR-2012 to 30-APR-2012 credit/debit interest 65300.059355 USD | | 1,577,829,325.92 |
| 166 | | EOM Balance | 1,577,829,325.92 |
| 167 | Interest period 01-MAY-2012 to 31-MAY-2012 credit/debit interest73630.711070 USD | | 1,577,902,956.63 |
| 168 | | EOM Balance | 1,577,902,956.63 |
| 169 | Interest period 01-JUN-2012 to 30-JUN-2012 credit/debit interest69250.873561 USD | | 1,577,972,207.50 |
| 170 | | EOM Balance | 1,577,972,207.50 |
| 171 | Interest period 01-JUL-2012 to 31-JUL-2012 credit/debit interest80212.029067 USD | | 1,578,052,419.53 |
| 172 | | EOM Balance | 1,578,052,419.53 |
| 173 | Interest period 01-AUG-2012 to 31-AUG-2012 credit/debit interest82407.532523 USD | | 1,578,134,827.06 |
| 174 | | EOM Balance | 1,578,134,827.06 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

DOC-00000010

CS_000K

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 175 | 15/10/2012 | 15/10/2012 | USD | 4,250,000.00 | XG02255137Y03 |
| 176 | 15/10/2012 | 15/10/2012 | USD | 94,681.55 | |
| 177 | | | | | |
| 178 | 15/10/2012 | 15/10/2012 | USD | 100,000,000.00 | XG02255137Y03 |
| 179 | 15/11/2012 | 15/11/2012 | USD | 102,169.55 | |
| 180 | | | | | |
| 181 | 17/12/2012 | 17/12/2012 | USD | 115,507.66 | |
| 182 | | | | | |
| 183 | 15/01/2013 | 15/01/2013 | USD | 117,785.03 | |
| 184 | | | | | |
| 185 | 15/02/2013 | 15/02/2013 | USD | 93,019.12 | |
| 186 | | | | | |
| 187 | 15/03/2013 | 15/03/2013 | USD | 69,344.50 | |
| 188 | | | | | |
| 189 | 15/04/2013 | 15/04/2013 | USD | 104,249.36 | |
| 190 | | | | | |
| 191 | 15/05/2013 | 15/05/2013 | USD | 102,851.64 | |
| 192 | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 175 | | C916495 | 10 | Credit | 13675 | |
| 176 | | NF3849 | 10 | Credit | 13675 | |
| 177 | | R916480 | 10 | Credit | 13675 | |
| 178 | | ment(Daily) 13675 | | 31.10.2012 (Reports2012).pdf | | |
| 179 | | NY7465S | 10 | Credit | 13675 | |
| 180 | | ment(Daily) 13675 | | 30.11.2012 (Reports2012).pdf | | |
| 181 | | N15450 | 10 | Credit | 13675 | |
| 182 | | ment(Daily) 13675 | | 31.12.2012 (Reports2012).pdf | | |
| 183 | | NT6380 | 10 | Credit | 13675 | |
| 184 | | ment(Daily) 13675 | | 31.01.2013 (Reports2013).pdf | | |
| 185 | | NT7485 | 10 | Credit | 13675 | |
| 186 | | ment(Daily) 13675 | | 28.02.2013 (Reports2013).pdf | | |
| 187 | | NF8507 | 10 | Credit | 13675 | |
| 188 | | ment(Daily) 13675 | | 29.03.2013 (Reports2013).pdf | | |
| 189 | | NY9565 | 10 | Credit | 13675 | |
| 190 | | ment(Daily) 13675 | | 30.04.2013 (Reports2013).pdf | | |
| 191 | | NT0641 | 10 | Credit | 13675 | |
| 192 | | ment(Daily) 13675 | | 31.05.2013 (Reports2013).pdf | | |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY          CS_000K
Y CONFIDENTIAL - ATTORNEYS' EYES ONLY          CS_000K

gd Report

a89daacdfadddbc6a7a7d17:

| | L | M | N |
|---|---|---|---|
| 175 | INTRCRED 000022551370 15OCT12 OIL INTERNAL PROCEDURE *858*INTR_ | | 1,592,384,827.06 |
| | *858* *858*00000009278246927ME2* | | |
| 176 | Interest period 01-SEP-2012 to 30-SEP-2012 credit/debit interest94685.549726 USD | | 1,592,479,512.61 |
| 177 | REDMCRED 000022551370 15OCT12 OIL INTERNAL PROCEDURE *858*REDM_ | | 1,682,475,512.61 |
| | *858* *858*00000009072190*ME2* | | |
| 178 | | EOM Balance | 1,682,475,512.61 |
| 179 | Interest period 01-OCT-2012 to 31-OCT-2012 credit/debit interest103169.552141 USD | | 1,682,581,682.16 |
| 180 | | EOM Balance | 1,682,581,682.16 |
| 181 | Interest period 01-NOV-2012 to 30-NOV-2012 credit/debit interest115907.668376 USD | | 1,682,697,589.82 |
| 182 | | EOM Balance | 1,682,697,589.82 |
| 183 | Interest period 01-DEC-2012 to 31-DEC-2012 credit/debit interest117785.032091 USD | | 1,682,815,374.85 |
| 184 | | EOM Balance | 1,682,815,374.85 |
| 185 | Interest period 01-JAN-2013 to 31-JAN-2013 credit/debit interest93018.120675 USD | | 1,682,908,393.97 |
| 186 | | EOM Balance | 1,682,908,393.97 |
| 187 | Interest period 01-FEB-2013 to 28-FEB-2013 credit/debit interest69184.502780 USD | | 1,682,977,578.47 |
| 188 | | EOM Balance | 1,682,977,578.47 |
| 189 | Interest period 01-MAR-2013 to 31-MAR-2013 credit/debit | | 1,683,081,827.83 |
| 190 | | EOM Balance | 1,683,081,827.83 |
| 191 | Interest period 01-APR-2013 to 30-APR-2013 credit/debit interest102851.641445 USD | | 1,683,184,679.47 |
| 192 | | EOM Balance | 1,683,184,679.47 |

Y CONFIDENTIAL - ATTORNEYS' EYES ONLY

CS_000(

DOC-00000919