# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. __080472__

DOCKET NO. __M18302__

Control # 080472

### THE PRESIDENT OF THE UNITED STATES OF AMERICA
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of ___See Schedule A attached.___

_____

_____

in your district you cause to be made the sum of Two Billion, Six Hundred and Fifty Six Million, Nine Hundred and forty four thousand, Eight Hundred and Seventy Seven and 00/100 dollars and _____ cents, ($ 2,656,944,877.00.)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

recovered against the said ISLAMIC REPUBLIC OF IRAN, et al.

in an action between DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

PLAINTIFF and ISLAMIC REPUBLIC OF IRAN, et al.

DEFENDANT, in favor of said Plaintiff, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

as appears by the record filed in the Clerk's Office of said District Court on the ____24th____ day of ____March____, in the year of ____2008____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 17th day of October in the year of our Lord 2008, and of the Independence of the United States the two hundred twenty-seventh year.

*(year)*

J. MICHAEL McMAHON

CLERK

By: _____

## Schedule A

the Islamic Republic of Iran and/or the Iranian Ministry of Information and Security who has an interest in assets in the account of the Central Bank of Iran a/k/a Bank Markazi held in the custody of Clearstream Banking S.A. under account number 80726, █████████████████████████████████████

THIS IS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER ISSUED ON JUNE 11, 2008, IN

PETERSON v. ISLAMIC REPUBLIC OF IRAN, 01-cv-2094 (D.D.C.) (RCL)

GREENBAUM v. ISLAMIC REPUBLIC OF IRAN, 02-cv-2148 (D.D.C.) (RCL)

BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

U.S. Department of Justice
United States Marshals Service

Redacted Version of Exhibit Filed Under Seal

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Deborah D. Peterson, et al. | M18302 #08047. |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Islamic Republic of IRAN et al. | Wet |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ClearStream Banking, S.A. held at citibank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  350 madison Ave, NY NY 10017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| William J. Cortellessa<br>Salon Morrow et al.<br>292 madison Ave, NY NY 10017 | Number of process to be served with this Form - 285: **2**<br><br>Number of parties to be served in this case: **2**<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

citibank
Legal Service Intake unit
1 Court Square, Long Island City, NY 11120

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *William J. Cortellessa* | | 214 661-7100 | 10/17/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P2 | No. 34 | No. 54 | D Baerga | 10/17/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| PRECY LOPEZ office manager | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | 10-27-08 | 12:30 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 5.19 | | 52.17 | | | |

REMARKS:

The Bank objects to the execution.

NOTE
M18302-13V

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)