# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 08-472

DOCKET NO. 10 CIV 4518

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of **See attached Schedule A.**

in your district you cause to be made the sum of **Two Billion, Six Hundred and Fifty-Six Million Nine Hundred and Forty-Four Thousand, Eight Hundred and Seventy-Seven** dollars and **xx/100** cents, ($ 2,656,944,877.⁹⁹) which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, **Deborah D. Peterson, Personal Representative of the Estate of James C. Knipple (Dec.), et al** recovered against the said **Islamic Republic of Iran, et al.**

in an action between **Deborah D. Peterson, Personal Representative of the Estate of James C. Knipple (Dec.), et al.**
PLAINTIFF and **Islamic Republic of Iran, et al.**

DEFENDANT, in favor of said **Plaintiff, Deborah D. Peterson, Personal Representative of the Estate of James C. Knipple (Dec.), et al.** as appears by the record filed in the Clerk's Office of said District Court on the **24th** day of **March**, in the year of **2008**

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the **27th** day of **February** in the year of our Lord **2012**, and of the Independence of the United States the two hundred thirty-third year.
(year)

CLERK

SDNY Web 6/2009

CONFIDENTIAL

## SCHEDULE A

All property and interests in property of the Judgment Debtors Iranian Ministry of Information and Security, and the Islamic Republic of Iran ("Iran") and/or property and interests in property of Iran's agencies or instrumentalities, including, but not limited to Iranian financial institutions, including Bank Markazi, a/k/a the Central Bank of Iran, located outside the United States in the possession or control of United States persons, including, but not limited to Clearstream Banking, S.A., all of which have been blocked ("Iranian Foreign Assets") by reason of President Obama's Executive Order No. 13599 effective February 6, 2012, including, but not limited to the bonds identified in Exhibit 1 annexed hereto, including any proceeds thereof now or previously held in Clearstream Banking, S.A.'s customer account numbers 80725, 13061, 13675 or any related blocked accounts or cash accounts.

188694

Exhibit 1
Redacted Version of Exhibit Filed Under Seal

CONFIDENTIAL

| # | Date | Cur | Rate | Amount |
|---|---|---|---|---|
| 1 | 14/03/2008 | USD | 3 4/8 | 240 |
| 2 | 14/03/2008 | USD | 3 4/8 | 100 |
| 3 | 17/03/2008 | USD | 3 3/8 | 270 |
| 4 | 15/04/2008 | USD | 3 | 100 |
| 5 | 24/04/2008 | USD | 3 1/8 | 100 |
| 6 | 06/05/2008 | USD | 3 2/8 | 125 |
| 7 | | | | |
| 8 | | | | |
| 9 | 08/07/2008 | USD | 2 2/8 | 300 |
| 10 | | | | |
| 11 | 12/08/2008 | USD | 3 5/8 | 15 |
| 12 | | | | |
| 13 | 15/09/2008 | USD | 4 | 100 |
| 14 | 30/09/2008 | USD | 4 2/8 | 50 |
| 15 | | | | |
| 16 | 22/12/2008 | USD | 3 | 100 |
| 17 | 15/01/2009 | USD | 4 3/8 | 100 |
| 18 | | | | |
| 19 | 15/05/2009 | USD | 3 2/8 | 150 |
| 20 | | | | |
| 21 | 15/07/2009 | USD | 3 7/8 | 100 |
| 22 | | | | |
| 23 | 28/10/2009 | USD | 3 3/8 | 37 |
| 24 | 04/11/2009 | USD | 7 | 2 |
| 25 | 29/12/2009 | USD | 3 7/8 | 100 |
| 26 | 20/01/2010 | USD | 3 6/8 | 65 |
| 27 | | | | |
| 28 | 01/06/2010 | USD | 3 7/8 | 100 |
| 29 | | | | |
| 30 | 15/06/2010 | USD | 3 7/8 | 30 |
| 31 | | | | |
| 32 | | | | |
| 33 | 22/06/2010 | USD | 4 7/8 | 40 |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | 26/10/2010 | USD | 4 5/8 | 50 |
| 38 | | | | |
| 39 | 27/05/2011 | USD | 3 5/8 | 100 |
| 40 | 21/07/2011 | USD | 5 4/8 | 100 |
| 41 | 14/11/2011 | USD | 5 | 50 |
| 42 | | | | |
| 43 | | | | |
| 44 | 15/10/2012 | USD | 4 2/8 | 100 |

**SALDO AL 28-02-08    4327**

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Deborah D. Peterson, et al. | 10 Civ. 4518 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Islamic Republic of Iran, et al. | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Clearstream Banking, S.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
55 Broad Street, New York, New York 10004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue
New York, New York 10017

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Located on 8th Floor
Telephone: 1-212-309-8888

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 212-661-7100
DATE: 2/27/12

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 54
District to Serve No.: 54
Signature of Authorized USMS Deputy or Clerk
Date: 2/27/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Deborah D. Peterson, et al. | COURT CASE NUMBER<br>10 Civ. 4518 |
| DEFENDANT<br>Islamic Republic of Iran, et al. | TYPE OF PROCESS<br>Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Clearstream Banking, S.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
55 Broad Street, New York, New York 10004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue
New York, New York 10017

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Located on 8th Floor
Telephone: 1-212-309-8888

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212-661-7100
DATE: 2/27/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: P1
District of Origin No.: 54
District to Serve No.: 54
Signature of Authorized USMS Deputy or Clerk: Joann Goodson
Date: 2/27/12

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Precy Lopez Legal

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 3/2/12    Time: 2:55 ☒ pm

Signature of U.S. Marshal or Deputy: Allison Horyam IV  #4416

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $55.00 | $1.35 | | $56.35 | | $0.00 |

**REMARKS:**

I hereby certify and return that I received no funds or property belonging to the judgment debtor.

Judgment Unsatisfied
Dated: New York, NY
July 30, 2012

By: Joseph R. Guccione
United States Marshal
Southern District of New York

Joann Goodson
Property Management Specialist

CERTIFIED AS A TRUE COPY ON THIS DATE 9/18/13
BY: Mary Ahudo, Clerk/Deputy