UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of the Estate<br>of James C. Knipple (Dec.), *et al*.,<br><br>                Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.,*<br><br>                Defendants. | Case No. 13 Civ. 9195 (LAP)<br><br>**SUPPLEMENTAL DECLARATION<br>OF LIVIU VOGEL** |

      Liviu Vogel, an attorney duly licensed to practice law before the Courts of the State of New York, and this Court, declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.      I am a member of the firm of Salon Marrow Dyckman Newman & Broudy LLC, and serve as co-counsel for Plaintiffs. I make this supplemental declaration to correct a minor error in an exhibit to my Reply Declaration in Further Support of Plaintiffs' Motion for Summary Judgment or, in the Alternative, for a Preliminary Injunction against Bank Markazi and Clearstream executed on October 2, 2020 (ECF # 263).

      2.      Annexed hereto as **Exhibit 97** is a true and correct copy of a supplemental declaration of Luxembourg Attorney François Moyse dated October 8, 2020 correcting an error contained in his prior declaration submitted as Exhibit 95 to my Reply Declaration. As explained in Exhibit 97, Mr. Moyse inadvertently misinterpreted a statement made by Bank Markazi's Luxembourg counsel, Fabio Trevisan, at a hearing before the Luxembourg Court of Appeals on October 5, 2020. Mr. Trevisan did in fact inform the Court of Appeals that the

1

297482

2

parties would be filing written arguments in this action on October 2, 2020.  I apologize to the Court for this inadvertent error.

      I declare under penalties of perjury pursuant to 28 U.S.C. § 1786 that the foregoing is true and correct.

Executed on October 8, 2020.

                                        /s/ Liviu Vogel

297482