UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH D. PETERSON, et al.,

               Plaintiffs,

        v.

ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,

               Defendants.

Case No. 13-cv-9195 (LAP)

---

## SUPPLEMENTAL DECLARATION OF FRANÇOIS MOYSE

I, FRANÇOIS MOYSE, declare as follows:

1. I signed and submitted a declaration dated 1 October 2020 at the United States District Court for the Southern District of New York in Peterson v. Islamic Republic of Iran, et al., Case No. 13-cv-9195 (LAP) (S.D.N.Y.).

2. A clarification of the aforementioned statement of mine is necessary, concerning Paragraphs 24 and 30 of the said declaration.

3. In Para 24, I stated that *"[d]uring the September 23 hearing, BANK MARKAZI's attorney, Mr. Fabio TREVISAN, explained to the Court of Appeal that scheduling a hearing for the pleadings would be urgent as there will be a hearing on October 2, 2020 in the United States in the Peterson II case"* and that *"[t]herefore, he asked to the Court to schedule a hearing before October 2, 2020."*

4.      In Para 30, I stated that *"[d]uring the hearing on September 30, 2020, Mr. Fabio TREVISAN explained to the Court that there is a proceeding actually pending in the United States (hearing of October 2), which could lead the American judge to decide to transfer the Iranian assets to the United States."*

5.      Both statements were based on information provided to me by a lawyer of my firm who personally attended the hearing and who reported to me the words he believed to have heard.

6.      During the above-mentioned hearings, the acoustics in the hearing room were actually not good because attorneys in the hearing were required to wear masks in order to avoid the risk of spreading of the COVID-19 virus.

7.      In the meantime, I obtained a copy of the judgment of the Luxembourg Court of Appeals of 5 October 2020, with reference No 128/20, deciding the matter heard at the hearing of 23 September 2020. The judgment in question indicates that the lawyer for Bank Markazi, Mr. Fabio Trevisan, actually said that scheduling a hearing for the pleadings would be urgent as the parties will have to file their written arguments on October 2, 2020 in the United States in the *Peterson II* case and that a decision may be adopted soon after this date.

8.      Thus, it turns out that lawyer Fabio Trevisan did not actually say that there will be a hearing on October 2, 2020, but that this date is one at which written submissions have to be filed in the United States court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 8 October 2020.                    Respectfully submitted,

François Moyse
Avocat à la Cour (Attorney-at-Law)

MOYSE & ASSOCIATES
68, rue Marie-Adélaïde
L-2128 Luxembourg
(t) +352 20 80 09
(f) +352 20 80 09 02
