**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBORAH D. PETERSON, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,<br><br>                    Defendants. | Case No. 13-cv-9195 (LAP) |

<u>**REPLY DECLARATION OF ROBERT K. KRY**</u>

ROBERT K. KRY declares as follows pursuant to 28 U.S.C. § 1746:

1.      I represent Bank Markazi in this action and submit this declaration in further support of its motion to dismiss.

2.      Attached as Exhibit L is a true and correct copy of an excerpt from the Congressional Record, 154 Cong. Rec. 499-503 (Jan. 22, 2008).


I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 23, 2020.
McLean, Virginia

_____
Robert K. Kry