# EXHIBIT 2

*Club* Page 2

Property No.: 39 / 1015                                                  Registration No.: 64453

Registry: 215                                                                       Page: 69

[emblem]

Royal Government of Iran

Ministry of Justice

State Registration for Deeds and Landed Estates

Registration for Deeds and Landed Estates of ------

**Title Deed**

Village: Ghol'hak                                                                Folder:

District: 11, Tehran                                                             File:

**Date, Name, Surname, Birth Certificate Number and Nationality of the Owner**

**Date of Registration:** May 4, 1965

**Name and Surname:** Central Bank of Iran

**Birth Certificate No. and Place of Issue:**

**Nationality:**

**Property and its location:**

The entire six portions of a piece of land with the building constructed therein with an area of 8669.60 square meters, which is the first separated piece with the auxiliary plate no. 1015 from the main plate no. 39, separated and demarcated from the above-said main plate number located in Zarabkhaneh, Shemiran, District 11 of Tehran, transferred from the Ministry of Finance.

[seal:] This is a true copy of the original. Notary Public: 139, Tehran

[signature:] Hashem Karam Ashtiani



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 2**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

