# EXHIBIT 3

Property No.: 39 / 962 Registration No.: 57567

Registry: 193 Page: 427

[emblem]

Islamic Republic of Iran

The Judiciary

State Registration for Deeds and Landed Estates

Registration for Deeds and Landed Estates of ------

**Title Deed**

*Duplicate*

Village: Folder:

District: 11, Tehran File:

**Date, Name, Surname, Birth Certificate Number and Nationality of the Owner**

**Date of Registration:** April 28, 1963

**Name and Surname: Central Bank of Iran**

**Birth Certificate No. and Place of Issue:**

**Nationality:**

**Property and its location:**

The entire six portions of a piece of land with the building constructed therein with an area of 35170 square meters, with the auxiliary plate no. 962 from the main plate no. 39, separated and demarcated from the above-said main plate number located in Zarabkhaneh, Shemiran, District 11 of Tehran, transferred from the Ministry of Finance.

[seal:] This is a true copy of the original. Notary Public: 139, Tehran

[signature:] Hashem Karam Ashtiani



TRANSPERFECT

City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 3**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

Lindsay Young

Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

ساختمان خرابه

صفحه دوم

شماره ملک ۳۹/۹۶۲ شماره ثبت ۵۷۵۶۷

دفتر ۱۹۳ صفحه ۴۲۷

جمهوری اسلامی ایران

قوه قضائیه

سازمان ثبت اسناد و املاک کشور

اداره ثبت اسناد و املاک

دهستان ........ جزوه دان

بخش سیزده تهران سند مالکیت پرونده

تاریخ و اسم و نام خانوادگی و شماره شناسنامه و تابعیت مالک

تاریخ ثبت هشتم اردیبهشت ماه یکهزار و سیصد و چهل و دو

اسم و نام خانوادگی بانک مرکزی ایران

شماره شناسنامه و محل صدور آن ——

تابعیت ——

فتوکپی برابر اصل است
دفترخانه ... تهران

صفحه سوم

ملک و محل آن ششدانگ یکقطعه زمین با بنای

ساختمان بمساحت سی و پنج هزار و یکصد و هفتاد متر مربع

پلاک هفتصد و شصت و دو فرعی از سی و سه اصلی مفروز

از اصلی مذکور واقع در [illegible] بخش [illegible] تهران

انتقالی از وزارت خارجه.