# EXHIBIT 4

H57999T/82400
No.:
Date: October 11, 2020

[emblem]
Islamic Republic of Iran
President
Letter of Approval by the Cabinet of Ministers
In the Name of God
"Peace be Upon Mohammad"

Ministry of Economic Affairs and Finance  - Ministry of Education - Ministry of Interior
Iran Ministry of Roads & Urban Development – Ministry of Research, Science and Technology
Ministry of Defense and Armed Forces Logistics - Ministry of Agriculture Jihad - Ministry of Energy
Ministry of Information and Communications Technology of Iran - Planning and Budget Organization
Administrative and Recruitment Affairs Organization - Vice President for Legal Affairs

The Cabinet approved the following in the meeting dated October 7, 2020, as per the proposal no. 51/83532, dated September 1, 2020 by the Ministry of Economic Affairs and Finance and by virtue of Article 138 of the Constitution of the Islamic Republic of Iran:

The following text will be added as Note 3 to Article 2 of the Executive Bylaw, Part 2 and 3, Clause D, Note 12 of the Signle Article of the Budget Law for the Year 1399 (2020-2021), which is the subject of the Approval Letter No. H57674T/29245, dated June 13, 2020:

Note 3: In order to identify the surplus and unused movable and immovable properties of the executive bodies, evaluate the documents related to operationalization and sale on national level, a working group shall be formed which is chaired by the Minister of Economic Affairs and Finance and consisting of the Vice President for Legal Affairs, Head of Planning and Budget Organization, Head of Administrative and Recruitment Affairs Organization and Head of the related executive body as members. The Secretariat of this working group is based in the Treasury.

The Ministry of Economic Affairs and Finance can embark on identifying the surplus or unused government properties held by the executive body and suggest them to the working group, and notify the related executive body after the working group's approval. The executive body shall, after the working group's approval and issuance of the sale or operationalization permit by the Ministry of Economic Affairs, take action as per the issued permit within one month. Otherwise, the Ministry of Economic Affairs shall embark on selling or operationalizing, and any objection by the utilizing body to Ministry's action and the executive body's withdrawal after the written notification about the surplus properties shall be ineffective.

Eshagh Jahangiri
First Vice President
[signature]

Cc: Supreme Leader's Office, President's Office, Office of the Head of the Judiciary, First Vice President's Office, Secretariat of the Expediency Council, Office of the Vice President for Parliamentary Affairs, Supreme Audit Court of Iran, Department of Preparation, Amendment and Publication of Rules and Regulations, all ministries, government organizations and institutes, Islamic Revolution entities, Official Gazette of Islamic Republic of Iran, Secretariat of the Government Information Council and the Cabinet Office



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 4**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

۸۲۴۰۰ /ت ۵۷۹۹۹ هـ

شماره .................
تاریخ ۱۳۹۹/۷/۲۰

جمهوری اسلامی ایران
رئیس جمهور

تصویب نامه هیئت وزیران

بسمه تعالی
"با صلوات بر محمد و آل محمد"

وزارت امور اقتصادی و دارایی- وزارت آموزش و پرورش- وزارت کشور
وزارت راه و شهرسازی- وزارت علوم، تحقیقات و فناوری
وزارت دفاع و پشتیبانی نیروهای مسلح- وزارت جهاد کشاورزی- وزارت نیرو
وزارت ارتباطات و فناوری اطلاعات- سازمان برنامه و بودجه کشور
سازمان اداری و استخدامی کشور- معاونت حقوقی رییس جمهور

هیئت وزیران در جلسه ۱۳۹۹/۷/۱۶ به پیشنهاد شماره ۵۱/۸۳۵۳۲ مورخ ۱۳۹۹/۶/۱۱ وزارت امور اقتصادی و دارایی و به استناد اصل یکصد و سی و هشتم قانون اساسی جمهوری اسلامی ایران تصویب کرد:

متن زیر به عنوان تبصره (۳) به ماده (۲) آیین‌نامه جزءهای (۲) و (۳) بند (د) تبصره (۱۲) ماده واحده قانون بودجه سال ۱۳۹۹ کل کشور موضوع تصویب‌نامه شماره ۲۹۲۴۵/ت۵۷۶۷۴هـ مورخ ۱۳۹۹/۳/۲۴ الحاق می‌شود:

تبصره ۳- به منظور شناسایی اموال منقول و غیرمنقول مازاد و بلااستفاده دستگاه‌های اجرایی و بررسی مستندات مولدسازی و فروش در سطح ملی، کارگروهی با مسئولیت وزیر امور اقتصادی و دارایی و عضویت معاون حقوقی رییس‌جمهور، رییس سازمان برنامه و بودجه کشور، رییس سازمان اداری و استخدامی کشور و رییس دستگاه اجرایی ذی‌ربط تشکیل می‌شود. دبیرخانه این کارگروه در خزانه‌داری کل کشور مستقر است.

وزارت امور اقتصادی و دارایی می‌تواند راساً نسبت به شناسایی اموال مازاد یا بلا استفاده دولت در اختیار دستگاه اجرایی اقدام و به کارگروه پیشنهاد کند و پس از تصویب کارگروه جهت اجرا به دستگاه اجرایی ذی‌ربط ابلاغ کند. دستگاه اجرایی باید پس از تصویب کارگروه و صدور مجوز فروش یا مولدسازی توسط وزیر امور اقتصادی و دارایی ظرف یک ماه مجوز صادره را اجرا نماید، در غیر این صورت وزارت امور اقتصادی و دارایی نسبت به فروش یا مولدسازی اقدام می‌نماید و مخالفت دستگاه بهره‌بردار پس از اقدام وزارت و نیز انصراف دستگاه اجرایی پس از اعلام کتبی اموال مازاد بلااثر می‌باشد.

اسحاق جهانگیری
معاون اول رییس‌جمهور

رونوشت به دفتر مقام معظم رهبری، دفتر رییس‌جمهور، دفتر رییس قوه قضاییه، دفتر معاون اول رییس‌جمهور، دبیرخانه مجمع تشخیص مصلحت نظام، معاونت امور مجلس رییس‌جمهور، دیوان محاسبات کشور، دیوان عدالت اداری، سازمان بازرسی کل کشور، معاونت قوانین مجلس شورای اسلامی، امور تدوین، تنقیح و انتشار قوانین و مقررات، کلیه وزارتخانه‌ها، سازمان‌ها و مؤسسات دولتی، نهادهای انقلاب اسلامی، روزنامه رسمی جمهوری اسلامی ایران، دبیرخانه شورای اطلاع‌رسانی دولت و دفتر هیئت دولت ابلاغ می‌شود.