# EXHIBIT 5

No.: MB / 1189

Date: June 23, 2007

In the Name of God

**For the information of managing directors of governmental and non-governmental banks, Post Bank of Iran and Tose'e Financial Institute**

Greetings,

This is to inform you of the provisions of the decisions made in the 1085th meeting by the Currency and Credit Council on June 16, 2007 regarding the monetary policies of the year 2007 as follows:

A. The interest rate of facilities by government banks in transactional contracts in 2007 (as of the declaration date of this approval) was determined to be equal to 12% (twelve percent).

B. The interest rate of facilities by non-governmental banks and credit institutes in transactional contracts in the year 2007 (as of the declaration date of this approval) was determined to be one unit more than the similar rate by governmental banks.

C. The minimum potential interest for choosing plans in participatory contracts of (governmental and non-governmental) banks and non-governmental credit institutes was determined to be equal to the interest rate of transactional contracts of each group of the above said banks.

In addition, in the said approval, the Currency and Credit Council emphasized real cooperation between banks and customers.

Please have the procedures quickly declared to all relevant organizations and monitor their proper implementation.

Department of Banking Studies and Regulations
Hamid Tehranfar                                  Sedigheh Rahbar Shamskar
3816                                                      3831 – 3



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 5**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
———————————
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

———————————
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

———————————
Stamp, Notary Public

شماره: مب/۱۱۸۹

تاریخ: ۱۳۸۶/۴/۲

«بسمه تعالی»

### جهت اطلاع کلیه مدیران عامل محترم بانک‌های دولتی، غیردولتی، شرکت دولتی پست بانک و موسسه اعتباری توسعه ارسال گردید

احتراماً؛

بدین‌وسیله مفاد تصمیمات متخذه در یکهزار و هشتاد و پنجمین جلسه مورخ ۱۳۸۶/۳/۲۶ شورای محترم پول و اعتبار درخصوص سیاست‌های پولی سال ۱۳۸۶ را به شرح ذیل به استحضار می‌رساند:

الف ـ نرخ سود تسهیلات بانک‌های دولتی در عقود مبادله‌ای در سال ۱۳۸۶ (از تاریخ ابلاغ این مصوبه) معادل ۱۲٪ (دوازده درصد) تعیین گردید.

ب ـ نرخ سود تسهیلات بانک‌ها و موسسات اعتباری غیردولتی در عقود مبادله‌ای در سال ۱۳۸۶ (از تاریخ ابلاغ این مصوبه) یک واحد درصد بیش از نرخ مشابه بانک‌های دولتی تعیین گردید.

ج ـ حداقل نرخ سود احتمالی برای انتخاب طرح‌ها در عقود مشارکتی بانک‌ها (دولتی و غیردولتی) و موسسات اعتباری غیردولتی، معادل نرخ سود تسهیلات در عقود مبادله‌ای هر گروه از بانک‌های مذکور تعیین گردید.

ضمناً شورای محترم پول و اعتبار در مصوبه مذکور بر انجام مشارکت واقعی بین بانکن و مشتریان تاکید نمود.

خواهشمند است دستور فرمایید مراتب به قید تسریع به کلیه واحدهای ذی‌ربط ابلاغ و بر حسن اجرای آن نظارت گردد./ص

#### اداره مطالعات و مقررات بانکی

| حمید تهرانفر | صدیقه رهبرشمس‌کار |
|---|---|
| ۳۸۱۶ | ۳-۳۸۳۱ |