# EXHIBIT 6

No.: MB / 2263

Date: June 25, 2007

In the Name of God

**For the information of managing directors of governmental banks and Post Bank of Iran**

Greetings,

As you are aware, in the meeting dated August 18, 2007, the "Instructions Supervising the Establishment and Activity of Qarzulhasanah (interest-free) Banks and their Supervision" were approved by the Currency and Credit Council.

Since a few banks have expressed their willingness to participate in the establishment of Qarzulhasanah (interest-free) banks, please take the following points into consideration:

1. Based on the Interest-Free Banking Operations Law, long term investment deposits the utilization of which is vested upon the bank can be used only in for-profit affairs predicted in the related law and regulations.

2. Participation in the assets of companies – through legal participation or direct investment – based on the existing regulations is allowed only when the result of investigating and assessing the participation indicates that the plan is profitable.

3. A Qarzulhasanah (interest-free) bank is a non-profit company that is established with the aim of providing help and support for the needy. According to Article 29 of the "Instructions Supervising the Establishment and Activity of Qarzulhasanah (interest-free) Banks and their Supervision", profits made from bank operations are never paid to the shareholders, and if there is any profit, it is added to the bank's asset through on a particular procedure.

4. Based on the definitions mentioned in Article 4 of the Accounting Act, governmental banks are considered as governmental companies. Therefore, to implement Article 7 of the above said instructions, the bank's resources (as opposed to depositors' resources) cannot be used for this purpose.

Based on the above points, we confirm that governmental banks cannot participate in the assets of Qarzulhasanah (interest-free) banks within the framework of rules and regulations governing the activities of banks.

Department of Banking Studies and Regulations

| Hamid Tehranfar | Mahnaz Bahrami |
| --- | --- |
| 3816 | 3831 – 6 |

City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 6**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

شماره: مب/۲۲۶۳

تاریخ: ۱۳۸۶/۶/۴

«بسمه تعالی»

**جهت اطلاع کلیه مدیران عامل محترم بانک‌های دولتی**

**و شرکت دولتی پست بانک ارسال گردید**

با سلام؛

همانطور که استحضار دارند در جلسه مورخ ۱۳۸۶/۵/۲۷ "دستورالعمل ناظر بر تاسیس و فعالیت بانک‌های قرض‌الحسنه و نظارت بر آنها" به تصویب شورای محترم پول و اعتبار رسید. از آنجا که به قرار اطلاع برخی بانک‌های کشور تمایل خود را برای مشارکت در تاسیس بانک‌های قرض‌الحسنه ابراز داشته‌اند، بدین‌وسیله نکات زیر را معروض می‌دارد:

۱- بر مبنای قانون عملیات بانکی بدون‌ربا، سپرده‌های سرمایه‌گذاری مدت‌دار که بانک در بکارگیری آنها وکیل می‌باشد صرفاً در امور انتفاعی پیش‌بینی شده در قانون و مقررات ذی‌ربط آن امکان به کارگیری دارند.

۲- مشارکت در سرمایه شرکت‌ها ـ از طریق مشارکت حقوقی یا سرمایه‌گذاری مستقیم ـ بر مبنای مقررات موجود صرفاً زمانی مجاز است که نتیجه بررسی و ارزیابی مشارکت حاکی از سودآور بودن طرح باشد.

۳- بانک قرض‌الحسنه شرکتی است غیر انتفاعی که با قصد خیر و با نیت حمایت از نیازمندان ایجاد می‌شود وفق ماده ۲۹ "دستورالعمل ناظر بر تاسیس و فعالیت بانک‌های قرض‌الحسنه و نظارت بر آنها" منافع حاصل از عملیات بانک، هرگز به سهامداران پرداخت نمی‌شود و در صورت وجود، به ترتیبی خاص به سرمایه بانک افزوده می‌شود.

۴- براساس تعاریف مندرج در ماده ۴ قانون محاسبات، بانک‌های دولتی، شرکت دولتی محسوب می‌شوند، لذا در اجرای ماده ۷ دستورالعمل فوق‌الاشاره امکان استفاده از منابع بانک (در مقابل منابع سپرده‌گذاران) برای این مصرف نیز وجود ندارد.

با عنایت به موارد فوق تصدیق می‌فرمایند که امکان مشارکت بانک‌های دولتی در سرمایه بانک‌های قرض‌الحسنه در چارچوب قوانین و مقررات حاکم بر فعالیت بانک‌ها وجود ندارد.

اداره مطالعات و مقررات بانکی

حمید تهرانفر        مهناز بهرامی

۳۸۱۶            ۳۸۳۱-۶