**EXHIBIT 7**

No.: 90 / 280562  [logo]
Date: February 12, 2012  Central Bank of the Islamic
Encl.: None  Republic of Iran

In the Name of God

**For the information of managing directors of governmental and non-governmental banks, Tose'e Financial Institute and Post Bank of Iran**

Greetings,

This is to inform you that, in its 1136th meeting on January 31, 2012, the Currency and Credit Council specified that the "on-account interest rate of bank deposits" and the "interest rate of granted facilities" in the Islamic Republic of Iran's trade-industrial free zones and mainland shall be determined and practiced identically. Therefore, as of the date this directive is binding, the said rates for trade-industrial free zones shall also be considered for the mainland in accordance with monetary policies declared by this bank.

It must be noted that from now on, the provisions of Articles 2 and 3 of the Directive no. MB / 1347, dated July 1, 2007, issued by the Department of Banking Studies and Regulations, are considered null and void.

Considering that the provisions of this directive shall be binding 14 calendar days after its date of issue, please have the procedures declared to all units/branches affiliated to the bank/credit institute within 5 working days and have its copy submitted to this bank. / D / 1082784

General Directorate of Bank Licensing and Anti-Money Laundering Regulations
Department of Banking Studies and Regulations
Amir Hossein Aminazad  Morteza Satak
3215 – 02  3816

No. 144, Mirdamad Blvd., Tehran; Telephone: 29951

Mailbox: 15875 / 7177; Fax: 66735674; Website: www.cbi.ir



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 7**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

_Lindsay Young_
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



| | |
|---|---|
| شماره: | ۹۰/۲۸۰۵۶۲ |
| تاریخ: | ۱۳۹۰/۱۱/۲۳ |
| پیوست: | ندارد |

بسمه تعالی

**جهت اطلاع کلیه مدیران عامل بانک‌های دولتی، غیردولتی، مؤسسه اعتباری توسعه و شرکت دولتی پست بانک ارسال گردید.**

با سلام و احترام؛

بدین‌وسیله به استحضار می‌رساند، شورای محترم پول و اعتبار در یک‌هزار و یک‌صد و سی و ششمین جلسه مورخ ۱۳۹۰/۱۱/۱۱ خود مقرر نمود که «**نرخ سود علی‌الحساب سپرده‌های بانکی**» و «**نرخ سود تسهیلات اعطایی**» در مناطق آزاد تجاری ـ صنعتی جمهوری اسلامی ایران و سرزمین اصلی به صورت یکسان تعیین و مورد عمل قرار گیرد. لذا از تاریخ لازم الاجرا شدن این بخشنامه، نرخ‌های مذکور برای مناطق آزاد تجاری ـ صنعتی، مطابق سیاست‌های پولی ابلاغی از سوی این بانک برای سرزمین اصلی خواهد بود.

یادآوری می‌نماید از این پس مفاد بندهای ۲ و ۳ بخشنامه شماره مب/۱۳۴۷ مورخ ۱۳۸۶/۴/۱۰ اداره مطالعات و مقررات بانکی، کان لم یکن تلقی می‌گردد.

با عنایت به این‌که مفاد این بخشنامه پس از گذشت ۱۴ روز تقویمی از تاریخ صدور آن لازم‌الاجرا خواهد بود، خواهشمند است دستور فرمایند مراتب ظرف مدت ۵ روز کاری به کلیه واحدها/شعب زیرمجموعه آن بانک/مؤسسه اعتباری ابلاغ و رونوشت آن را به این بانک ارسال نمایند. ۱۰۸۲۷۸۴/د

**مدیریت کل مقررات، مجوزهای بانکی و مبارزه با پولشویی**
**اداره مطالعات و مقررات بانکی**

| امیرحسین امین‌آزاد | مرتضی ستاک |
|---|---|
| ۳۲۱۵-۰۲ | ۳۸۱۶ |