**EXHIBIT 8**

No.: 90 / 300228  
Date: March 1, 2012  
Encl.: None

[logo]  
Central Bank of the Islamic  
Republic of Iran

In the Name of God

**For the information of managing directors of governmental and non-governmental banks, Tose'e Financial Institute and Post Bank of Iran**

Greetings,

As you are aware, as the authority to regulate and implement the country's monetary and credit policies, the Central Bank of the Islamic Republic of Iran is responsible for supervising the country's banking network, protecting people's rights with regard to the performance of banks, adjusting the volume of bank credits, making coordination compatible with the country's monetary needs, keeping prices stable, protecting the value of money, carefully controlling foreign currency affairs and directing the country's savings towards productive investments. To this end, as a regulator of the country's monetary and credit system, the bank is responsible for implementing policies, drawing up supervisory regulations and monitoring the proper implementation of the said policies and regulations. Without a doubt, proper and effective supervision by this bank will result in a more dynamic banking network in the country, decrease the risk of money and bank activities, provide the grounds for expansion of activities of credit institutes with healthy and stable activities, result in growth in economic indexes and enhance the society's satisfaction level.

To achieve these goals, Clause 11, Article 14 of the country's Monetary and Banking Law, approved in 1972, has allowed the Central Bank of the Islamic Republic of Iran to **"permanently or temporarily limit banks to one of several relevant activities"** in order to properly implement the country's monetary system in monetary and banking affairs, provided that it has the procedures approved by the Currency and Credit Council in advance for using the powers mentioned in this article.

No. 144, Mirdamad Blvd., Tehran; Telephone: 29951

Mailbox: 15875 / 7177; Fax: 66735674; Website: www.cbi.ir

[logo]
Central Bank of the Islamic
Republic of Iran

Therefore, to have the Central Bank of the Islamic Republic of Iran take quick and necessary actions, the Currency and Credit Council stipulated in its 1136th meeting on January 31, 2012 that **"the use of powers mentioned in Clause 11, Article 14 of the country's monetary and banking law shall be delegated to the Governor of the Central Bank of the Islamic Republic of Iran."**

We submit the procedures for your information and the information of the Board of Directors. / B / 1100889

General Directorate of Bank Licensing and Anti-Money Laundering Regulations
Department of Banking Studies and Regulations
Amir Hossein Aminazad                Morteza Satak
3215 – 02                                          3816

No. 144, Mirdamad Blvd., Tehran; Telephone: 29951

Mailbox: 15875 / 7177; Fax: 66735674; Website: www.cbi.ir



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 8**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

Signature, Notary Public
(Currently situated in the County of New York)

Stamp, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



| | |
|---|---|
| شماره: | ۹۰/۳۰۰۲۲۸ |
| تاریخ: | ۱۳۹۰/۱۲/۱۱ |
| پیوست: | ندارد |

بسمه تعالی

**جهت اطلاع مدیران عامل بانک‌های دولتی، غیردولتی، شرکت دولتی پست بانک و مؤسسه اعتباری توسعه ارسال گردید.**

با سلام و احترام؛

همان‌گونه که مستحضر می‌باشند، بانک مرکزی جمهوری اسلامی ایران به عنوان مسئول تنظیم و اجرای سیاست پولی و اعتباری کشور، وظایفی از قبیل نظارت بر شبکه بانکی کشور و حفظ حقوق مردم در ارتباط با عملکرد بانک‌ها، تنظیم حجم اعتبارات بانکی و ایجاد هماهنگی متناسب با نیازهای پولی کشور، حفظ ثبات قیمت‌ها، حفظ ارزش پول، کنترل دقیق امور ارزی و هدایت پس‌اندازهای کشور به سوی سرمایه‌گذاری‌های مولد را بر عهده دارد. در این راستا، یکی از وظایف مهم این بانک به عنوان تنظیم‌کننده نظام پولی و اعتباری کشور، اعمال سیاست‌ها و تدوین مقررات نظارتی و نظارت بر حسن اجرای سیاست‌ها و مقررات مذکور می‌باشد. بی‌شک، نظارت صحیح و مؤثر این بانک، پویایی بیشتر شبکه بانکی کشور، کاهش ریسک فعالیت‌های پولی و بانکی، فراهم شدن زمینه‌های گسترش فعالیت مؤسسات اعتباری دارای فعالیت سالم و با ثبات، رشد شاخص‌های اقتصادی و ارتقای سطح رضایت‌مندی جامعه را بدنبال خواهد داشت.

جهت حصول به این اهداف، قانون پولی و بانکی کشور در بند ۱۱ ماده ۱۴ قانون پولی بانکی کشور مصوب سال ۱۳۵۱، بانک مرکزی جمهوری اسلامی ایران را مجاز کرده است که در حسن اجرای نظام پولی کشور در امور پولی و بانکی اقدام به «**محدود کردن بانک‌ها، به انجام یک یا چند نوع از فعالیت‌های مربوط به‌طور دائم یا موقت نماید**»؛ مشروط بر این‌که جهت استفاده از اختیارات موضوع این ماده مراتب را قبلاً به تصویب شورای پول و اعتبار برساند.

تهران - بلوار میرداماد - شماره ۱۴۴، تلفن: ۲۹۹۵۱

صندوق پستی: ۷۱۷۷/۱۵۸۷۵، فاکس: ۶۷۲۳۵۶۷۴، سایت اینترنتی: www.cbi.ir



بانک مرکزی جمهوری اسلامی ایران

در این راستا شورای محترم پول و اعتبار در یک‌هزار و یکصد و سی و ششمین جلسه مورخ ۱۳۹۰/۱۱/۱۱ به‌منظور اعمال اقدامات سریع و ضروری توسط بانک مرکزی جمهوری اسلامی ایران، مقرر نمود؛ «**تا استفاده از اختیارات موضوع بند ۱۱ ماده ۱۴ قانون پولی و بانکی کشور به رئیس کل بانک مرکزی جمهوری اسلامی ایران تفویض گردد.**»

مراتب جهت استحضار آن مقام و اعضاء محترم هیأت مدیره ایفاد می‌گردد. ۱۱۰۰۸۸۹/ب

**مدیریت کل مقررات، مجوزهای بانکی و مبارزه با پولشویی**

**اداره مطالعات و مقررات بانکی**

امیرحسین امین‌آزاد           مرتضی ستاک

۳۲۱۵-۰۲                        ۳۸۱۶