**EXHIBIT 9**

| | |
|---|---|
| The Currency and Credit Council Approved "Organized Foreign Exchange Market Regulations". | 10/19/2020 |
| Search …                    Advanced Search | |

Home Page (default.aspx/)   News and Events (section/2642.aspx/)   News 2018/) Category/News.aspx / datedlist/17360.aspx))   The Currency and Credit Council Approved "Organized Foreign Exchange …

< 2018 (datedlist / 17630.aspx/)

**The Currency and Credit Council Approved "Organized Foreign Exchange Market Regulations".**

**January 8, 2019**

**In today's afternoon meeting on Tuesday, January 8, the Currency and Credit Council approved "organized foreign exchange market regulations".**

According to the report by the Public Relations of the Central Bank, in the 1264th meeting of the Currency and Credit Council, which was held in the Central Bank's building, the "organized foreign exchange market regulations" were discussed and approved. Based on this approval and to organize and develop a transparent, fair and efficient market, an "organized foreign exchange market regulations" is formed so that foreign currencies are electronically transacted in it in cash in accordance with this approval and other related regulations.

In addition, in the 4th meeting of the current year, the Currency and Credit Council approved the instructions on foreign-currency based rial deposits in 14 articles and 3 notes. According to this instruction, foreign currency-based rial investment deposit account is a special type of rial term investment deposit account that is opened individually or jointly at the request of the applicant. In this type of deposit, as the depositor's attorney, the bank uses the deposit for foreign currency investment. In the said deposit, money is received and paid only in rials. By using the weighted mean of the declared rate of foreign currency sales in cash in the Central Bank's Foreign Currency Monitoring System (SANA) on the day before opening the account and by using the weighted mean of the declared rate of foreign currency buy price in the Central Bank's Foreign Currency Monitoring System (SANA) on the day before closing or withdrawing from the account, the amount of the base foreign currency is determined to be stipulated in the said account.

Number of Visits: 5,453



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 9**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

_____
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



جست و جو برای ...

jlish (/default_en.aspx)   جست و جوی پیشرفته

(/)

🏠 صفحه نخست (/default.aspx) » خبرها و رویدادها (section/2642.aspx) » خبرها (/1397) » category/News.aspx) » شورای پول و اعتبار «مقررات بازار متشکل معاملات... (/datedlist/17630.aspx)



‹ 1397 (/datedlist/17630.aspx)

## شورای پول و اعتبار «مقررات بازار متشکل معاملات ارزی» را تصویب کرد

18 دی 1397



شورای پول و اعتبار در جلسه عصر امروز سه شنبه 18 دی ماه «مقررات مربوط به بازار متشکل معاملات ارزی » را به تصویب رساند.

به گزارش روابط عمومی بانک مرکزی، در یک هزار و دویست و شصت و چهارمین جلسه شورای پول و اعتبار که در محل ساختمان بانک مرکزی برگزار شد موضوع « بازار متشکل معاملات ارزی»، مطرح و مورد تصویب قرار گرفت. بر اساس این مصوبه به منظور ساماندهی و توسعه بازار شفاف، منصفانه و کارا، «بازار متشکل معاملات ارزی» تشکیل می‌شود تا ارزها در آن بصورت نقد مطابق مقررات این مصوبه و سایر مقررات مرتبط با آن در بستر الکترونیکی مورد معامله قرار گیرند.

همچنین شورای پول و اعتبار در جلسه چهارم دی ماه سال جاری دستورالعمل سپرده ریالی مبتنی بر ارز را در 14 ماده و 3 تبصره مورد تصویب قرار داد. طبق این دستورالعمل حساب سپرده سرمایه‌گذاری ریالی مبتنی بر ارز، نوعی حساب سپرده سرمایه‌گذاری مدت‌دار خاص ریالی است به درخواست متقاضی به صورت انفرادی یا مشترک افتتاح می‌شود. در این نوع سپرده، بانک به عنوان وکیل سپرده‌گذار، سپرده تودیع شده را برای سرمایه‌گذاری ارزی به کار می‌گیرد. در سپرده عنوان شده، دریافت و پرداخت وجه صرفاً به ریال است و با استفاده از میانگین موزون نرخ اعلامی فروش نقدی ارز مندرج در سامانه نظارت ارز بانک مرکزی (سنا) در روز قبل از افتتاح حساب با میانگین موزون نرخ اعلامی خرید نقدی ارز در سامانه نظارت ارز بانک مرکزی (سنا) در روز قبل از بستن یا برداشت حسب مورد، مقدار ارز مبنا برای درج در حساب مزبور تعیین می شود.

تعداد بازدیدها: 5,453