# EXHIBIT 10

| | | |
|---|---|---|
| No.: 99 / 126642 | [logo] | |
| Date: July 18, 2020 | Central Bank of the Islamic | Year of Jump in Production |
| Encl.: None | Republic of Iran | |

In the Name of God

**For the information of managing directors of governmental and non-governmental banks, Post Bank of Iran and credit institutes**

Greetings,

This is to inform you that, in its 1297th meeting on July 14, 2020, the Currency and Credit Council agreed to the proposal made by the Central Bank of the Islamic Republic of Iran regarding the on account interest rate of investment deposits in order to protect the value of the national money, achieve the target inflation rate and create stability in the country's monetary and financial system as described below:

| | |
|---|---|
| Ordinary short-term investment deposit | 10% |
| Three-month special short-term investment deposit | 12% |
| Six-month special short-term investment deposit | 14% |
| Investment deposit with a maturity of one year | 16% |
| Investment deposit with a maturity of one year | 18% |

Considering the above points, please have the procedures quickly declared to all units of that bank/non-bank credit institutes by taking into consideration the provisions of Directive no. 96 / 149153, dated August 7, 2017 and carefully monitor its proper implementation by providing appropriate information for depositors.

General Directorate of Bank Licensing and Anti-Money Laundering Regulations
Department of Banking Studies and Regulations

| | |
|---|---|
| Hamidreza Ghaniabadi | Elham Chitsazan |
| 3215 – 02 | 3831-01 |

No. 144, Mirdamad Blvd., Tehran; Telephone: 29951; Mailbox: 15496 / 33111; Fax: 66735674; Website: www.cbi.ir



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 10**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE




شماره: ۹۹/۱۲۶۶۴۲
تاریخ: ۱۳۹۹/۰۴/۲۸
پیوست: ندارد

بانک مرکزی جمهوری اسلامی ایران

بسمه تعالی

جهت اطلاع مدیران عامل محترم بانک‌های دولتی، غیردولتی، شرکت دولتی پست‌بانک، موسسات اعتباری

با سلام؛

احتراماً، به استحضار می‌رساند؛ شورای پول و اعتبار در یکهزار و دویست و نود و هفتمین جلسه مورخ ۱۳۹۹/۴/۲۴ با پیشنهاد بانک مرکزی جمهوری اسلامی ایران در خصوص نرخ سود علی‌الحساب سپرده‌های سرمایه‌گذاری با هدف حفظ ارزش پول ملی و حصول به نرخ تورم هدف‌گذاری شده و ایجاد ثبات در نظام پولی و مالی کشور، به شرح زیر موافقت نمود:

| | |
|---|---|
| سپرده سرمایه‌گذاری کوتاه مدت عادی | ۱۰٪ |
| سپرده سرمایه‌گذاری کوتاه مدت ویژه سه ماهه | ۱۲٪ |
| سپرده سرمایه‌گذاری کوتاه مدت ویژه شش ماهه | ۱۴٪ |
| سپرده سرمایه‌گذاری با سررسید یک سال | ۱۶٪ |
| سپرده سرمایه‌گذاری با سررسید دو سال | ۱۸٪ |

با عنایت به مراتب فوق‌الذکر، خواهشمند است دستور فرمایند مراتب به قید تسریع و با لحاظ مفاد بخشنامه شماره ۹۶/۱۴۹۱۵۳ مورخ ۱۳۹۶/۵/۱۶، به تمامی واحدهای آن بانک/مؤسسه اعتباری غیربانکی ابلاغ شده و با اطلاع‌رسانی مناسب و مقتضی به سپرده‌گذاران محترم، بر حسن اجرای آن نظارت دقیق به عمل آید. ۴۸۲۰۹۳۲/ف

مدیریت کل مقررات، مجوزهای بانکی و مبارزه با پولشویی
اداره مطالعات و مقررات بانکی

حمیدرضا غنی‌آبادی       الهام چیت‌سازان
۳۲۱۵-۰۲              ۳۸۳۱-۰۱

تهران- بلوار میرداماد- پلاک ۱۹۸ تلفن: ۲۹۹۵۱ کدپستی: ۳۳۱۱۱-۱۵۴۹۶ فاکس: ۶۶۷۳۵۶۷۴ سایت اینترنتی: www.cbi.ir