# EXHIBIT 11

| | | |
|---|---|---|
| Secretariat | Islamic Republic of Iran<br>**Currency and Credit Council** | No.: M95 / 329162<br>Date: January 5, 2017 |

In the Name of God

Confidential

[seal]: Confidential

**Deputy Governor of the Bank (Clauses 1, 2, 4, 6 and 7) – Deputy Head of Supervision (Clauses 1, 2, 3, 5 and 7) – Deputy Head of Economic Affairs (Clause 4) – Deputy Head of Legal and Parliament Affairs (Clauses 3 and 5) – Director of Office for Banknote Issuance (Clause 4) – Director of Bills and Coins Production Organization (Clause 4)**

Greetings,

We hereby declare Clause () of the 1227th meeting, dated January 3, 2017, held by the Currency and Credit Council, for your information and necessary actions. /F 3117898

1.



2.



[signature]

| | | |
|---|---|---|
| Secretariat | Islamic Republic of Iran<br>**Currency and Credit Council** | No.: M95 / 329162<br>Date: January 5, 2017 |

Confidential

[seal]: Confidential

3. 

4.

5.

6. The report no. 95 / 289284, dated December 4, 2016, issued by the Central Bank of the Islamic Republic of Iran, regarding the request for converting the principal and interest of civil partnership facilities to installment sales was discussed and investigated for the 192-unit project of Baharestan Morvarid belonging to the Parliament members and staff, the Parliament Research Center and the members of the Housing Cooperative Organization and its staff.

Considering the maximum limit of facilities for installment sales (from ordinary sources or Bank Maskan stock rights up to 600 million rials and for couples from the stock rights up to 1000 million rials in the city of Tehran), the Currency and Credit Council did not agree to increase the maximum amount of the said facilities to 1500 million rials for each unit for the 192-unit project of Baharestan Morvarid belonging to the Parliament members and staff, the Parliament Research Center and the members of the Housing Cooperative Organization and its staff.

[signature]

| | | |
|---|---|---|
| Secretariat | Islamic Republic of Iran<br>**Currency and Credit Council** | No.: M95 / 329162<br>Date: January 5, 2017 |

                                        Confidential

                              [seal]: Confidential

7. 

**Seyyed Mahmoud Ahmadi**

**[signature]**

cc.: Bureau of Approval Affairs



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**Exh. 11**" is, to the best of my knowledge and belief, a true and accurate translation from Farsi into English.

*Lindsay Young*
_____
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
October 20, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

جمهوری اسلامی ایران

شورای پول و اعتبار

دبیر

شماره: ۳۲۹۱۶۲/۹۵م
تاریخ: ۱۳۹۵/۱۰/۱۶

(بسمه تعالی)

قائم‌مقام محترم رئیس‌کل بانک (بندهای ۱، ۲، ۴، ۶ و ۷) ـ معاون محترم نظارت (بندهای ۱، ۲، ۳، ۵ و ۷) ـ معاون محترم اقتصادی (بند ۴) ـ معاون محترم حقوقی و امور مجلس (بندهای ۳ و ۵) ـ مدیرکل ریالی و نشر (بند ۴) ـ رئیس سازمان تولید اسکناس و مسکوک (بند ۴)

باسلام و احترام

بند « » از یکهزار و دویست و بیست و هفتمین صورتجلسه مـورخ ۱۳۹۵/۱۰/۱۴ شـورای پـول و اعتبـار برای اطلاع و اقدام لازم به شرح ذیل اعلام می‌گردد./ف۳۱۱۷۸۹۸

«۱-

۲-



جمهوری اسلامی ایران
شورای پول و اعتبار
دبیر

شماره: ۳۲۹۱۶۲/۹۵م
تاریخ: ۱۳۹۵/۱۰/۱۶

[منتشر نشود]

۳-

۴-

۵-

۶- گزارش شماره ۲۸۹۲۸۴/۹۵م مورخ ۱۳۹۵/۰۹/۱۴ بانک مرکزی جمهوری اسلامی ایران درخصوص تقاضای تبدیل اصل و فرع تسهیلات مشارکت مدنی به فروش اقساطی جهت پروژه ۱۹۲ واحدی مروارید بهارستان متعلق به نمایندگان و کارکنان مجلس شورای اسلامی و مرکز پژوهش‌های مجلس و اعضای تعاونی مسکن کارکنان آن مرکز، مطرح و مورد بررسی قرار گرفت.

شورای پول و اعتبار با توجه به محدودیت سقف تسهیلات فروش اقساطی (از محل منابع عـادی و یـا اوراق گواهی حق تقدم بانک مسکن تا مبلغ ۶۰۰ میلیون ریال و برای زوجین از محل اوراق تا سـقف ۱۰۰۰ میلیـون ریال در شهر تهران)، با افزایش سقف تسهیلات مذکور تا ۱۵۰۰ میلیون ریال به ازای هر واحد، جهـت پـروژه ۱۹۲ واحدی مروارید بهارستان متعلق به نمایندگان و کارکنان مجلس شورای اسلامی و مرکز پـژوهش‌هـای مجلس و اعضای تعاونی مسکن کارکنان آن مرکز، موافقت ننمود.

جمهوری اسلامی ایران

شورای پول و اعتبار

دبیر

شماره: ۳۲۹۱۶۲/۹۵م

تاریخ: ۱۳۹۵/۱۰/۱۶



سید محمود احمدی

رونوشت: دایره امور مصوبات.