```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DEBORAH D. PETERSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A., <br><br> Defendants. | 13 Civ. 9195 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On March 4, 2021 at 10:00 a.m. EST, Counsel shall appear for oral argument on Plaintiffs' Motion for Summary Judgement or, in the alternative, for a Preliminary Injunction (dkt. no. 225); Clearstream Banking S.A.'s Motion to Dismiss the Amended Complaint (dkt. no. 251); Bank Markazi's Motion to Dismiss the Amended Complaint (dkt. no. 238); and Banca UBAE S.p.A.'s Motion to Dismiss the Amended Complaint (dkt. no. 246).

Oral argument will take place by videoconference.  In advance of argument, the Court will communicate separately to counsel information for joining the videoconference.  Members of the public may listen in on oral argument using the following listen-only conference line: (888) 363-4734, access code: 4645450.

The parties shall confer and inform the Court how they propose to apportion time for oral argument.

**SO ORDERED.**

Dated:    New York, New York
          January 11, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge