```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, J.R., Deceased, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>CLEARSTREAM BANKING S.A.; BANCA UBAE, SpA; CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI; and the ISLAMIC REPUBLIC OF IRAN,<br><br>              Defendants. | 16 Civ. 8075 (LAP) |
| DEBORAH D. PETERSON, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,<br><br>              Defendants. | 13 Civ. 9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant Banca UBAE S.p.A.'s request for oral argument (dkt. no. 74 in 16-cv-8075) on its motion to dismiss in Havlish, et al. v. Clearstream Banking S.A., et al., No. 16-cv-8075 (LAP), is granted.  Counsel on Havlish shall confer with counsel on Peterson v. Islamic Republic of Iran, et al., No. 13-cv-9195

(LAP), and propose to the Court the order and division of time of oral argument on March 4.

**SO ORDERED.**

Dated:   New York, New York
         January 19, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge