```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, J.R., Deceased, et al., <br><br>                    Plaintiffs,<br><br> -against-<br><br>CLEARSTREAM BANKING S.A.; BANCA UBAE, SpA; CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI; and the ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendants. | 16 Civ. 8075 (LAP) |
| DEBORAH D. PETERSON, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,<br><br>                    Defendants. | 13 Civ. 9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The teleconference information for members of the public for oral argument on March 4, 2021 has been modified.  Members of the public may dial in using the following listen-only line: 877-402-9753, Code: 6545179.

**SO ORDERED.**

Dated:   New York, New York
         March 3, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge