UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH D. PETERSON, et al.,

        Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,

        Defendants.

---

13 Civ. 9195 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Clearstream Banking S.A.'s Motion for a Stay of the Court's March 22, 2023 Order Pending Appeal and for Clarification or Amendment of the Order. (Dkt. no. 308.)  Any party that wishes to respond shall do so by April 6, 2023.  Clearstream shall file any reply by April 11, 2023.

    **SO ORDERED.**

Dated:    New York, New York
           March 30, 2023

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge