UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A., <br><br> Defendants. | 13 Civ. 9195 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of defendant Bank Markazi's Motion for a Stay of the Court's March 22, 2023 Order pending appeal. (Dkt. No. 312.)  Any party that wishes to respond shall do so by April 6, 2023.  Bank Markazi shall file any reply by April 11, 2023.

    **SO ORDERED.**

Dated:    New York, New York
           April 3, 2023

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge