UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, et al., <br><br> Plaintiff, <br><br> -against- <br><br> ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A., <br><br> Defendants. | 13 Civ. 9195 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' briefing regarding Clearstream's and Bank Markazi's motions to stay the Court's March 22, 2023 Opinion & Order. (Dkt. nos. 309, 313, 320, 323, and 325.) In its reply, Bank Markazi raised, for the first time, a jurisdictional argument based on its pending appeal, asserting that the Court is divested of jurisdiction over further proceedings in this matter. (Dkt. no. 323 at 8-10.) Plaintiffs may submit a response of no more than three pages by April 17, 2023 addressing this issue.

**SO ORDERED.**

Dated:    New York, New York
           April 12, 2023

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge