UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A., <br><br> Defendants. | 13 Civ. 9195 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is holding oral argument in this case today, April 25, 2023 at 10:00 a.m. EST. Members of the public may listen in on oral argument using the following listen-only conference line: (888) 363-4734, access code: 4645450

**SO ORDERED.**

Dated:   New York, New York
         April 25, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge