```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DEBORAH D. PETERSON, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI, a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CLEARSTREAM BANKING, S.A.; and JP MORGAN CHASE BANK, N.A.,<br><br>              Defendants. | 13 Civ. 9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter dated May 3, 2023. (Dkt. no. 346.) Plaintiffs letter brings to the Court's attention the omission of the portion of its decision and order conditioning the stay pending appeal upon Clearstream Banking S.A. ("Clearstream") and Bank Markazi seeking expedited appeals. (Id.) The Court, in its oral ruling, did condition the stay upon Clearstream and Bank Markazi seeking expedited review. To the extent this was not included in the transcription of the Court's oral ruling, the Court imposes this condition now and requires that, to the extent they have not already done so, Clearstream and Bank Markazi seek expedited review by May 9, 2023. Failure to do so will result in the stay being lifted.

**SO ORDERED.**

Dated:  New York, New York
        May 8, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge