UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN, BANK MARKAZI, a/k/a Central Bank of Iran; BANCA UBAE SpA; CLEARSTREAM BANKING S.A.<br><br>　　　　　　　Defendants. | Case No.: 13 Civ. 9195 (LAP) |

### [Proposed] ORDER EXTENDING PLAINTIFFS' PRIORITY UNDER CPLR 5234(c)

The Court having considered the submissions of the parties [ECF Nos. 322, 328, 329, 330 and 331], having dispensed with the filing of a formal motion [ECF No. 333], and having held oral argument on April 25, 2023 on Plaintiffs' Motion pursuant to Fed. R. Civ. P. 69(a)(1) and CPLR 5234 for an extension of the priority under CPLR 5234(c) granted by this Court's turnover order of March 22, 2023 (the "Turnover Order"), that directed that the financial assets identified in 22 U.S.C. § 8772(b)(2) and represented in the records of Clearstream Banking, S.A. as a positive account balance of not less than $1.68 billion in sundry blocked account number 13675 (the "Turnover Assets") be turned over to Plaintiffs, and for the reasons stated on the record at the April 25, 2023 hearing, and for good cause shown,

　　　　It is hereby ORDERED that Plaintiffs' motion is granted.

　　　　It is further ORDERED that the period of priority granted to Plaintiffs by CPLR § 5234(c) as to the Turnover Assets by virtue of this Court's Turnover Order is hereby extended

until sixty (60) days after the later of: (a) the date the Turnover Order becomes a Non-Appealable Sustained Judgment (hereinafter defined), or (b) the entry of an order of the Court approving the distribution to Plaintiffs of the Turnover Assets or any part thereof that is issued on remand from any appeal of the Turnover Order. The Turnover Order shall be considered a "Non-Appealable Sustained Judgment" when the time to file an appeal from the Turnover Order has expired or, if any appeal is filed and not dismissed, after the Turnover Order is upheld in any respect on appeal or after review by writ of certiorari and is, thereafter, no longer subject to further review upon appeal or by writ of certiorari.

SO ORDERED.

Dated: May 16, 2023
New York, New York

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge