UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH D. PETERSEN, ET AL.,

          Plaintiff,

-against-

ISLAMIC REPUBLIC OF IRAN, ET AL.,

          Defendants.

13-CV-09195 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court of Appeals issued its Mandate on February 28, 2025 where it affirmed in part and vacated in part the Court's order and judgment and remanded the case to this Court for further proceedings.  The parties shall confer and inform the Court, by letter, how the parties wish to proceed no later than May 30, 2025.

**SO ORDERED.**

Dated:    New York, New York
           May 16, 2025

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge