# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 917.583.8966 • WEB: WWW.FBRLLP.COM          EMAIL: sdavies@fbrllp.com

June 10, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re:  **Peterson v. Islamic Republic of Iran, No. 13 Civ. 9195 (LAP)**

Dear Judge Preska:

My firm represents the Plaintiffs in the above-captioned action.  I write to request permission to file under seal the following 29 Exhibits to the Declaration of Liviu Vogel [370] filed in support of Plaintiffs' Motion for Summary Judgment.  The Exhibits were filed on the public docket in redacted form as follows:

| ECF # | Vogel Exhibit # |
|---|---|
| 370-13 | Exhibit 13 |
| 370-14 | Exhibit 14 – Part 1 |
| 370-15 | Exhibit 14 – Part 2 |
| 370-17 | Exhibit 16 |
| 370-18 | Exhibit 17 |
| 370-35 | Exhibit 39 – Part 1 |
| 370-36 | Exhibit 39 – Part 2 |
| 370-40 | Exhibit 44 |
| 370-41 | Exhibit 45 |
| 370-42 | Exhibit 46 |
| 370-43 | Exhibit 47 |
| 370-44 | Exhibit 48 |

Hon. Loretta Preska
June 10, 2025
Page 2

| | |
|---|---|
| 370-45 | Exhibit 49 |
| 370-46 | Exhibit 50 |
| 370-47 | Exhibit 51 |
| 370-48 | Exhibit 52 |
| 370-49 | Exhibit 53 |
| 370-50 | Exhibit 54 – Part 1 |
| 370-51 | Exhibit 54 – Part 2 |
| 370-52 | Exhibit 55 |
| 370-53 | Exhibit 57 |
| 370-60 | Exhibit 63 – Part 1 |
| 370-61 | Exhibit 63 – Part 2 |
| 370-64 | Exhibit 66 – Part 1 |
| 370-65 | Exhibit 66 – Part 2 |
| 370-68 | Exhibit 69 |
| 370-70 | Exhibit 71 |
| 370-71 | Exhibit 72 |
| 370-74 | Exhibit 75 |
| 370-80 | Exhibit 81 |
| 370-83 | Exhibit 84 |
| 370-84 | Exhibit 85 |
| 370-85 | Exhibit 86 |
| 370-90 | Exhibit 99 |

All of the above Exhibits have been submitted to the Court previously, including in 2020 in support of Plaintiffs' motion for summary judgment or, in the alternative, for a preliminary injunction, and in opposition to the Clearstream Banking, S.A.'s and Bank Markazi's motions to dismiss. The information that the parties have redacted from the publicly filed versions of these Exhibits is limited to third-party financial information and personal identifying information that Defendants contend

is potentially subject to foreign privacy laws.  The redactions are consistent with the scope of redactions approved in the October 18, 2017 order issued by the Second Circuit Court of Appeals in *Peterson v. Islamic Republic of Iran*, Docket No. 15-0690 [ECF 279], a copy of which is annexed hereto.

This Court has previously approved the filing under seal of the information redacted from the above-listed Exhibits by orders entered on August 28, 2020 [ECF 235] (sealing Exhibits 13, 14, 16, 17, 39, 44-55, 57, 63, 66, 69, 71, 72, 75, 81); October 5, 2020 [ECF 264] (sealing Exhibits 84-86), and October 14, 2020 [ECF 275] (sealing Exhibit 99).

In accordance with Your Honor's Individual Practices, a copy of this letter motion together with redacted and un-redacted copies of the above-listed Exhibits will be e-mailed to Chambers.

                                          Respectfully submitted,

                                          /s/ Susan M. Davies

CC:   All counsel (via ECF)

Attachment:  Second Circuit October 10, 2017 Order [279]

```
          The motion to file under seal information
          redacted from the above-listed Exhibits is
          granted.  The Clerk of the Court shall
          close dkt. no. 374.  SO ORDERED.
```

                    *[signature: Loretta A. Preska]*
                    _____
                    Loretta A. Preska
                    United States District Judge

                    June 12, 2025
                    New York, New York