# FLEISCHMAN BONNER & ROCCO LLP

### ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 917.583.8966 • WEB: WWW.FBRLLP.COM                    EMAIL: sdavies@fbrllp.com

September 12, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re:  **Peterson v. Islamic Republic of Iran, No. 13 Civ. 9195 (LAP)**

Dear Judge Preska:

My firm represents the Plaintiffs in the above-captioned action.  I write to request
permission to file under seal Exhibit 138 to the Reply Declaration of Liviu Vogel
that was filed today in support of Plaintiffs' Motion for Summary Judgment.
Exhibit 138, which is a Declaration of attorney Caragh Fay Owens executed on
September 11, 2025, was filed on the public docket in redacted form as ECF 389-11.

The information redacted from the publicly filed version of Exhibit 138 reflects the
aggregate dollar amount of payments that the administrators of the United States
Victims of State Sponsored Terrorism Fund ("USVSST Fund") have stated (in
written notices marked "confidential") the Plaintiffs are eligible to receive from the
USVSST Fund pursuant to the Fairness for 9/11 Families Act, Pub. L. No. 114-113,
div. O, title IV, § 404 (Dec. 18, 2015).  The USVSST Fund is bound by
confidentiality rules described in its website at https://www.usvsst.com/Home/Faq,
as follows:

> The Special Master will keep the awards confidential in accordance with the
> governing laws and regulations. *See* FAQ 1.10. Statutorily required
> Congressional reporting does not include identification of individual
> claimants. The Act requires the Special Master, within 30 days after
> authorizing the payment for compensation of eligible claims, to submit to the
> chairman and ranking minority member of the Committee on the Judiciary of
> the House of Representatives and the chairman and ranking minority member
> of the Committee on the Judiciary of the Senate a report on the payment of
> eligible claims, including the number of applications approved and the amount

**FLEISCHMAN BONNER & ROCCO** LLP
ATTORNEYS AT LAW

Hon. Loretta Preska
September 12, 2025
Page 2

of each award, the number of applications denied and the reasons for the denial, the number of applications for compensation that are pending for which compensatory damages have not been paid in full, and the total amount of compensatory damages from eligible claims that have been paid and that remain unpaid.

In accordance with Your Honor's Individual Practices, a copy of this letter motion together with redacted and un-redacted copies of Exhibit 138 will be e-mailed to Chambers.

Respectfully submitted,

/s/ Susan M. Davies

CC:    All counsel of record via e-mail with Exhibit 138

**SO ORDERED.** The Clerk of Court shall close Dkt. 396.

Loretta A. Preska
Senior United States District Judge

April 6, 2026