UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DEBORAH D. PETERSON, et al.,

           Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN, et al.,

           Defendants.

13-CV-09195 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Government's April 30, 2026 statement of interest. (Dkt. 425.) The Government has advised that it has no objection to an order compelling Clearstream to transfer the frozen Iranian assets at issue to a qualified settlement fund in the United States until all appeals are exhausted. The Government notes, however, that it has requested technical edits to Plaintiffs' proposed Implementing Orders (Dkts. 415, 416) concerning an OFAC license for the transfer.

The Court understands that the parties are discussing the Government's requested revisions and will soon file new versions of the proposed Implementing Orders. In the interests of efficiency, the Court will deny Defendants' pending opposition motions without prejudice and permit Defendants to re-file any opposition papers after reviewing the new versions of Plaintiffs'

1

proposed Implementing Orders.  Accordingly, the Court <u>ORDERS</u> as follows:

- After incorporating the Government's revisions as necessary, Plaintiffs shall share copies of the revised Implementing Orders with the Defendants.  The parties shall then confer and make good-faith efforts to narrow any remaining disputes.

- After conferring with Defendants, Plaintiffs shall file the revised Implementing Orders.

- Within two days of Plaintiffs' filing, Defendants shall re-file their redlines to Plaintiffs' revised Implementing Orders indicating any remaining disputes, along with any opposition briefs or other supporting papers.  The Court will not consider any prior opposition filings (Dkts. 418-424) in ruling on the Implementing Orders.  Where arguments overlap, the Court asks that Defendants consolidate filings to the extent feasible.

- Plaintiffs may file any reply in support of their proposed Implementing Orders within two days of Defendants' oppositions.  The Court welcomes Plaintiffs to address, among other issues raised by Defendants, the merits and relevancy of UBAE's personal jurisdiction arguments.

- The briefing schedule endorsed at Dkt. 421 otherwise remains in effect for any subsequent motions to stay.

2

- The Clerk of Court shall terminate the motion at Dkt. 418 as moot.

The Court thanks the parties and the Government for working cooperatively to streamline these proceedings.

**SO ORDERED.**

Dated:     New York, New York
           April 30, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge